NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (SBN 284500)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-cv-3265 |
| v. | |
| CITY OF LOS ANGELES; and DOES 1-10, Inclusive | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Plaintiffs
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Alexandra Rasey-Smith | Plaintiff |
| Gordon Gene Maccani | Plaintiff |
| Janet Maccani | Plaintiff |
| | |
| City of Los Angeles | Defendant |

April 19, 2024                    /s/ Dale K. Galipo
Date                              Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs