**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 / Fax No.: (213) 978-8785
Email:  Ty.Ford@lacity.org

*Attorneys for Defendant*, CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI, <br><br>               Plaintiffs. <br><br>        v. <br><br> CITY OF LOS ANGELES, and DOES 1-10, inclusive, <br><br>             Defendants. | CASE NO. 2:24-cv-3265-PSG-SSCx <br> *Hon. Philip S. Gutierrez, Ctrm 6A* <br> *Hon. Mag. Stephanie S. Christensen, Ctrm. 790* <br><br><br> **DEFENDANT CITY OF LOS ANGELES' CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendant **CITY OF LOS ANGELES** certify the following listed parties have a direct, pecuniary interest in the outcome of the case.

    1.     Alexandra Rasey-Smith – Plaintiff;

    2.     Gordon Gene Maccani – Plaintiff;

    3.     Janet Maccani – Plaintiff; and

    4.     City of Los Angeles – Defendant.

///

///

1       These representations are made to enable the court to evaluate disqualification or

2   recusal.

3

4   Dated:  May 20, 2024           **HYDEE FELDSTEIN SOTO**, City Attorney

                                                  **DENISE C. MILLS**, Chief Deputy City Attorney

5                                                     **KATHLEEN KENEALY,** Chief Assistant City Attorney

6                                                     **CORY M. BRENTE**, Senior Assistant City Attorney

7

8                                   By:    *Ty A. Ford*

                                        TY A. FORD, Deputy City Attorney

9                                   *Attorneys for Defendant*, CITY OF LOS ANGELES

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28