POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074); Cooper Mayne (SBN 343169)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333<br>ATTORNEY FOR *(Name)*: Plaintiff | |

**UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 350 West First Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District of California

PLAINTIFF/PETITIONER: ALEXANDRA RASEY-SMITH; et al.
DEFENDANT/RESPONDENT: CITY OF LOS ANGELES

CASE NUMBER: 2:24-cv-3265-PSG-SSCx

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2314215CE

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; STANDING ORDER REGARDING NEWLY ASSIGNED CASES**
3. a. Party served *(specify name of party as shown on documents served)*:
   **CITY OF LOS ANGELES**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Marisol G.** *(Hispanic, Female, 40yrs, 5'8", 160lbs, Blonde hair, Brown eyes)*, **Deputy City Clerk, Authorized person to accept service of process**
4. Address where the party was served: **200 North Spring Street, Room 395**
   **Los Angeles, CA 90012**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **4/29/2024** (2) at *(time)*: **11:50 AM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2314215

| Plaintiff: **ALEXANDRA RASEY-SMITH; et al.** | CASE NUMBER: |
|---|---|
| Defendant: **CITY OF LOS ANGELES** | 2:24-cv-3265-PSG-SSCx |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as occupant.
    d. ☑ On behalf of *(specify):* **CITY OF LOS ANGELES**
        under the following Code of Civil Procedure section:

        ☐ 416.10 (corporation)                        ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                           ☐ 415.46 (occupant)
                                                                   ☑ other: **FRCP 4(i)(2)**

7. **Person who served papers**
    a. Name: **Roberto Guerra Cortes - Ace Attorney Service, Inc.**
    b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
    c. Telephone number: **(213) 623-3979**
    d. **The fee** for service was: **$ 96.74**
    e. I am:
        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☑ registered California process server:
            (i) ☐ owner     ☑ employee     ☐ independent contractor.
            (ii) Registration No.: **PSC#6409**
            (iii) County: **ORANGE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/2/2024**

| **Roberto Guerra Cortes** | ▶ | *(Signature - Per CC §1633.7)* |
|---|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | | |