LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:24-CV-03265-PSG-SSC <br><br> **STIPULATION FOR ORDER RE: DECEDENT'S AUTOPSY PHOTOS** <br><br> [**PROPOSED ORDER**] <br> *filed concurrently herewith* |

   IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs and Defendants, through their respective attorneys of record, for an Order so the Los Angeles County Coroner's Office will release the photographs taken of the Decedent during his autopsy. The parties believe that there is good cause for the Court to issue the requested Order based on the following:

   WHEREAS this is a fatal officer-involved-shooting case.

   WHEREAS the Plaintiff recently subpoenaed and received the autopsy packet (autopsy report, coroner's investigation report and toxicology report) from the Los Angeles Coroner's Office.

1     WHEREAS Plaintiffs' subpoena also requested all photographs and images regarding the autopsy performed on the Decedent.

    WHEREAS pursuant to the Coroner's Office's policy and procedures, the Coroner's Office has indicated they would not release the requested photographs taken at autopsy without a court order.

    IT IS THEREFORE AGREED UPON AND STIPULATED between the appearing parties that the Court issue an Order for the Los Angeles County Coroner's Office to release the autopsy photographs of the Decedent.

**IT IS SO STIPULATED.**

DATED: September 11, 2024    LAW OFFICES OF DALE K. GALIPO

    By /s/ Eric Valenzuela
    Eric Valenzuela
    Attorneys for Plaintiffs

Dated: September 11, 2024    **HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**SCOTT MARCUS**, Chief Asst. City Attorney
**CORY M. BRENTE**, Sr. Assistant City Attorney
By: /s/ Ty A. Ford
TY A. FORD, Deputy City Attorney
*Attorneys for Defendant*, CITY OF LOS ANGELES