1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et al., | Case No. 2:24-CV-03265-PSG-SSC |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION TO FOR ORDER RE: DECEDENT'S AUTOPSY PHOTOS** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

The parties having stipulated and good cause having been shown, IT IS HEREBY ORDERED that the County of Los Angeles Coroner's Office release the autopsy photographs of the Decedent, Medical Examiner Case No. 2024-02186.

The parties' Joint Stipulation regarding the release of Decedent's autopsy photographs is hereby GRANTED.

IT IS SO ORDERED.

DATED: _____

Honorable Stephanie S. Christensen
U.S. Magistrate Judge