# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:24-CV-03265-PSG-SSC <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION TO FOR ORDER RE: DECEDENT'S AUTOPSY PHOTOS** <br><br> *NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT.* |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

The parties having stipulated and good cause having been shown, IT IS HEREBY ORDERED that the County of Los Angeles Coroner's Office release the autopsy photographs of the Decedent, Medical Examiner Case No. 2024-02186 to the parties in this matter.

The parties' Joint Stipulation regarding the release of Decedent's autopsy photographs is hereby GRANTED.

IT IS SO ORDERED.

DATED: September 13, 2024

_____
Honorable Stephanie S. Christensen
United States Magistrate Judge