FILED
CLERK, U.S. DISTRICT COURT

October 22, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Reassignment of Cases from the Calendar of Judge PHILIP S. GUTIERREZ | ORDER OF THE CHIEF JUDGE<br>**24-129** |

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be transferred from the calendar of Judge Philip S. Gutierrez to the calendar of Judge Stanley Blumenfeld Jr. for all further proceedings:

| Case Number | Case Title |
|---|---|
| 2:24-cv-03265-PSG-SSCx | Alexandra Rasey-Smith et al v. City of Los Angeles et al |
| 2:24-cv-05419-PSG-KSx | Alina Sokiazian v. BMW Financial Services NA, LLC et al |
| 2:24-cv-05515-PSG-RAOx | Yakub Mulayev v. Sing for Service, LLC et al |

On all documents subsequently filed in the case, please substitute the Judge initials SB after the case number in place of the initials of the prior Judge.

Dated: October 22, 2024

_____
Chief Judge Dolly M. Gee