**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 / Fax No.: (213) 978-8785
Email:  Ty.Ford@lacity.org

*Attorneys for Defendant*, CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs.<br><br>v.<br><br>CITY OF LOS ANGELES, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-3265-SB (SSCx)<br>*Hon. Stanley Blumenfeld, Jr., Ctrm 6C*<br>*Hon. Mag. Stephanie S. Christensen, Ctrm. 790*<br><br>**STIPULATION AND REQUEST TO CONTINUE NOVEMBER 15, 2024, MANDATORY SCHEDULING CONFERENCE TO DECEMBER 6, 2024, OR, IN THE ALTERNATIVE, REQUEST TO ALLOW ANOTHER POLICE LITIGATION ATTORNEY TO APPEAR AT MSC HEARING ON NOVEMBER 15, 2024, FOR GOOD CAUSE; DECLARATION OF TY A. FORD**<br><br>**MSC Hrg:**   **November 15, 2024**<br>**Time:**          **8:30 AM**<br><br>*Filed concurrently with [Proposed] Order* |

**TO THIS HONORABLE COURT:**

Plaintiffs ALEXANDRA RASEY-SMITH, *et. al.* and Defendant CITY OF LOS ANGELES, hereby respectfully request leave of court to continue the Mandatory Status Conference set for November 15, 2024, at 8:30 AM, or, in the alternative, to allow

1

another attorney from the City Attorney's Office's Police Litigation Unit to appear in place of assigned lead Defense Counsel Ty A. Ford at the Mandatory Scheduling Conference for good cause. The basis of the good cause is that Mr. Ford will be out of the state on November 15, 2024, and is unavailable to attend as ordered.

WHEREAS, this matter was originally assigned to the calendar of Judge Philip S. Gutierrez, and the Parties filed their Joint Rule 26(f) report as ordered on August 16, 2024, for the Mandatory Scheduling Conference set for November 4, 2024. (*See* ECF Dkt. 14). On October 22, 2024, the Chief Judge issued an order reassigning this matter to the calendar of Judge Stanley Blumenfeld Jr. for all further proceedings. (*See* ECF Dkt. 18). On October 22, 2024, following reassignment of this case, this Court vacated the November 4 mandatory scheduling conference (MSC) set by the previous judge and set a new MSC for November 15, 2024 at 8:30 a.m. (*See* ECF Dkt. 20).

WHEREAS, assigned lead Defense Counsel for Defendant City of Los Angeles will be out of the state due to a pre-paid trip on November 15, 2024. (*See* Declaration of Ty A. Ford ["Ford Dec."] at ¶ 2). This trip was booked and paid for prior to the re-scheduling of the November 15, 2024, hearing date. (*Id.*)

WHEREAS, Counsel for Defendant City of Los Angeles has reviewed and is aware of the Court's Mandatory Scheduling Conference order issued on October 22, 2024, requiring lead trial counsel to attend the scheduling conference unless excused by the Court for good cause shown in a declaration. (*See* ECF Dkt. 21).

WHEREAS, Plaintiffs' Counsel and Defense Counsel met and conferred regarding this scheduling conflict on October 24, 2024, and Plaintiff's Counsel has no objection to continuing the Mandatory Scheduling Conference to December 6, 2024, or, in the alternative, allowing another Deputy City Attorney from the Police Litigation Unit to appear for Mr. Ford. (See Ford Dec. at ¶ 4).

WHEREAS, if the Court is not inclined to grant the continuance from November 15 to December, 6, 2024, lead Defense Counsel Mr. Ford can arrange for a colleague from the Police Litigation Unit of the City Attorney's Office to appear for Defendant

City of Los Angeles at the November 15, 2024, MSC hearing. (*See* Ford Dec. at ¶ 3). The appearing attorney will be familiar with Defendant City of Los Angeles's legal position as to all matters to be addressed by the Court. (*Id*.). If the Court wishes, the attorney appearing for Defendant City of Los Angeles will file a Notice of Appearance of Counsel with the Court prior to the November 15, 2024, MSC. (*See Id*.).

      THEREFORE, the Parties stipulate and respectfully request that the current Mandatory Scheduling Conference be continued from November 15, 2024, to December 6, 2024, or, alternatively, lead Defense Counsel Ty A. Ford be excused from the November 15, 2024, hearing and allow another Police Litigation Unit Deputy City Attorney appear for him.

      IT IS SO STIPULATED.

DATED:  October 25, 2024      **HYDEE FELDSTEIN SOTO**, City Attorney
                                   **DENISE C. MILLS**, Chief Deputy City Attorney
                                   **KATHLEEN KENEALY,** Chief Asst City Attorney
                                   **CORY M. BRENTE**, Senior Assistant City Attorney

                                   By:___*Ty A. Ford*_____
                                      TY A. FORD, Deputy City Attorney
                                 *Attorneys for Defendant*, CITY OF LOS ANGELES

DATED:  October 25, 2024      **LAW OFFICES OF DALE K. GALIPO**

                                 By:____/s/ Eric Valenzuela_____
                                    Dale K. Galipo, Esq.
                                    Eric Valenzuela, Esq.
                                 *Attorneys for Plaintiff*, ALEXANDRA RASEY-SMITH
                                 GORDON GENE MACCANI; and JANET MACCANI

# DECLARATION OF TY A. FORD

I, Ty A. Ford, declare as follows:

1. I am a Deputy City Attorney with the Los Angeles City Attorney's Office. I am assigned the responsibility of representing the Defendant City of Los Angeles in the matter of *Alexandra Rasey-Smith,, et al. v. City of Los Angeles, et al.*, U.S. District Court Case Number 2:24-cv-3265-SB (SSCx). I am admitted to practice before the United States District Court-Central District of California. I make this declaration upon my own personal knowledge, except upon those matters stated upon information and belief.

2. I will be out of the state due to a pre-paid trip from November 14-17, 2024. This trip was booked and paid for prior to the re-scheduling of the November 15, 2024, Mandatory Scheduling Conference hearing date from the previous date of November 4, 2024. For this reason, I am respectfully requesting a continuance of the November 15, 2024, hearing date to December 6, 2024.

3. If the Court is not inclined to grant the continuance from November 15 to December, 6, 2024, I can arrange for a colleague from the Police Litigation Unit of the City Attorney's Office to appear for Defendant City of Los Angeles at the November 15, 2024, MSC hearing. The appearing attorney will be familiar with Defendant City of Los Angeles's legal position as to all matters to be addressed by the Court. If the Court wishes, the attorney appearing for Defendant City of Los Angeles will file a Notice of Appearance of Counsel with the Court prior to the November 15, 2024, MSC.

4. Plaintiffs' Counsel and I met and conferred regarding this scheduling conflict on October 24, 2024, and Plaintiff's Counsel has no objection to continuing the Mandatory Scheduling Conference to December 6, 2024, or, in the alternative, allowing another Deputy City Attorney from the Police Litigation Unit to appear for me.

///

///

///

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of October, 2024, at Los Angeles, California.

_____*Ty A. Ford*_____
TY A. FORD, Declarant