UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>      Plaintiffs.<br><br>   v.<br><br>CITY OF LOS ANGELES, and DOES 1-10, inclusive,<br><br>      Defendants. | CASE NO. 2:24-cv-3265-SB (SSCx)<br>*Hon. Stanley Blumenfeld, Jr., Ctrm 6C*<br>*Hon. Mag. Stephanie S. Christensen, Ctrm. 790*<br><br>**[PROPOSED] ORDER RE STIPULATION AND REQUEST TO CONTINUE NOVEMBER 15, 2024, MANDATORY SCHEDULING CONFERENCE TO DECEMBER 6, 2024, OR, IN THE ALTERNATIVE, REQUEST TO ALLOW ANOTHER POLICE LITIGATION ATTORNEY TO APPEAR AT MSC HEARING ON NOVEMBER 15, 2024, FOR GOOD CAUSE** |

This Court, having read and considered the Parties' stipulation and Defense Counsel's request to continue the Mandatory Scheduling Conference currently set for November 15, 2024 at 8:30 AM, and finding good cause, therefore, continues the MSC to December 6, 2024 at 8:30 AM.

[or]

This Court, having read and considered the Parties' stipulation and Defense Counsel's request to have another Deputy City Attorney appear at the Mandatory

1  Scheduling Conference on November 15, 2024, at 8:30 AM, hereby grants Defense
2  Counsel's request and permits another Deputy City Attorney to appear at the MSC.
3      IT IS HEREBY ORDERED.

5  Dated:

                                              Stanley Blumenfeld, Jr.
                                              United States District Judge