F I L E D
CLERK, U.S. DISTRICT COURT
November 12, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge MICHELLE WILLIAMS COURT | ORDER OF THE CHIEF JUDGE<br><br>24-153 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Michelle Williams Court,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Stanley Blumenfeld, Jr. to the calendar of Judge Michelle Williams Court:

| | |
|---|---|
| 2:23-cv-01497-SB-SSCx | Bond Pharmacy, Inc. v. Blue Shield of California Life and Health Insurance Company et al |
| 2:23-cv-10872-SB-AS | Jeremiah Mark Deloney v. Martin OMalley |
| 2:24-cv-03265-SB-SSCx | Alexandra Rasey-Smith et al v. City of Los Angeles et al |
| 2:24-cv-03552-SB-RAOx | Butter Inc v. Artera Haus Inc et al |
| 2:24-cv-04820-SB-JDE | Jacque Oliphant v. Judge Eric P. Harmon et al |
| 2:24-cv-05515-SB-RAOx | Yakub Mulayev v. Sing for Service, LLC et al |
| 2:24-cv-06628-SB-SKx | Seyed Majid Sadegi v. Defendant 1 a/k/a Anna et al |
| 2:24-cv-07030-SB-JCx | Kathryn Davenel v. Colin Miler Leonard et al |
| 2:24-cv-07622-SB-SSCx | Maxim Kosolapov et al v. United States Citizenship and Immigration Services et al |
| 2:24-cv-07784-SB-SSCx | BASF Corporation v. Maritza Calles |
| 2:24-cv-08163-SB-Ex | Crystaline Bowe v. Hartford Life and Accident Insurance Company |
| 2:24-cv-08810-SB-MARx | Silvia Garcia v. Meiji America Inc. |
| 2:24-cv-08840-SB-ASx | Trinton Hurt v. SH Group Hotels and Residence |

In the Matter of the
Creation of Calendar for
District Judge Michelle Williams Court                                              2

|                      |                                              |
|----------------------|----------------------------------------------|
|                      | U.S. LLC et al                               |
| 2:24-cv-09337-SB-MAAx | United States of America v. Shock and Awe LLC |

On all documents subsequently filed in the case, please substitute the Judge initials "MWC" after the case number in place of the initials of the prior Judge.

DATED: November 12, 2024                    _____
                                             Chief Judge Dolly M. Gee