Dale K. Galipo (SBN 144074)
Eric Valenzuela (SBN 284500)
21800 Burbank Ave., Suite 310
Woodland Hills, CA 91367
(818)347-3333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24-cv-03265-MWC-SSC<br><br>**STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that ___Richard Copeland___ may serve as the Panel Mediator in the above-captioned case. ___Eric Valenzuela, Esq.___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___TBD___ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: December 17, 2024                 /s/ Dale K. Galipo
                                         Attorney For Plaintiff   Alexandra Rasey-Smith, et al.

Dated: December 17, 2024                 /s/ Eric Valenzuela
                                         Attorney For Plaintiff   Alexandra Rasey-Smith, et al.

Dated: December 17, 2024                 /s/ Ty A. Ford
                                         Attorney For Defendant   City of Los Angeles

Dated: _____                       _____
                                         Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*