# EXHIBIT A

Case 2:24-cv-03265-MWC-SSC    Document 34-1    Filed 01/14/25    Page 1 of 2    Page ID #:160

| | |
|---|---|
| **From:** | Ty Ford |
| **To:** | evalenzuela@galipolaw.com |
| **Subject:** | Re: Maccani v. City of Los Angeles - ADR Form 02 |
| **Date:** | Monday, January 13, 2025 9:29:59 AM |

Hey Eric,

How did you obtain the name of the shooting officer - did I give it to you? I thought I just learned it myself, so I wondered if you got it from monitoring the LAPD sources rather than from the litigation.

Ty

## Ty A. Ford

Deputy City Attorney
Police Litigation Unit
Los Angeles City Attorney's Office
200 North Main Street, 6th Floor
Los Angeles, California 90012
Phone: 213-978-6900
Fax: 213-978-8785



On Fri, Jan 10, 2025 at 9:23 AM evalenzuela@galipolaw.com <evalenzuela@galipolaw.com> wrote:

> Thanks for getting back to me. I understand its crazy what is going on right now. I think I am just getting nervous because of the deadline that the court set for hearing a motion to amend. Lets touch bases next week when hopefully things have calmed down. Stay safe.
>
> **From:** Ty Ford <ty.ford@lacity.org>
> **Sent:** Friday, January 10, 2025 9:21 AM
> **To:** evalenzuela@galipolaw.com
> **Subject:** Re: Maccani v. City of Los Angeles - ADR Form 02
>
> Eric, I'm not ignoring you, but at this point, all the LAPD Detectives in the Legal Affairs Division are deployed with the ongoing wildfire emergency and I am unable to obtain some information I need to determine whether or not I can stipulate.