# EXHIBIT B

# WATCH COMMANDER'S DAILY REPORT

| AREA | DATE | DAY OF WEEK | WATCH | WC NAME | SERIAL | AWC NAME | SERIAL |
|------|------|-------------|-------|---------|--------|----------|--------|
| Central | 02/03/2024 | Saturday | 2/4 | Sgt Gonzalez | 39642 | | |

- Log all shootings, unusual arrests; hate crimes, demonstrations, officer-involved serious altercations, command posts, special events, VIPs or significant visitors and any item of unusual interest. Number each item and include time or Inc. number, if applicable attach Inc. printout or reports.
- Evaluate each incident in which a person is charged with below listed charges. Note if any issues concerning policy, tactics or training were identified and detail any actions taken.
  - Arrests:  148 (a)-(b) -(c) (d) PC   69 PC    241 (c) PC    243 (b)-(c) PC  244.5(c) PC   245(c)-(d) PC

## Watch Commander's Narrative

**1330 Hours**  Central OIS

> **Title: Central Area (OIS) ADW Suspect (801 E. 7th Street)**
> **Incident:** 24020300002562
> **RD:**    0157
> **Date and Time:**  02/03/2024  1430 hours
> **Gang related:**  n/a
> **Location:**   801 E. 7th Street
> **Victim(s):**   N/A
> **Injury:**  GSW right side chest, right arm
> **Hospital:**  USCMC
> **Weapon Used:** Metal Pole
> **Suspect(s):** John Doe Male / White 40-50 years of age
> **Suspect(s) in custody?** YES
> **Suspect Vehicle:** none
> **Evidence:** none
> **Canopy:** none
> **Synopsis:** Officers responded to a Radio Call of an ADW Investigation at 644 S. Towne and they were directed to the 4th Floor. The Officers were comprised of 2 units and a Supervisor when they were confronted by the Suspect who was armed with a metal pole. 2 Officers deployed less lethal and an OIS (single shooter) occurred.
>
> The Suspect was transported to County USMC where the Suspect was pronounced at 1513 hours. Suspect sustained a GSW to the right side of the chest and the right arm. He was pronounced at 1513 hours by Dr Manier medical record number 102839780.
>
> **Retaliation or pattern concerns:**  none
> **Media:** none
> **Redeployment of resources:**  FID Mobile 1 en-route
> **Detective at scene:** none

## WATCH COMMANDER'S DAILY REPORT

| AREA | DATE | DAY OF WEEK | WATCH | WC NAME | SERIAL | AWC NAME | SERIAL |
|------|------|-------------|-------|---------|--------|----------|--------|
| Central | 02/03/2024 | Saturday | 2/4 | Sgt Gonzalez | 39642 | | |

**Notifications:** Email Captain Jovel, Captain Mayberry, Lieutenant Borquez,  DOC FID Lt Martinelli Serial No 31268notified at 1708 hours.

| | |
|---|---|
| 1457 | Sgt Avila brought in Officer Garcia to Central station be monitored after his OIS. |
| 1522 | Det Trejo brought in 4 percipient witnesses to Central station for monitoring. |
| 1607 | Sgt Norcross brought in 2 percipient witness including IC Sgt Punzalan for monitoring. |
| 1604 | Sgt Jheon brough in one substantially involved officer for less lethal deployment for monitoring. |
| 1634 | Sgt Saeli brought in one substantially involved officer for less lethal deployment for monitoring. |

**1700 Hours**    Sgt Gonzalez briefed Sgt Daymen the status of the division. Sgt Dayman assumed the role of the WC.

Gonzalez, Carlos, Sergeant
Assistant, Watch Commander
Central Patrol