# EXHIBIT C

| | |
|---|---|
| **From:** | evalenzuela@galipolaw.com |
| **To:** | Ty Ford |
| **Cc:** | Leslie De Leon; dalekgalipo@yahoo.com |
| **Subject:** | RE: Maccani v. City of Los Angeles - ADR Form 02 |
| **Date:** | Thursday, January 2, 2025 2:59:00 PM |

Ty,

Would you stipulate to amend the complaint so I can add the shooting officer as a named defendant?

**From:** Ty Ford <ty.ford@lacity.org>
**Sent:** Friday, December 20, 2024 1:33 PM
**To:** evalenzuela@galipolaw.com
**Cc:** Leslie De Leon <ldeleon@galipolaw.com>; dalekgalipo@yahoo.com
**Subject:** Re: Maccani v. City of Los Angeles - ADR Form 02

Hey Eric,

The BOPC hearing was supposed to have occurred this past Tuesday (I don't know the outcome yet), so I expect that we will have access to the docs soon. I will of course provide you with the officer interviews once we have a protective order in place.

I will be out of the office the next two weeks (Christmas and New Years weeks) for the holidays and a family emergency, but we should be able to sort this out in January without an IDC. Have a merry Christmas.

Thanks,

Ty

**Ty A. Ford**
Deputy City Attorney
Police Litigation Unit
Los Angeles City Attorney's Office
200 North Main Street, 6th Floor
Los Angeles, California 90012
Phone: 213-978-6900
Fax: 213-978-8785

