# EXHIBIT D

| | |
|---|---|
| **From:** | evalenzuela@galipolaw.com |
| **To:** | Ty Ford |
| **Subject:** | RE: Maccani v. City of Los Angeles - ADR Form 02 |
| **Date:** | Monday, January 13, 2025 10:23:00 AM |

Hey Ty,

It was in one of the documents that you sent. It mentions he was monitored after his OIS so I assumed that he was the shooter. I will look for the bates number.

**From:** Ty Ford <ty.ford@lacity.org>
**Sent:** Monday, January 13, 2025 9:29 AM
**To:** evalenzuela@galipolaw.com
**Subject:** Re: Maccani v. City of Los Angeles - ADR Form 02

Hey Eric,

How did you obtain the name of the shooting officer - did I give it to you? I thought I just learned it myself, so I wondered if you got it from monitoring the LAPD sources rather than from the litigation.

Ty

### Ty A. Ford

Deputy City Attorney
Police Litigation Unit
Los Angeles City Attorney's Office
200 North Main Street, 6th Floor
Los Angeles, California 90012
Phone: 213-978-6900
Fax: 213-978-8785



On Fri, Jan 10, 2025 at 9:23 AM evalenzuela@galipolaw.com <evalenzuela@galipolaw.com> wrote:

> Thanks for getting back to me. I understand its crazy what is going on right now. I think I am just getting nervous because of the deadline that the court set for hearing a motion to amend. Lets touch bases next week when hopefully things have calmed down. Stay safe.
>
> **From:** Ty Ford <ty.ford@lacity.org>