# EXHIBIT E

| | |
|---|---|
| **From:** | Ty Ford |
| **To:** | evalenzuela@galipolaw.com |
| **Subject:** | Re: Maccani v. City of Los Angeles - ADR Form 02 |
| **Date:** | Monday, January 13, 2025 11:09:11 AM |

OK thanks - I talked to Cory about this and we can't agree to stipulate to add the officer. I apologize for the delay in getting you an answer on the stipulation.

Ty

## Ty A. Ford

Deputy City Attorney
Police Litigation Unit
Los Angeles City Attorney's Office
200 North Main Street, 6th Floor
Los Angeles, California 90012
Phone: 213-978-6900
Fax: 213-978-8785



On Mon, Jan 13, 2025 at 10:35 AM evalenzuela@galipolaw.com <evalenzuela@galipolaw.com> wrote:

> It is mentioned on Bates # 0035. It references him being monitored after his OIS.
>
> **From:** Ty Ford <ty.ford@lacity.org>
> **Sent:** Monday, January 13, 2025 9:29 AM
> **To:** evalenzuela@galipolaw.com
> **Subject:** Re: Maccani v. City of Los Angeles - ADR Form 02
>
> Hey Eric,
>
> How did you obtain the name of the shooting officer - did I give it to you? I thought I just learned it myself, so I wondered if you got it from monitoring the LAPD sources rather than from the litigation.