# EXHIBIT F

| | |
|---|---|
| **From:** | Ty Ford |
| **To:** | evalenzuela@galipolaw.com |
| **Cc:** | Leslie De Leon; dalekgalipo@yahoo.com |
| **Subject:** | Re: Maccani v. City of Los Angeles - ADR Form 02 |
| **Date:** | Friday, December 20, 2024 1:33:28 PM |

Hey Eric,

The BOPC hearing was supposed to have occurred this past Tuesday (I don't know the outcome yet), so I expect that we will have access to the docs soon. I will of course provide you with the officer interviews once we have a protective order in place.

I will be out of the office the next two weeks (Christmas and New Years weeks) for the holidays and a family emergency, but we should be able to sort this out in January without an IDC. Have a merry Christmas.

Thanks,

Ty

## Ty A. Ford

Deputy City Attorney
Police Litigation Unit
Los Angeles City Attorney's Office
200 North Main Street, 6th Floor
Los Angeles, California 90012
Phone: 213-978-6900
Fax: 213-978-8785



On Fri, Dec 20, 2024 at 10:44 AM evalenzuela@galipolaw.com <evalenzuela@galipolaw.com> wrote:

> Ty,
>
> Dale wants me to move forward with regards to getting the recorded interviews of the involved officers. I understand your position that the City does not want to turn over any of the officer interviews while the matter is still being investigated. Would you be agreeable to an informal discovery conference with the Magistrate to get the Court's guidance and position on the issue?
>
> ---
>
> **From:** Ty Ford <ty.ford@lacity.org>
> **Sent:** Tuesday, December 17, 2024 6:50 AM
> **To:** Leslie De Leon <ldeleon@galipolaw.com>