1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:24-cv-03265-MWC-SSC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND THE COMPLAINT/MODIFY THE SCHEDULING ORDER** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY** |
| 3 | **ORDERED** that Plaintiffs' Motion in Case No. 2:24-cv-03265-MWC-SSC is |
| 4 | **GRANTED** and the Plaintiff is allowed to file a First Amended Complaint. |
| 5 | Defendant must file a responsive pleading within fourteen (14) days after. |
| 6 | |
| 7 | |
| 8 | **IT IS SO ORDERED.** |
| 9 | |
| 10 | |
| 11 | DATED: _____, 2025 |

_____
Hon. Michelle Williams Court
United States District Judge