# EXHIBIT 1

## WATCH COMMANDER'S DAILY REPORT

| AREA | DATE | DAY OF WEEK | WATCH | WC NAME | SERIAL | AWC NAME | SERIAL |
|---|---|---|---|---|---|---|---|
| Central | 02/03/2024 | Saturday | 2/4 | Sgt Gonzalez | 39642 | | |

**Notifications:** Email Captain Jovel, Captain Mayberry, Lieutenant Borquez, DOC FID Lt Martinelli Serial No 31268 notified at 1708 hours.

| Time | Entry |
|---|---|
| 1457 | Sgt Avila brought in Officer Garcia to Central station be monitored after his OIS. |
| 1522 | Det Trejo brought in 4 percipient witnesses to Central station for monitoring. |
| 1607 | Sgt Norcross brought in 2 percipient witness including IC Sgt Punzalan for monitoring. |
| 1604 | Sgt Jheon brough in one substantially involved officer for less lethal deployment for monitoring. |
| 1634 | Sgt Saeli brought in one substantially involved officer for less lethal deployment for monitoring. |

**1700 Hours**   Sgt Gonzalez briefed Sgt Daymen the status of the division. Sgt Dayman assumed the role of the WC.

Gonzalez, Carlos, Sergeant
Assistant, Watch Commander
Central Patrol