# EXHIBIT 2

# SERGEANT'S DAILY REPORT

| SERGEANT: Avila, Claudia Serial No. 37771 CA | | DATE: 02-03-24 |
|---|---|---|
| DIVISION: CENTRAL-RESET | WATCH: W2 | ASSIGNMENT: 1Z40 |
| EOW O.T.: 1:30 | O.T. DELIVERED TO: | AVAILABLE FIELD TIME: |

**NARRATIVE:** (Include time, location, activity and incident number when applicable.)

[redacted]

1414-0130 Hours       644 Towne Ave       Help Call(2562)

1435-Responded to the OIS. Upon arrival, I took monitoring duties for Officer Garcia-Alamilla Serial No. 45471.

1439-I obtained a Public Safety Statement from Officer Garcia-Alamilla on the west curb of Towne Ave, north of the CP, and reminded Officer Garcia-Alamilla not to discuss the incident.

1448-I checked out with Sgt Skaggs Serial No. 35978 at the Command Post and transported Officer Garcia-Alamilla to Central Station for monitoring.

1450-I collected BWV from Officer Garcia-Alamilla.

1457-Arrived at Central Station and checked in with Central Watch Commander Sgt Gonzalez Serial No. 39642.

(Additional narrative field on Page 2)

## Activity:

| Calls Responded | Supervisory Requests | No. of Inspections / Time spent | Employee Comment Sheets | Commendations | Ratings | RMIS Action Items / Time spent | TEAMS II Reviews | Use of Force Investigations | Complaint Investigations | Pursuit Investigations |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 2 / 10:00 | 0 | 0 | 0 | 0 / 00:00 | 0 | 0 | 0 | 0 |

## Inspection Information (if applicable):

TYPE: NOT APPLICABLE (N/A) | BWV EQUIP (B) | DICVS/MIC (D) | SEATBELT (S) | TASER (T) | OTHER (O) (**If other, identify in "Findings.")

| Type: | Time: | Unit: | Shop No.: | **Findings: |
|---|---|---|---|---|
| B | 6:00 | 1FB2 | | Officers were equipped with BWV. |
| T | 6:00 | 1FB5 | | Officers were equipped with TASER. |
| N/A | | | | |

**Equipment found not to be in working order shall be noted in the "Findings" field above.

| SIGNATURE OF WATCH COMMANDER: | SERIAL NO. OF WATCH COMMANDER: 40288 |
|---|---|
| WATCH COMMANDER'S COMMENTS: | |

15.48.00 (04/19)       Page 1 of 1