# EXHIBIT 3



Los Angeles Police Department
Forensic Science Division
1800 Paseo Rancho Castilla, Los Angeles CA 90032

# Laboratory Report

SID-24-001866 / Req. # 0002
Report finalized: March 6, 2024
Page 1 of 1

| | | | |
|---|---|---|---|
| **DR #:** | 24-01-06619 | **Name Associated:** | Jason Maccani |
| **Requested By:** | RICHARDSON #36402, FID | **Offense:** | OIS |
| **Contact:** | 36402@lapd.online | **Service:** | Firearms - Test Fire Firearm |

**Analysis Requested:**   Ofcr. Garcia Alamilla #45471 Test Fire F003-24

I, the undersigned analyst, as a Criminalist employed by the Los Angeles Police Department, am prepared to testify to the information provided in this report. The following results relate only to the items tested.

**Evidence Item(s):**

- Unbooked (LIMS #1-1): One (1) semi-automatic pistol, 9mm Luger caliber, FN, model 509, serial number GKS0235217
- Unbooked (LIMS #1-2): One (1) magazine

**Dates of Laboratory Activity:**   2/15/2024 — 2/21/2024

**Conclusion(s)**

The above listed pistol was test fired using the above listed magazine with laboratory ammunition and was functional. The trigger pull value is within the LAPD Armory's established acceptable range for this firearm.

Test fired cartridge cases and bullets were booked into property. See property report listing items 1 through 4 for further details.

Analyst: M. Saucedo  #N4688  323-415-8174  2-27-24

Admin Review: F. Biraimah  #N3140  3-6-24

Tech Review: F. Biraimah  #N3140  3-6-24

DEF 0142