# EXHIBIT 4

# Los Angeles Police Department
## PROPERTY REPORT

Page 1 of 1

| | |
|---|---|
| NARC / FIREARM / SEARCH / MONEY | TOTAL U.S. CURR. BKD. |
| EVID: ✓   NON-EVID: ☐ ONLY 1 CATEGORY PER REPORT | IF RELATED TO PREV BKD EVID, USE THAT DR — **DR 24-0106619** |

IF EVIDENCE CONT., COMPLETE SHADED AREAS ONLY. IF NOT EVID. CONT., COMPLETE ENTIRE FORM.

| DATE AND TIME OF THIS REPORT | DATE PROPERTY BKD | IF RELATED TO PREVIOUSLY BOOKED EVIDENCE, ORIG. EVID. BKD. TO (IN THIS CASE COMPLETE ENTIRE REPORT) | DATE ORIG. EVID. TAKEN INTO CUSTODY |
|---|---|---|---|
| 02/16/2024   1440 | 02/21/2024 | | |

| RESIDENCE ADDRESS | ARRESTEE | EVID. CONT. OF ARREST REPORT | DOB | CHARGE BKD. DR |
|---|---|---|---|---|
| CA | Maccani, Jason | | | BKG. # |

| RESIDENCE ADDRESS (BUS. ADDRESS IF VICT. IS BUSINESS) | VICTIM | EVID. CONT. OF PIR (IF NO ARRESTEE) | R - | X ☐ |
|---|---|---|---|---|
| | | | B - | ☐ |

| RESIDENCE ADDRESS | OWNER OR IF UNKNOWN | FINDER/POSSESSOR | R - | ☐ |
|---|---|---|---|---|
| | | | B - | ☐ |

| AREA OR CITY, & DATE CRIME OCCUR. | TYPE OF PREMISES | DEPT EMPLOYEE IF BOOKED TO | SERIAL NO | DIVISION | IF FIREARM, CRT CHECKS: AFS YES ☐ NO ☐   NCIC YES ☐ NO ☐ |
|---|---|---|---|---|---|
| Central   02/03/2024 | Lab | | | | |

| IS THIS STOLEN PROPERTY? YES ☐ NO ✓ | PROBABLE CRIME OIS | FELONY ✓   MISD. ☐ | DATE & TIME PROP. FOUND TAKEN INTO POLICE CUSTODY - LOCATION - 02/16/2024   8:55   1800 Paseo Rancho Castilla | RD. OR CITY IF OUTSIDE 0439 |
|---|---|---|---|---|

| IS THIS FOUND PROPERTY? YES ☐ NO ✓ | DATE & TIME FOUND PROPERTY DISCOVERED | -LOCATION DISCOVERED- | RD, OR CITY IF OUTSIDE |
|---|---|---|---|

| INVESTIGATIVE UNIT | PROP. BKD. AT | NOTIFICATIONS - PERSONS & UNITS | CONNECTING REPORTS - TYPE & DR |
|---|---|---|---|
| FID | FSC | Richardson #36402 | Arrest/Property Same DR |

Use of Evidence Continuation: Use only with Arrest Report or, if no Arrest Report, with PIR. Do not use if evidence is related to previously booked evidence. To book evidence, staple this page on top of Arrest Face Sheet (or PIR Face Sheet, if no arrest) and forward with evidence.

1. CIRCUMSTANCES (WHERE FOUND, BY WHOM, HOW MARKED, ETC.) EXPLAIN IF 10.10.00 NOT ISSUED. GIVE RESULTS OF CRT CHECKS ON FIREARMS.
2. ITEMIZE PROPERTY (LIST NARCOTICS FIRST, THEN MONEY, FIREARMS, PROPERTY WITH SERIAL NUMBERS, AND OTHER PROPERTY. IF RELATED TO PREVIOUSLY BKD EVIDENCE, START WITH NEXT SEQUENTIAL ITEM NUMBER).
3. IS PROPERTY ELIGIBLE FOR IMMEDIATE DISPOSAL?  YES ☐  NO ✓  IF YES, LIST ITEM #S _____. ENSURE AN "EXTRA COPY" IS FORWARDED TO THE PROPERTY DISPOSITION COORDINATOR (PDC) FOR INPUT INTO APIMS. IF PROPERTY IS ELIGIBLE FOR RELEASE, COMPLETE A PROPERTY DISPOSITION/UPDATE REQUEST, FORM 10.06.00, AND FORWARD IT TO THE PDC FOR INPUT INTO APIMS.

| ITEM NO. | QUANT. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULT | MISC.-COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST, INCL. NAME/BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|
| | | **Property Booked** | | | | |
| 1 | 4 | Discharged cartridge cases, 9mm Luger caliber- fired in the below listed pistol. | | | | |
| 2 | 4 | Bullets, fired, 9mm Luger caliber- fired through the below listed pistol. | | | | |
| 3 | 1 | Cartridge, live ammunition, headstamp: "SPEER 9mm LUGER 23"- received in a coin envelope marked "chamber" with the below listed pistol. | | | | |
| 4 | 16 | Cartridges, live ammunition, headstamp: "SPEER 9mm LUGER 23"- received in a coin envelope marked "magazine" with the below listed pistol. | | | | |

Items 1 and 2 were fired in a pistol, FN, model 509, 9mm Luger caliber, serial number GKS0235217 (OFCR Garcia Alamilla #45471) on 2/16/24 in order to produce exemplars.

The test fires were performed by M. Saucedo N4688 in conjunction with an on-going investigation.

----------------------------------------FOR DISPO CONTACT FID DETECTIVES----------------------------------------

Form 10.10 was not issued in this instance because the items listed above were produced in the laboratory and not taken into custody per LAPD 5/10.10

Incident# 240203002562

| Preliminary Drug Test | SUPERVISOR/INVESTIGATING OFFICER TESTING | SERIAL NO. | WITNESSING OFFICER | SERIAL NO. |
|---|---|---|---|---|
| Search Warrant Info | DATE | ISSUED BY JUDGE | | COURT NO. |

| SUPERVISOR APPROVING | SERIAL NO. 69120 | 10.10.00 ISSUED? YES ☐ NO ✓ | REPORTING EMPLOYEE(S) Saucedo, Matthew | SERIAL NO. N4688 | DIV. FSD | DETAIL FAU | PERSON REPORTING (SIGNATURE) |
|---|---|---|---|---|---|---|---|
| DATE & TIME REPRODUCED 2-28-24 | DIVISION 0646 | CLERK CR 76 | | | | | |

10.01.00 (03/12)