Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant CALEB GARCIA ALAMILLA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**DEFENDANT'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Michelle Williams Court<br>Trial Date:    None Set |

COMES NOW, Defendant CALEB GARCIA ALAMILLA ("ALAMILLA"), answering Plaintiffs' First Amended Complaint for Damages in the above-entitled action, and hereby admits, denies, and alleges as follows:

1. In response to paragraph 1 of the First Amended Complaint, Defendant admits Plaintiffs are suing various Defendants. Except as admitted herein, Defendant denies any remaining allegations for lack of information and belief.

**INTRODUCTION**

2. Answering paragraph 2 of the First Amended Complaint, Defendant admits Plaintiffs seek damages. Except as admitted herein, Defendant denies any

remaining allegations for lack of information and belief.

**PARTIES**

3. Answering paragraphs 3-6 of the First Amended Complaint, Defendant admits decedent is Jason Maccani, and that his wife Alexandra Rasey-Smith and parents Gordon and Janet Maccani are Plaintiffs in this action. Except as admitted herein, Defendant denies any remaining allegations for lack of information and belief.

4. Answering paragraph 7 of the First Amended Complaint, Defendant admits the City of Los Angeles is a municipal entity and that it employed Caleb Garcia Alamilla and other police officers. Except as admitted herein, Defendant denies any remaining allegations for lack of information and belief.

5. Answering paragraphs 8-12 of the First Amended Complaint, Defendant admits Caleb Garcia Alamilla was an employee of the City, acting under color of law as a police officer. Except as admitted herein, Defendant denies any remaining allegations for lack of information and belief.

6. Answering paragraphs 13-14 of the First Amended Complaint, Defendant denies the allegations contained therein for lack of information and belief.

**JURISDICTION AND VENUE**

7. Answering paragraphs 15-16 of the First Amended Complaint, Defendant admits jurisdiction and venue are appropriate. Except as admitted herein, Defendant denies any remaining allegations for lack of information and belief.

**FACTS COMMON TO ALL CLAIMS**

8. Answering paragraph 17 of the First Amended Complaint, Defendant repeats and re-alleges the response to paragraphs 1-16 above.

9. Answering paragraphs 18-23 of the First Amended Complaint, Defendant admits decedent was at East 7th and Towne Streets in Los Angeles, and that he was struck by a gunshot due to a belief of an imminent risk of death or great

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4899-4662-4060 v1

2

Case No. 2:24-cv-03265-MWC-SSC
DEFENDANT ALAMILLA'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

bodily injury.  Defendant asserts that decedent appeared to be wielding a deadly weapon as he charged forward. Except as admitted herein, Defendant denies any remaining allegations for lack of information and belief.

## FIRST CLAIM FOR RELIEF

10. Answering paragraph 24 of the First Amended Complaint, Defendant repeats and re-alleges the response to paragraphs 1-23 above.

11. Answering paragraphs 25-32 of the First Amended Complaint, Defendant denies the shooting was unjustified and denies he violated decedent's constitutional rights. Defendant denies he acted maliciously or that punitive damages are warranted. Defendant denies any remaining allegations for lack of information and belief.

## SECOND CLAIM FOR RELIEF

12. Answering paragraph 33 of the First Amended Complaint, Defendant repeats and re-alleges the response to paragraphs 1-32 above.

13. Answering paragraphs 34-40 of the First Amended Complaint, Defendant denies the allegations therein. Defendant specifically denies decedent was shot more than once, denies that he failed to summon prompt medical care for decedent, denies that he failed to render aid to him, and denies he acted with malice or reckless disregard. Defendant denies any remaining allegations for lack of information and belief.

## THIRD CLAIM FOR RELIEF

14. Answering paragraph 41 of the First Amended Complaint, Defendant repeats and re-alleges the response to paragraphs 1-40 above.

15. Answering paragraphs 42-53 of the First Amended Complaint, Defendant denies he violated Plaintiffs' constitutional rights. Defendant denies that his actions shocked the conscience and/or that he acted with deliberate indifference. Defendant denies that punitive damages are warranted against him. Defendant denies any remaining allegations for lack of information and belief.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4899-4662-4060 v1

3

Case No. 2:24-cv-03265-MWC-SSC
DEFENDANT ALAMILLA'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## FOURTH CLAIM FOR RELIEF

16. Answering paragraph 54 of the First Amended Complaint, Defendant repeats and re-alleges the response to paragraphs 1-53 above.

