LAW OFFICES OF GALIPO
Dale K. Galipo (SBN 144074)
Eric Valenzuela (SBN 284500)
21800 Burbank Blvd., Ste 310,
Woodland Hills, CA 91367
Tel No.: (818) 347-3333
Facsimile: (818) 347-4118

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI<br><br>Plaintiff(s)<br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24-cv-03265-MWC-SSC<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that ___Rick Copeland___ may serve as the Panel Mediator in the above-captioned case. ___Eric Valenzuela___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___TBD___ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: August 4, 2025          Eric Valenzuela
                               Attorney For Plaintiff   Alexandra Rasey-Smith, et al.

Dated: _____                  _____
                               Attorney For Plaintiff

Dated: August 4, 2025          Ty A. Ford
                               Attorney For Defendant   City of Los Angeles

Dated: August 4, 2025          Susan E. Coleman
                               Attorney For Defendant   Caleb Garcia Alamilla

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)          **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**