Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant CALEB
GARCIA ALAMILLA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI, | Case No. 2:24-cv-03265-MWC-SSC |
| Plaintiffs, | **JOINT STIPULATION AND REQUEST TO CONTINUE DISCOVERY IN ORDER TO MEDIATE** |
| v. | **[PROPOSED ORDER Submitted Concurrently]** |
| CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive, | Judge: Hon. Michelle Williams Court |
| Defendants. | Trial Date:        April 6, 2026 |

///
///
///
///
///
///
///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-8570-7615 v1

1

Case No. 2:24-cv-03265-MWC-SSC
JOINT STIPULATION TO CONTINUE
PRETRIAL & TRIAL DATES

Dale K. Galipo (SBN 144074)
Eric Valenzuela (SBN 284500)
LAW OFFICES OF DALE GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: 818.347.3333
Facsimile: 818.347.4118
Attorneys for Plaintiffs ALEXANDRA RASEY-SMITH;
GORDON GENE MACCANI, and JANET MACCANI

Hydee Feldstein Soto, City Attorney (SBN 106866)
Denise C. Mills, Chief Deputy City Attorney (SBN 191992)
Ty A. Ford, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Telephone: 213.978.6900
Facsimile: 213.978.8785
Email: ty.ford@lacity.org
Attorneys for Defendant CITY OF LOS ANGELES

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-8570-7615 v1                    2                    Case No. 2:24-cv-03265-MWC-SSC
JOINT STIPULATION TO CONTINUE
PRETRIAL & TRIAL DATES

IT IS HEREBY STIPULATED by and between Plaintiffs ALEXANDRA RASEY-SMITH, GORDON GENE MACCANI, JANET MACCANI and Defendants CITY OF LOS ANGELES and CALEB GARCIA ALAMILLA, the parties—through their undersigned counsel, as follows:

WHEREAS, this case concerns an officer involved shooting that occurred on February 3, 2024 involving decedent Jason Maccani in the City of Los Angeles;

WHEREAS, the defendants CITY OF LOS ANGELES and CALEB GARCIA ALAMILLA have filed Answers to Plaintiffs' Complaint;

WHEREAS the parties have agreed to mediate the case in advance of incurring costs associated with extensive discovery;

WHEREAS, the parties' full-day mediation session is scheduled for October 15, 2025 with Richard Copeland;

WHEREAS, the parties would like to continue fact discovery and expert discovery in order to try to resolve this case before discovery;

WHEREAS, due to the schedule of the three separate attorneys' offices and the availability of the involved officers (both defendant and non-defendant officers), the parties have been unable to conduct their depositions to date. The parties have propounded and responded to written discovery and have subpoenaed documents from third-parties;

WHEREAS, the parties have not requested any prior extensions to the Court's Civil Trial Order [Doc. 30];

Therefore, the parties jointly request a continuation of the current relevant discovery dates and deadlines as follows:

|  | Current Date | Requested Date |
|---|---|---|
| Fact Discovery Cut Off | Friday, October 3, 2025 | Friday, November 14, 2025 |
| Expert Disclosure Due | Friday, October 10, 2025 | Friday, November 21, 2025 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-8570-7615 v1

3

Case No. 2:24-cv-03265-MWC-SSC
JOINT STIPULATION TO CONTINUE
PRETRIAL & TRIAL DATES

| Expert Disclosure (Rebuttal) Due | Friday, October 24, 2025 | December 5, 2025 |
| Expert Discovery Cut Off | Friday, November 7, 2025 | Friday, December 19, 2025 |

All other Court-ordered dates shall remain in effect.

IT IS SO STIPULATED.

Dated:  August 20, 2025          LAW OFFICES OF DALE K. GALIPO


By:  /s/ Dale K. Galipo
    Dale K. Galipo
    Attorneys for Plaintiffs

Dated:  August 20, 2025          LOS ANGELES CITY ATTORNEY'S OFFICE


By:  /s/ Ty Ford
    Ty Ford, Deputy City Attorney
    Attorneys for City of Los Angeles

Dated:  August 20, 2025          BURKE, WILLIAMS & SORENSEN, LLP


By:  /s/ Susan E. Coleman
    Susan E. Coleman
    Attorneys for Defendant
    CALEB GARCIA ALAMILLA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-8570-7615 v1

4

Case No. 2:24-cv-03265-MWC-SSC
JOINT STIPULATION TO CONTINUE
PRETRIAL & TRIAL DATES

**ELECTRONIC SIGNATURE CERTIFICATION**

I, Susan E. Coleman, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the electronic filing.

Dated:   August 20, 2025                    BURKE, WILLIAMS & SORENSEN, LLP


                                             By:   _/s/ Susan E. Coleman_
                                                   Susan E. Coleman
                                                   Attorneys for Defendant
                                                   CALEB GARCIA ALAMILLA

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-8570-7615 v1                                5                Case No. 2:24-cv-03265-MWC-SSC
                                                                 JOINT STIPULATION TO CONTINUE
                                                                  PRETRIAL & TRIAL DATES