UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**[PROPOSED ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE DISCOVERY IN ORDER TO MEDIATE**<br><br>Judge:   Hon. Michelle Williams Court<br><br>Trial Date:         April 6, 2026 |

The Court, having reviewed the Parties' Joint Stipulation to continue all remaining discovery deadlines and dates, and good cause appearing therefore, hereby modifies the current deadlines and dates as follows:

///
///
///
///
///
///
///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4914-8570-7615 v1

1

Case No. 2:24-cv-03265-MWC-SSC
[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE PRETRIAL & TRIAL DATES

| Event | Current Date | Requested Date |
|---|---|---|
| Fact Discovery Cut Off | Friday, October 3, 2025 | Friday, November 14, 2025 |
| Expert Disclosure Due | Friday, October 10, 2025 | Friday, November 21, 2025 |
| Expert Disclosure (Rebuttal) Due | Friday, October 24, 2025 | December 5, 2025 |
| Expert Discovery Cut Off | Friday, November 7, 2025 | Friday, December 19, 2025 |

No other dates are affected by this Order.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Honorable Michelle Williams Court
Judge of the District Court

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4914-8570-7615 v1

2

Case No. 2:24-cv-03265-MWC-SSC
[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE PRETRIAL & TRIAL DATES