UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**ORDER RE JOINT STIPULATION AND REQUEST TO CONTINUE DISCOVERY IN ORDER TO MEDIATE (DKT. 46)** |

The Court, having reviewed the Parties' Joint Stipulation to continue all remaining discovery deadlines and dates, **DENIES** the stipulation for lack of good cause shown.

**IT IS SO ORDERED.**

DATED:  August 25, 2025

_____
Honorable Michelle Williams Court
Judge of the District Court