Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant CALEB GARCIA ALAMILLA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**AMENDED JOINT STIPULATION AND REQUEST TO CONTINUE DISCOVERY IN ORDER TO MEDIATE; AND STATEMENT OF GOOD CAUSE THEREFOR**<br><br>**[PROPOSED ORDER Submitted Concurrently]**<br><br>Judge: Hon. Michelle Williams Court<br><br>Trial Date:     April 6, 2026 |

///
///
///
///
///
///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-8570-7615 v1

1

Case No. 2:24-cv-03265-MWC-SSC
AMENDED JOINT STIPULATION TO CONTINUE DISCOVERY DATES

1  Dale K. Galipo (SBN 144074)
2  Eric Valenzuela (SBN 284500)
   LAW OFFICES OF DALE GALIPO
3  21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Telephone: 818.347.3333
5  Facsimile: 818.347.4118
6  Attorneys for Plaintiffs ALEXANDRA RASEY-SMITH;
   GORDON GENE MACCANI, and JANET MACCANI
7
8  Hydee Feldstein Soto, City Attorney (SBN 106866)
   Denise C. Mills, Chief Deputy City Attorney (SBN 191992)
9  Ty A. Ford, Deputy City Attorney (SBN 218365)
10 200 North Main Street, 6th Floor, City Hall East
   Los Angeles, CA 90012
11 Telephone: 213.978.6900
12 Facsimile: 213.978.8785
   Email: ty.ford@lacity.org
13 Attorneys for Defendant CITY OF LOS ANGELES

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4914-8570-7615 v1

2

Case No. 2:24-cv-03265-MWC-SSC
JOINT STIPULATION TO CONTINUE DISCOVERY DATES

IT IS HEREBY STIPULATED by and between Plaintiffs ALEXANDRA RASEY-SMITH, GORDON GENE MACCANI, JANET MACCANI and Defendants CITY OF LOS ANGELES and CALEB GARCIA ALAMILLA, the parties—through their undersigned counsel, as follows:

WHEREAS, this case concerns an officer involved shooting that occurred on February 3, 2024 involving decedent Jason Maccani in the City of Los Angeles;

WHEREAS, the defendants CITY OF LOS ANGELES and CALEB GARCIA ALAMILLA have filed Answers to Plaintiffs' Complaint;

WHEREAS the parties have agreed to mediate the case in advance of incurring costs associated with extensive discovery;

WHEREAS, the parties have scheduled a full-day mediation session for October 15, 2025 with Richard Copeland, and no earlier date was available;

WHEREAS, both sides have mediated with Copeland before and have a high degree of confidence in his abilities, and thus believe it is better to wait for a mediation with Copeland instead of selecting another mediator ;

WHEREAS, if settlement may be achieved before experts are retained, it will be a cost savings and may help the Parties to reach a settlement;

WHEREAS, Deputy City Attorney Ty Ford is double-booked for trials in September, with the case of *Hasmik Jasmine Chinaryan v. City of Los Angeles, et al*. (USDC Case No. 2:19-cv-09302-MCS-E) set for Trial beginning on September 16, 2025 (Est. duration 5 days), and the case of *Joseph LaRocca v. City of Los Angeles, et al*. (LASC Case No. 24STCV07744) set for Trial set on September 22, 2025; and also has another trial in early October: *Shirley Huffman v. City of Los Angeles, et al*. (LASC Case No. 22STCV38178), set for Trial on October 7, 2025. Mr. Ford has no "second chair" or other person available at the City Attorney's office to handle trial preparation and/or depositions in his stead due to the current workflow and staffing shortages;

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4914-8570-7615 v1

3

Case No. 2:24-cv-03265-MWC-SSC
JOINT STIPULATION TO CONTINUE DISCOVERY DATES

WHEREAS, Plaintiff's counsel Dale Galipo is expected to be in trial from September 9, 2025, until September 19, 2025, in the case of *Stephenson v. State of Cal.*, Case No. ED CV21-00526-JAK-DTB, and he takes the Defendant-Officer depositions personally.

WHEREAS, Defense counsel for Officer Garcia Alamilla (Susan Coleman) has a pre-planned prepaid vacation out of the country from September 18 to 26, 2025 (in part to run the Berlin marathon), and has a state court jury trial beginning on September 29, 2025, in *Crystal Gonzales v. Petersen Automotive Museum, et al.*

WHEREAS, the parties would like to continue fact discovery and expert discovery to increase the possibly of resolving the case before having to incur the costs associated with retaining experts and also because they do not believe they can finish the depositions before the current discovery cut-off date given the schedules of counsel and witnesses;

WHEREAS, due to the schedule of the three separate attorneys' offices and problems with the availability of the involved officers (both defendant and non-defendant officers), the Parties have been unable to conduct their depositions to date. The parties have propounded and responded to written discovery and have subpoenaed documents from third-parties;

WHEREAS, the parties have requested one prior extension to the Court's Civil Trial Order, which was denied by the Court, but they are providing additional relevant details and information herein to provide good cause and to assist the Court's decision;

WHEREAS, the Parties' proposed change in the discovery schedule will not affect the Trial date or any filing deadlines in this matter;

Therefore, the parties jointly request a continuation of the current relevant discovery dates and deadlines as follows:

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-8570-7615 v1

4

Case No. 2:24-cv-03265-MWC-SSC
JOINT STIPULATION TO CONTINUE DISCOVERY DATES

|   | Current Date | Requested Date |
|---|---|---|
| Fact Discovery Cut Off | Friday, October 3, 2025 | Friday, November 14, 2025 |
| Expert Disclosure Due | Friday, October 10, 2025 | Friday, November 21, 2025 |
| Expert Disclosure (Rebuttal) Due | Friday, October 24, 2025 | December 5, 2025 |
| Expert Discovery Cut Off | Friday, November 7, 2025 | Friday, December 19, 2025 |

All other Court-ordered dates shall remain in effect.

IT IS SO STIPULATED.

Dated: August 27, 2025    LAW OFFICES OF DALE K. GALIPO

By: /s/ *Eric Valenzuela*
Eric Valenzuela
Attorneys for Plaintiffs

Dated: August 27, 2025    LOS ANGELES CITY ATTORNEY'S OFFICE

By: /s/ *Ty Ford*
Ty Ford, Deputy City Attorney
Attorneys for City of Los Angeles

Dated: August 27, 2025    BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Susan E. Coleman*
Susan E. Coleman
Attorneys for Defendant
CALEB GARCIA ALAMILLA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-8570-7615 v1

6

Case No. 2:24-cv-03265-MWC-SSC
JOINT STIPULATION TO CONTINUE DISCOVERY DATES

**ELECTRONIC SIGNATURE CERTIFICATION**

I, Susan E. Coleman, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the electronic filing.

Dated: August 27, 2025        BURKE, WILLIAMS & SORENSEN, LLP

By: _____
     Susan E. Coleman
     Attorneys for Defendant
     CALEB GARCIA ALAMILLA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-8570-7615 v1

7

Case No. 2:24-cv-03265-MWC-SSC
JOINT STIPULATION TO CONTINUE DISCOVERY DATES