Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Lauren S. Dossey (SBN 244887)
E-mail: ldossey@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
CALEB GARCIA ALAMILLA

HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
CORY M. BRENTE, Senior Assistant City Attorney (SBN 115453)
TY A. FORD, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Tel: 213.978.6900 Fax: 213.978.8785
Email: Ty.Ford@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*Filed concurrently with Separate Statement of Uncontroverted Facts and Conclusions of Law; Declaration of C. Garcia Alamilla; Declaration of C. Chomuk; and [Proposed] Order*<br><br>Judge: Hon. Michelle Williams Court<br>Date: December 26, 2025<br>Time: 1:30 p.m.<br>Crtrm: 6A<br><br>Trial Date:  April 6, 2026 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4929-2523-1732 v1

1

Case No. 2:24-cv-03265-MWC-SSC
DEFENDANTS' NOTICE OF MOTION & MPSJ

PLEASE TAKE NOTICE that on December 26, 2025, at 1:30 p.m., in the above-entitled Court, located at 350 West First Street, Los Angeles, California 90012, Defendants CITY OF LOS ANGELES ("City") and CALEB GARCIA ALAMILLA will and hereby do move this Court, in accordance with Federal Rules of Civil Procedure, Rule 56(a), for an order granting partial summary judgment in their favor and against Plaintiffs as to the following claims on the basis that there is insufficient evidence to create a genuine dispute as to any material fact:

1. Plaintiff's first cause of action for excessive force under 42 U.S.C. § 1983 against Officer Garcia Alamilla lacks merit because his use of force was objectively reasonable as the decedent, Jason Maccani ("Maccani"), threatened the responding officers with an object that reasonably appeared to be a knife as he was charging towards them.

2. Plaintiff's second cause of action for denial of medical care claim under 42 U.S.C. § 1983 lacks merit because the uncontroverted evidence shows that immediately after securing Maccani, within just over a minute after the shooting, officers called for medical assistance and rendered medical aid until it arrived.

3. Plaintiffs' third cause of action for deprivation of substantive due process under 42 U.S.C. § 1983 lacks merit because Plaintiff Alexandra Rasey-Smith lacks standing and the conduct of Officer Garcia Alamilla does not "shock the conscience" in that he did not act with a purpose to harm unrelated to legitimate law enforcement objectives.

4. Officer Garcia Alamilla is entitled to qualified immunity because (1) he did not violate Maccani's constitutional rights; (2) any mistakes of fact or law Officer Garcia Alamilla may have made were reasonable; and (3) his actions did not violate clearly established law.

5. Plaintiff's claim for battery (fourth cause of action) should be dismissed because Officer Garcia Alamilla used objectively reasonable force based on the facts and circumstances confronting him.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4929-2523-1732 v1

2

Case No. 2:24-cv-03265-MWC-SSC
DEFENDANTS' NOTICE OF MOTION & MPSJ

6. Plaintiff's Section 52.1 claim (sixth cause of action) against Officer Garcia Alamilla lacks merit because (1) there is no evidence that he violated any constitutional right of Maccani's; and (2) there is no evidence that he acted with the requisite specific intent to violate any of Maccani's constitutional rights.

7. Plaintiff's claim that the City of Los Angeles is variously liable for Officer Garcia Alamilla's alleged violation of Section 52.1 fails because Plaintiff cannot establish the Section 52.1 claim against him.

8. Plaintiff Alexandra Rasey-Smith lacks standing to recover for battery, negligence, or violation of the Bane Act in her individual capacity.

This Motion will be based upon this Notice, the attached Memorandum of Points and Authorities, the Separate Statement of Uncontroverted Facts and Conclusions of Law, the Declarations of Caleb Garcia Alamilla and Colin Chomuk, the papers and pleadings on file in this matter, and on such further oral or written argument as the Court may consider at or prior to the hearing on this matter.

This Motion is made after the Parties attempted to informally resolve the issues presented herein, in compliance with Local Rule 7-3. After meeting and conferring regarding the substance of this Motion, the Parties were unable to finalize an agreement on Plaintiff's claims that would obviate the need to file the instant motion.

Dated: November 7, 2025                    BURKE, WILLIAMS & SORENSEN, LLP


By:      /s/ Susan E. Coleman
    Susan E. Coleman
    Lauren S. Dossey
    Attorneys for Defendant
    CALEB GARCIA ALAMILLA

Dated: November 7, 2025

LOS ANGELES CITY ATTORNEY

By: /s/ Ty A. Ford
Ty A. Ford
Attorneys for Defendant CITY OF LOS ANGELES

### ELECTRONIC SIGNATURE CERTIFICATION

I, Susan E. Coleman, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the electronic filing.

Dated: November 7, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Susan E. Coleman
Susan E. Coleman
Lauren S. Dossey
Attorneys for Defendant
CALEB GARCIA ALAMILLA

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4929-2523-1732 v1

4

Case No. 2:24-cv-03265-MWC-SSC
DEFENDANTS' NOTICE OF MOTION & MPSJ