Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant CALEB GARCIA ALAMILLA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**DECLARATION OF COLIN CHOMUK IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed concurrently with [Notice of Motion and Motion for Summary Judgment, Memorandum of Points and Authorities in Support Thereof; Declarations of Susan E. Coleman, Caleb Garcia Alamilla; Separate Statement of Uncontroverted Facts and Conclusions of Law; and Proposed Order]*<br><br>Judge: Hon. Michelle Williams Court<br>Hrg:   December 26, 2025<br>Time:  1:30 p.m.<br><br>Trial Date:   April 6, 2026 |

I, COLIN CHOMUK, declare:

1. I have personal knowledge of the facts stated herein, except those stated upon information and belief and, as to those matters, I believe them to be true. If called upon to testify to the matters herein, I could and would competently do so.

2. On February 3, 2024, I was assigned as a Police Officer III in the Los Angeles Police Department and I was the Field Training Officer (FTO) partnered

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4927-9415-3080 v1                    1                    Case No. 2:24-cv-03265-MWC-SSC
                                                          COLIN CHOMUK DECL.
                                                          ISO DEFENDANT'S MSJ

1 | with Officer Caleb Garcia Alamilla.

2 |    3.    At around 2:20 p.m., Officer Garcia Alamilla and I responded to a call for service regarding an assault with a deadly weapon in progress at a studio in an industrial complex in the Skid Row area of downtown Los Angeles.

   4.    Attached hereto as **Exhibit A** is a true and correct copy of the footage from my body worn camera that fairly and accurately depicts the events that occurred in the fourth floor hallway of the building on 801 East 7th Street, Los Angeles on February 3, 2024, from the viewpoint of the camera affixed to my chest. It was produced in discovery and Bates-stamped as "DEF 2504."

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 6th, 2025 at Los Angeles, California.

_____
COLIN CHOMUK

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4927-9415-3080 v1

2

Case No. 2:24-cv-03265-MWC-SSC
COLIN CHOMUK DECL.
ISO DEFENDANT'S MSJ

# EXHIBIT A LODGED UNDER SEAL