UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:  Hon. Michelle Williams Court<br><br>Trial Date:         April 6, 2026 |

After consideration of the Moving papers, the Separate Statement of Uncontroverted Facts, Exhibits, Declarations, and Memoranda filed by the parties, and having heard argument of counsel, this Court makes the following orders:

1. Judgment is entered in favor of Defendant Garcia on Plaintiff's first cause of action (42 U.S.C. § 1983–excessive force);

2. Judgment is entered in favor of Defendant Garcia on Plaintiff's second cause of action (42 U.S.C. § 1983–denial of medical care);

3. Judgment is entered in favor of Defendant Garcia on Plaintiffs' third cause of action (42 U.S.C. § 1983–substantive due process);

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4919-9527-4360 v1

1

Case No. 2:24-cv-03265-MWC-SSC
[PROPOSED] ORDER GRANTING DEFENDANTS' PARTIAL MSJ

4. Judgment is entered in favor of Defendants Garcia and City of Los Angeles on Plaintiff's fourth cause of action (battery);

5. Judgment is entered in favor of Defendants Garcia and City of Los Angeles on Plaintiff Alexandra Rasey-Smith's fifth cause of action (negligence) to the extent it is brought by Plaintiff in her individual capacity; and

6. Judgment is entered in favor of Defendants Garcia and City of Los Angeles on Plaintiff's sixth cause of action (the Bane Act).

IT IS SO ORDERED.

Dated:_____

_____
Honorable Michelle Williams Court
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4919-9527-4360 v1

2

Case No. 2:24-cv-03265-MWC-SSC
[PROPOSED] ORDER GRANTING
DEFENDANTS' PARTIAL MSJ