Susan E. Coleman (SBN 171832)
BURKE, WILLIAMS & SORENSEN, LLP
444 S. Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel. 213.236.0600; Fax 213.236.2700

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ALEXANDRA RASEY-SMITH, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cv-03265-MWC-SSC |
| v. | |
| CITY OF LOS ANGELES, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

1. Exhibit A to the Declaration of Caleb Garcia Alamilla, surveillance video footage depicting events that occurred in the fourth floor hallway on February 3, 2024. Produced as DEF2520; and
2. Exhibit B to the Declaration of Caleb Garcia Alamilla, footage from Alamilla body worn camera depicting events that occurred in the fourth floor hallway on February 3, 2024. Produced as DEF2521.
3. Exhibit A to the Declaration of Colin Chomuk, footage from Chomuk body work camera depicting events that occurred on February 3, 2024. Produced as DEF2504.

**Reason:**

☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 7, 2025
Date

/s/ Susan E. Coleman
Attorney Name

Caleb Garcia Alamilla
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)    NOTICE OF MANUAL FILING OR LODGING