Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant CALEB GARCIA ALAMILLA

HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
TY A. FORD, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Tel: 213.978.6900  Fax: 213.978.8785
Email: Ty.Ford@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO LODGE VIDEO EXHIBITS UNDER SEAL IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*Filed concurrently with Declaration of Susan E. Coleman; and [Proposed] Order*<br><br>Judge: Hon. Michelle Williams Court<br>Date: December 26, 2025<br>Time: 1:30 p.m.<br>Crtrm: 6A<br><br>Trial Date: April 6, 2026 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants City of Los Angeles and Caleb Garcia Alamilla ("Defendants") will and hereby do move the Court, pursuant to Local Rule 79-5, for leave to lodge under seal the three video exhibits submitted as exhibits of Caleb Garcia Alamilla and Colin Chomuk, which are being filed concurrently with Defendants' Motion for Partial Summary Judgment. Good cause exists to lodge these three video exhibits under seal because the surveillance and body worn camera footage contains sensitive information that is subject to the Court's Protective Order in this matter (ECF No. 36). They were produced as confidential and subject to the protective order.

## I.   MATERIALS REQUESTED TO BE SEALED

Defendants seek to lodge under seal the following items (collectively, the "Video Exhibits"):

1.   **Exhibit A** to the Declaration of Defendant Caleb Garcia Alamilla: surveillance video footage (DEF2520) depicting the events that occurred in the fourth floor hallway on February 3, 2024.

2.   **Exhibit B** to the Declaration of Defendant Caleb Garcia Alamilla: footage from Defendant Garcia's body worn camera (DEF2521) depicting the events that occurred in the fourth floor hallway on February 3, 2024.

3.   **Exhibit A** to the Declaration of Officer Colin Chomuk: footage from Officer Chomuk's body worn camera (DEF2504) depicting the events that occurred in the fourth floor hallway on February 3, 2024.

These materials will be manually lodged under seal pursuant to Local Rule 5-4.2 because they consist of video files not conducive to electronic filing through CM/ECF. A Notice of Manual Lodging (Form G-92) will accompany the lodged Video Exhibits.

///

///

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4913-7414-3864 v1

2

Case No. 2:24-cv-03265-MWC-SSC
DEFENDANTS' MOTION FOR LEAVE TO LODGE VIDEO EXHIBITS UNDER SEAL

## II. GROUNDS FOR SEALING

It is true that there is a strong presumption in favor of public access to judicial records and against sealing. *See Kamakana v. Cty. & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 597 (1978); *Globe Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1212 (9th Cir. 2002). As such, if a court decides to seal judicial documents and records in a case, it must identify the compelling interest and articulate the factual basis for its finding "without relying on hypothesis or conjecture." *Kamakana*, 447 F.3d at 1179.

Good cause exists to seal the Video Exhibits because they contain: (1) sensitive depictions of the decedent at the scene, including him being shot and medical response efforts; and (2) law-enforcement tactics and operational details that are not suitable for public disclosure. The Video Exhibits were produced in discovery in this matter pursuant to the Court's Protective Order (ECF No. 36), which prohibits public disclosure of confidential materials and expressly provides that any violation of the order may be punished by any and all appropriate measures, including contempt proceedings and/or monetary sanctions. Disclosure of these videos on the public docket would compromise privacy interests, risk misuse of sensitive content, and subject Defendants to contempt for violating the Protective Order. Sealing is therefore narrowly tailored to protect those interests while still preserving public access to written materials (Defendants' Motion for Partial Summary Judgment) that summarize the evidence.

///
///
///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4913-7414-3864 v1

3

Case No. 2:24-cv-03265-MWC-SSC
DEFENDANTS' MOTION FOR LEAVE TO LODGE VIDEO EXHIBITS UNDER SEAL

## III. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant leave to lodge the Video Exhibits under seal and direct the Clerk to maintain the lodged videos under seal unless otherwise ordered by the Court.

Dated:  November 7, 2025                BURKE, WILLIAMS & SORENSEN, LLP


By: _____*Susan E. Coleman*_____
   Susan E. Coleman
   Attorneys for Defendant
   CALEB GARCIA ALAMILLA

Dated:  November 7, 2025                LOS ANGELES CITY ATTORNEY


By: _____*Ty A. Ford*_____
   Ty A. Ford
   Attorneys for Defendant CITY OF LOS ANGELES

### ELECTRONIC SIGNATURE CERTIFICATION

I, Susan E. Coleman, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the electronic filing.

Dated:  November 7, 2025                BURKE, WILLIAMS & SORENSEN, LLP


By: _/s/ Susan E. Coleman_
   Susan E. Coleman
   Lauren S. Dossey
   Attorneys for Defendant
   CALEB GARCIA ALAMILLA

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4913-7414-3864 v1

4

Case No. 2:24-cv-03265-MWC-SSC
DEFENDANTS' MOTION FOR LEAVE TO LODGE VIDEO EXHIBITS UNDER SEAL