UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO LODGE VIDEO EXHIBITS UNDER SEAL IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:   Hon. Michelle Williams Court<br><br>Trial Date:         April 6, 2026 |

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the administrative motion by Defendants City of Los Angeles and Caleb Garcia Alamilla for leave to lodge under seal the three identified Video Exhibits referenced in the declarations of Caleb Garcia Alamilla and Colin Chomuk, filed concurrently with Defendants' Motion for Partial Summary Judgment.

IT IS SO ORDERED.

Dated:_____

_____
Honorable Michelle Williams Court
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4913-8456-4088 v1

1

Case No. 2:24-cv-03265-MWC-SSC
[PROPOSED] ORDER GRANTING DEFS' REQUEST TO LODGE VIDEOS UNDER SEAL