LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO LODGE VIDEO EXHIBITS UNDER SEAL IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiffs' Alexandra Rasey-Smith, Gordon Gene Maccani, and Janet Maccani hereby oppose Defendants City of Los Angeles and Caleb Garcia Alamilla's Motion for Leave to Lodge Video Exhibits Under Seal in Support of their Motion for Partial Summary Judgment. (Doc. 53.) As Defendants concede, "there is a strong presumption in favor of public access" to judicial records and

against sealing. *See* Defendants' Mot. (Doc. 53.), pg. 3 (collecting cases); Central District of California's Local Rules, Rule 79-5.2.2. Although these videos were filed pursuant to a protective order, almost all of Defendants' discovery production was labeled "confidential" yet Defendants do not seek to submit them under seal as well. The fact that the videos were filed pursuant to the protective order and labeled confidential is insufficient to overcome the presumption in favor of public access.

Further, the videos the Defendants seek to exclude were made public by the Defendant City of Los Angeles when the Los Angeles Police Department posted their Critical Incident Community Briefing video on YouTube. *See* "Central Area OIS 02/03/2024 (NRF003-24)," https://www.youtube.com/watch?v=r6XXO13UEec. This Briefing includes the Video Exhibits Defendants seek to lodge under seal. The video has already been seen by over ninety-thousand people since it was posted on February 20, 2024.

Defendants also argue that good cause exists to seal the Video Exhibits because they contain sensitive depictions of the decedent, Jason Maccani, at the scene, including him being shot and medical response efforts. Defendants are not the properly suited party to make this argument. Plaintiffs are the wife and parents of Mr. Maccani. Plaintiffs' claims are not only rooted in their constitutional violations, but they are also rooted in the violation of Mr. Maccani's rights and the deprivation of his life. Thus, Plaintiffs are suited to determine whether Mr. Maccani's privacy interests are best served by filing the videos under seal, and Plaintiffs do not wish to have these documents under seal. In addition, if the proposed videos were placed under seal and remained sealed at trial, the Court would have to clear the courtroom every time the parties wished to play the videos, which are key pieces of evidence that will likely be shown multiple times by both parties throughout the trial. This would be an obvious waste of the Court's time and resources and cause repetitive delays throughout the course of trial.

For the foregoing reasons, the Court should deny Defendants City of Los Angeles and Caleb Garcia Alamilla's Motion for Leave to Lodge Video Exhibits Under Seal in Support of their Motion for Partial Summary Judgment. (Doc. 53.)

DATED: November 11, 2025          LAW OFFICES OF DALE K. GALIPO

                                  By /s/ Eric Valenzuela
                                     Eric Valenzuela
                                     Attorneys for Plaintiffs