# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive<br><br>Defendants. | Case No.: 2:24-cv-03265-MWC-SSC<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO LODGE VIDEO EXHIBITS UNDER SEAL IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT** |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | This Court, having considered Defendants' Motion for Leave to Lodge Video |
| 3 | Exhibits Under Seal in Support of Their Motion for Partial Summary Judgment, |
| 4 | hereby **DENY** the motion. |

**IT IS SO ORDERED.**

Dated: _____, 2025          _____
                                              Honorable Michelle W. Court
                                              United States District Court
                                              Central District of California