LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Eric Valenzuela, Esq. (SBN 284500)
Email: evalenzuela@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ALEXANDRA RASEY-SMITH, et al.,

Plaintiffs,

vs.

CITY OF LOS ANGELES, et al.,

Defendants.

Case No. 1:23−CV−01569−JLT−BAM

[*Hon. Michelle Williams Court*]

**DECLARATION OF ERIC VALENZUELA IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

## <u>DECLARATION OF ERIC VALENZUELA</u>

I, Eric Valenzuela,

1.     I am an attorney licensed to practice law in the United States District Court for the Central District of California.  I am one of the attorneys of record for the Plaintiffs in this action.  I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called.

2.     Attached hereto as **"Exhibit A"** is a true and correct copy of the CAD Printout.

3.     Attached hereto as **"Exhibit B"** is a true and correct copy of Officer Sandra Jauregui's Body-worn camera footage.

4.     Attached hereto as **"Exhibit C"** is a true and correct copy of Officer Jeffrey Punzalan's Body-worn camera footage.

5.     Attached hereto as **"Exhibit D"** is a true and correct copy of the relevant pages of the interview transcript of Officer Michael Orozco.

6.     Attached hereto as **"Exhibit E"** is a true and correct copy of the synced video recording of Orozco's body cam footage and surveillance video.

7.     Attached hereto as **"Exhibit F"** is a true and correct copy of decedent's Toxicology Report.

8.     Attached hereto as **"Exhibit G"** is a true and correct copy of the relevant pages of the interview transcript of Officer Colin Chomuk.

9.     Attached hereto as **"Exhibit H"** is a true and correct copy of the relevant pages of the interview transcript of Officer Caleb Garcia.

10.     Attached hereto as **"Exhibit I"** is a true and correct copy of the relevant pages of the interview transcript of Officer Jeffrey Punzalan.

11.     Attached hereto as **"Exhibit J"** is a true and correct copy of the relevant pages of the interview transcript of Officer Sandra Jauregui.

12.     Attached hereto as **"Exhibit K"** is a true and correct copy of the relevant pages of the deposition transcript of Officer Caleb Garcia.

13.     Attached hereto as **"Exhibit L"** is a true and correct copy of the relevant pages of the deposition transcript of Officer Colin Chomuk.

14.     Attached hereto as **"Exhibit M"** is a true and correct copy of the relevant pages of the deposition transcript of Officer Gabriel Quintero.

15.     Attached hereto as **"Exhibit N"** is a true and correct copy of the relevant pages of the deposition transcript of Officer Jeffrey Punzalan.

16.     Attached hereto as **"Exhibit O"** is a true and correct copy of the photo of the white plastic fork.

17.     Attached hereto as **"Exhibit P"** is a true and correct copy of the declaration of plaintiff's retained expert, Jeffrey Noble.

18.     Attached hereto as **"Exhibit Q"** is a true and correct copy of the relevant pages of the interview transcript of Officer Gabriel Quintero.

19.     Attached hereto as **"Exhibit R"** is a true and correct copy of the relevant pages of the interview transcript of Officer Desiree Rodriguez.

20.     Attached hereto as **"Exhibit S"** is a true and correct copy of the relevant pages of the second interview transcript of Officer Desiree Rodriguez.

21.     Attached hereto as **"Exhibit T"** is a true and correct copy of the relevant pages of the deposition transcript of Officer Sandra Jauregui.

22.     Attached hereto as **"Exhibit U"** is a true and correct copy of Officer Colin Chomuk's Body-worn camera footage.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 23rd day of December, 2025, at Woodland Hills, California.


___/s/ *Eric Valenzuela*___
Eric Valenzuela