# EXHIBIT A

PD24020300002562     2/3/2024 4:41:39 PM     DOC1     Page 5 of 33

\*\*\* FD 215 INC 911 \*\*\*

| 14:31:25 2/3/2024 | M911WC | M911WC |

NTFD DOC PSR SICAIROS

| 14:31:00 2/3/2024 | N5067 | M75 |

3A31 RESP C3 FROM OBAMA/DEGNAN

| 14:30:49 2/3/2024 | N6261 | M82 |

1A1 REQ HELP SHOTS FIRED

| 14:30:20 2/3/2024 | N6261 | M82 |

< REQ RA M/40YRS CONS/BREATH SUFFERING FROM GSW TO ARM >

| 14:26:10 2/3/2024 | N6261 | M82 |

1FB2 SHIELD EQUIPPED

| 14:23:29 2/3/2024 | N6261 | M82 |

1X83 RESP TO 4TH FL

| 14:21:48 2/3/2024 | N6880 | M32 |

PR MEEETING WITH PD

| 14:21:44 2/3/2024 | N6261 | M82 |

1X83 VERIFY LOC IS 644 TOWNE AV

| 14:20:50 2/3/2024 | N6880 | M32 |

PR IS RUNNING DOWN THE STAIRS

| 14:19:58 2/3/2024 | N6880 | M32 |

SUSP M/ W 602 180 RED BEENIE BRN SHIRT BLUE JEANS

| 14:19:31 2/3/2024 | N3877 | M82 |

1X83 REQ SUPV & ADDL UNIT

| 14:19:16 2/3/2024 | N6880 | M32 |

SUSP GUARDING THE DOOR TO THE SUDIO UNABLE TO EXIT

| 14:17:22 2/3/2024 | N3877 | M82 |

1X83 C3 FROM CENT STA

| 14:16:51 2/3/2024 | N6880 | M32 |

NO GATE CODE NEEDED. R/A DECLINED

SUSP ARMED WITH A PIECE OF A LARGE CLOTHING RACK METAL POLE

| 14:15:51 2/3/2024 | N6880 | M32 |

SUSP ASSAULTING PR BUSN PARTNER.

| 14:14:28 2/3/2024 | N6880 | M32 |

SUSP M/ RED BEENIE BRN SHIRT BLUE JEANS
UNDER THE INFLUENCE.
ARMED WITH STICK THREATENING EMPLOYEES

Persons
| Name: | , BRANDON | Role: | INITIAL CALLER |
| Address: | | Apt/Unit: | |
| City: | | | |
| Phone: | (323) 704-7762 | Contact?: | Yes |
| Gender: | | DOB: | |
| Race: | | Ethnicity: | |
| | | Age: | |
| Height: | | Bldg: | |
| Hair: | | Weight: | |
| Eyes: | | License #: | |
| Misc: | | | |

Vehicles