# EXHIBIT B

DEF 2506 - Jauregui_Villegas Body worn camera