# EXHIBIT C

DEF 2510 - Punzalan Body worn camera