# EXHIBIT E

2-up synchronized - Cam 8 cropped Video Exhibit