17. Answering paragraphs 55-59 of the First Amended Complaint, Defendant denies that he acted unreasonably and/or without justification. Defendant denies he acted with malice or conscious disregard. Defendant denies that punitive damages are warranted against him. Defendant denies any remaining allegations for lack of information and belief.

## FIFTH CLAIM FOR RELIEF

18. Answering paragraph 60 of the First Amended Complaint, Defendant repeats and re-alleges the response to paragraphs 1-59 above.

19. Answering paragraph 61-64 of the First Amended Complaint, Defendant denies he acted negligently or recklessly. Defendant denies any remaining allegations for lack of information and belief.

## SIXTH CLAIM FOR RELIEF

20. Answering paragraph 65 of the First Amended Complaint, Defendant repeats and re-alleges the response to paragraphs 1-64 above.

21. Answering paragraphs 66-78 of the First Amended Complaint, Defendant denies he used excessive or unreasonable force. Defendant denies decedent did not pose an imminent threat of death or great bodily injury. Defendant denies he violated decedent's rights. Defendant denies he acted with malice or conscious disregard. Defendant denies that punitive damages are warranted against him. Defendant denies any remaining allegations for lack of information and belief.

## PRAYER FOR RELIEF

22. Answering the Plaintiffs' Prayer for Relief, Defendant denies that Plaintiffs are entitled to any of the relief sought.

///

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4899-4662-4060 v1

4

Case No. 2:24-cv-03265-MWC-SSC
DEFENDANT ALAMILLA'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

# AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' First Amended Complaint and each cause of action fails to state a valid cause of action or basis for recovery.

## SECOND AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of decedent, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## THIRD AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## FOURTH AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, Defendant is protected from liability under the doctrine of qualified immunity.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to mitigate their damages.

## SIXTH AFFIRMATIVE DEFENSE

The action is barred for lack of standing to sue.

## SEVENTH AFFIRMATIVE DEFENSE

The state law claims alleged by Plaintiffs are barred for failure to comply with the claim provisions of the California Tort Claims Act (Govt. Code section 910, et seq.) including without limitation, Cal. Govt. Code Sections 901, 905, 905.2, 910, 911.3, 911.4, 945.4, 945.6 and 946.6.

///

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4899-4662-4060 v1

5

Case No. 2:24-cv-03265-MWC-SSC
DEFENDANT ALAMILLA'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## EIGHTH AFFIRMATIVE DEFENSE

Decedent had actual knowledge of the condition and particular danger alleged, knew and understood the degree of risk assumed, and voluntarily assumed such risk.

## NINTH AFFIRMATIVE DEFENSE

The action should be abated in that all of the heirs of decedent have not been joined as parties.

## TENTH AFFIRMATIVE DEFENSE

The force used against decedent, if any, was caused and necessitated by the actions of decedent, and was reasonable and necessary for self-defense and/or the defense of others.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendant is immune from liability under the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Cal. Gov't Code 815.2, 818, 820.2, 820.4, and 820.8

## DEMAND FOR JURY TRIAL

Defendant hereby demands and requests a trial by jury in this matter.

## PRAYER FOR RELIEF

WHEREFORE, Defendant GARCIA ALAMILLA prays for judgment as follows:

1. That Plaintiffs take nothing by way of this action;
2. That the action be dismissed;

///
///
///
///
///
///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4899-4662-4060 v1

6

Case No. 2:24-cv-03265-MWC-SSC
DEFENDANT ALAMILLA'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1     3.     That Defendant be awarded costs of suit;

2     4.     That Defendant be awarded other and further relief as the Court may deem just and proper.

Dated: May 5, 2025                 BURKE, WILLIAMS & SORENSEN, LLP

By:    /s/ *Susan E. Coleman*
      Susan E. Coleman
      Attorneys for Defendant
      CALEB GARCIA ALAMILLA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4899-4662-4060 v1

7

Case No. 2:24-cv-03265-MWC-SSC
DEFENDANT ALAMILLA'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT