# EXHIBIT G

```
MACCANI,                        )
                    Plaintiff,  )
                                )
                    vs.         )
                                )
CITY OF L.A.,                   )
                                )
                    Defendant.  )
_____)
```

<u>**TRANSCRIPTION OF RECORDED INTERVIEW**</u>

<u>**OF POLICE OFFICER III COLIN CHOMUK**</u>

<u>**BY DETECTIVES MIRELLA VALDOVINOS AND TIMO ILLIG**</u>

<u>**WITH ATTORNEY DAVID WINSLOW**</u>

**Transcribed by:**
**Kristine Cardona**

**Job Number:**
**TP12471C**

1    the stairwell.  We met with the other units on the call as

2    well as the two persons reporting, who advised us that the

3    suspect had entered their -- their loft area swinging a

4    stick and instructed them, like, to get out.  They

5    described him as being antsy, agitated.  And they were

6    ultimately in fear, so they -- they fled their -- their

7    location to the lower level and contacted PD.  We asked

8    them if he's still in there; is there anyone else in there.

9          While we were conducting our investigation, the

10    contact officer had his weapon and was posted up on

11    the -- the stairwell, which we thought was directly -- the

12    suspect would directly have access to if he went to flee.

13    Seeing that we didn't have a -- a less-lethal option there,

14    I repositioned myself behind him and had the bean bag slung

15    in a position where I could switch to my pistol to be a

16    designated cover officer shall the situation -- shall it

17    elevate to that sit -- that situation.

18          As we were doing our tactical plan, which involved

19    speaking with both PRs, our direct supervisor

20    was -- was -- we were discussing our roles where I was

21    gonna be less-lethal, the officer in front of me was gonna

22    be contact.  As I said, I -- I also knew that my role could

23    switch the dynamic where I would be a designated cover

24    officer should something happen to the -- the point

25    officer.  My -- my probationary officer, Officer Garcia,

                                                            12

1    suspect exited the location.  He had his hands up.

2    He -- he -- he put his hands up.  In his right hand, he was

3    clutching what I believed to be a screwdriver.  It was an

4    object that was approximately -- protruding from the top

5    part of his -- his clenched fist, approximately 4 -- 3 to

6    4 inches.  He was holding it.  He put his hands up.

7          The cover officer began -- or the female officer

8    began to give commands to the suspect.  One of the things

9    that we've had dozens upon dozens of encounters with in the

10   Skid Row area is individuals suffering mental illness or

11   drug-induced issues.  So consequently, we'll have one

12   person giving commands; because if this person is having a

13   mental health episode, having multiple people yelling

14   different things can become confusing, contradictory, as

15   well as lead for one officer to perceive that the person is

16   not listening to commands versus the suspect trying to

17   follow all these different commands that are given.

18          So the -- the officer began to give commands.  The

19   suspect began to comply at first.  With his hands in the

20   air, he began walking backwards towards officers.  He was

21   following the dictation of officers and where to move.  At

22   which point I relayed to the arrest team behind me, "Hey,

23   arrest team up," which is telling them to be ready to begin

24   to move their way to the front that way they can

25   take -- that way they can take custody of the suspect and

15

1    injury -- serious bodily injury to my partner officer or to

2    other officers was imminent; therefore, I had to deviate

3    from policy by not giving the -- the bean bag warning.  At

4    which point I -- I stepped slightly -- I stepped away from

5    my cover and concealment against the wall; I aligned

6    the -- the optic, which was turned on, with the center

7    mass -- the navel area of the -- the suspect, and I

8    deployed one round which struck him on his right

9    side -- his right stomach to lower rib area, I believe, is

10   where it's lined up.  At this point, the officer to the

11   left of me deployed the -- the bean bag.  I opened

12   the -- the action of the 40-millimeter, and I began to

13   redeploy while ex -- while attempting to extract the round

14   and insert another round.

15        At this point, it was clearly ineffective, which is

16   why my -- my partner officer with the bean bag fired.  And

17   it seemed to agitate the individual more.  At which point

18   we heard him yell loudly -- not words or anything, but just

19   out of anger -- and he charged the other officer that was

20   to my left who was holding the -- the bean bag.  At which

21   point my supervisor grabbed the suspect in an attempt to

22   subdue him.

23        I observed that my partner had his -- his firearm

24   out.  I then instructed, you know, to be mindful of -- of

25   potential crossfire because of the fact that we're all

17

1    immediately afterwards?

2        OFFICER CHOMUK:  Not immediately afterwards, no.  Or

3    I -- I did not hear a rack -- a re-racking of a slide, to

4    answer your question.

5        DETECTIVE VALDOVINOS:  Okay.  And you said you

6    redeployed --

7        OFFICER CHOMUK:  Yes, ma'am.

8        DETECTIVE VALDOVINOS:  -- in an attempt to reload your

9    40-millimeter --

10        OFFICER CHOMUK:  Yes, ma'am.

11        DETECTIVE VALDOVINOS:  -- once again.  You'd mentioned

12    that you observed your partner --

13        OFFICER CHOMUK:  Uh-huh.

14        DETECTIVE VALDOVINOS:  -- with his handgun out --

15        OFFICER CHOMUK:  Yes, ma'am.

16        DETECTIVE VALDOVINOS:  -- at that time.

17        OFFICER CHOMUK:  Yes, ma'am.

18        DETECTIVE VALDOVINOS:  What was -- what was it that you

19    relayed to him at that moment?

20        OFFICER CHOMUK:  To be mindful of -- of crossfire, due

21    to the situation, and just to be aware of either the

22    situation where we've now -- because of the suspect's

23    actions, we've been forced into a very close contact area

24    in a hallway, and there's many -- everybody's -- this

25    person -- this individual's belligerent.  This is not

                                                          36

LYNDEN J. AND ASSOCIATES, INC.    (800) 972-3376

1    somebody that we're just trying to pin against a wall; this

2    is somebody who is thrashing, this is somebody who is

3    shoving officers to the point where my supervisor believed

4    that this individual could overpower us to the point where

5    my -- my supervisor got involved.  So I wanted him to be

6    mindful just because as a -- a probationary officer and as

7    a -- a field training officer -- to be mindful of potential

8    crossfire with other officers.

9         Just officer safety is -- is the -- is at

10   the -- the head of it, and I just want -- I just wanted to

11   make that -- make that known to him or just -- just to call

12   it out that way it was addressed.  You know, "Hey,

13   make" -- you know, like, if -- if -- based on the situation

14   where this individual is violently -- how we feel,

15   violently assaulting -- or on the verge of violently

16   assaulting officers, you know, with the screwdriver in his

17   hand, you know, to -- you know, I never told him to

18   reholster, because it's -- it -- if it's a -- a force where

19   he needs to be unholstered, you know, there's -- there's a

20   serious issue that -- to officer safety.  So I just

21   called --

22        MR. WINSLOW:  And --

23        OFFICER CHOMUK:  I'm sorry.

24        MR. WINSLOW:  Go ahead.  Continue.

25        OFFICER CHOMUK:  So that's why I -- I -- I called out

37

1    we were trying to do.  Additionally, it -- it appeared that

2    the primary -- the first officer -- I made an indication to

3    go almost parallel to the door, which -- you know, which we

4    kinda called out.  Just said, "Hey, let's reassess and

5    let's post up here."  So in my opinion, there was no other

6    spot that had -- that -- that had good cover and that was

7    the best option.

8        DETECTIVE ILLIG:  So the best you -- what you're

9    describing is basically just the -- the depth of a doorjamb

10   set in from the wall?

11       OFFICER CHOMUK:  Yes, sir.

12       DETECTIVE ILLIG:  Okay.  Now, you mentioned that the

13   call out occurred and the suspect started walking toward

14   your position behind your cover and concealment; correct?

15   And the suspect is facing the officers and you with his

16   hands up, holding the -- what appeared to be the

17   screwdriver in his hand; is that correct?

18       OFFICER CHOMUK:  Initially, he walked out, and he was

19   facing us.  And he was directed to turn around and put his

20   hands up, which he did, initially.

21       DETECTIVE ILLIG:  So he was directed to turn around.

22   So --

23       OFFICER CHOMUK:  Yes, sir.

24       DETECTIVE ILLIG:  So now -- did he comply with the

25   command to turn around?

58

1          OFFICER CHOMUK:  Yes, sir.

2          DETECTIVE ILLIG:  And when you say he turned, how did

3     he turn around?  What direction did he turn?

4          OFFICER CHOMUK:  From my recollection, he turned

5     clockwise 180 degrees.  So he turned to the -- to his

6     right.

7          DETECTIVE ILLIG:  Okay.  So he turned to his right,

8     clockwise, 180 degrees.  And where was his back pointed at

9     that point?

10         OFFICER CHOMUK:  His back was pointed towards the

11    direct -- his back was pointed towards us.  You do hear, at

12    one point, officer directing him to step to the left, which

13    was -- which would be done so that officers -- we can

14    direct him exactly where we need to be, straight

15    towards -- backing him straight towards us, or to be able

16    to put him against a wall that was there.

17         DETECTIVE ILLIG:  Okay.  So his back is facing towards

18    the officers.

19         OFFICER CHOMUK:  Yes, sir.

20         DETECTIVE ILLIG:  He's directed to step to the left.

21         OFFICER CHOMUK:  Yes, sir.

22         DETECTIVE ILLIG:  And you just motioned with your hand

23    on the table, stepping to the left --

24         OFFICER CHOMUK:  Yes, sir.

25         DETECTIVE ILLIG:  -- similar to the motion of moving

                                                        59

1    understand what we're asking them to do, they will turn to

2    be like, "Wait, what?"  Or to clar -- to -- for them to

3    clarify that they're -- that they're being compliant.

4    However, he didn't just do this; he made the turn, and then

5    he took a fighting stance, clenched his fist, dropped his

6    weight, and then began to -- and then began to -- I'm

7    sorry -- advance on officers, towards us.  Based on his

8    demeanor, as well as him holding what I believed to be a

9    screwdriver, I made the determination that the threat to

10   officer safety was imminent.  I stepped away from my cover,

11   made sure that there was no crossfire, and I fired one

12   round, sir.

13        DETECTIVE ILLIG:  Okay.  Did you call out the fact to

14   the officers in the area that he was holding what you

15   believed was a screwdriver in -- in his hands?

16        OFFICER CHOMUK:  No.  No, sir, I did not.

17        DETECTIVE ILLIG:  And why not?

18        OFFICER CHOMUK:  I did not because dealing in this Skid

19   Row area, you're dealing with people with mental illness or

20   suffering a mental health episode.  We've oftentimes

21   multiple people yelling things, can confuse the subject or

22   suspect.  And it can also cause -- it -- it can

23   also -- it -- it can confuse the scene.  We had our officer

24   that was giving commands to the suspect, who he was

25   complying with.  She was being direct.  Her voice was

                                                          63

1   clear.  So I was -- I was allowing her to do that instead

2   of shouting things in this hallway that would echo and

3   then, like I said, if this person was having a mental

4   health crisis and six people are yelling six different

5   things, they become more confused which could lead

6   to -- which could lead to a worse outcome, sir.

7       DETECTIVE ILLIG:  Okay.  Was there any -- did you give

8   any consideration to redeploying backwards to create more

9   distance, as opposed to firing the 40-millimeter?

10      OFFICER CHOMUK:  At this point, he was too close

11  to -- to the -- the contact officer, the officer that was

12  in front of me, after I fired the round.  Because by -- by

13  him walking backwards to us and complying, initially, he

14  essentially took away from the cover that we had set up.

15  You know, we -- we set up that spot because we all believed

16  that it was the safest spot with our cover/concealment to

17  give us distance, to give us time and control of the scene.

18          But by him giving us -- by -- by -- by him

19  complying, initially, I believe he used that as a means to

20  get closer to officers in an effort to harm us.  So I -- I

21  don't believe it -- it would have been effective.  I

22  believe at that point he was too close where officers could

23  redeploy, which is why I stepped away and I fired.  Once I

24  did fire, I did step away in an effort to assess the

25  situation while reloading, prior to firing a -- possibly

64

1    40-millimeter?

2        OFFICER CHOMUK:  Approximately, I would say, 6 to

3    8 feet.

4        DETECTIVE VALDOVINOS:  6 to 8 feet.  Okay.  At any

5    point did you see if the suspect made any contact with any

6    of the officers there?

7        OFFICER CHOMUK:  Yes, ma'am.

8        DETECTIVE VALDOVINOS:  And what did you see?

9        OFFICER CHOMUK:  He made contact with a -- a female

10   officer that was there.  As I said, when I fired the -- the

11   40-millimeter round, it was ineffective and seemed to

12   agitate him.  Almost immediately after I fired that,

13   the -- the bean bag was deployed.  At which point he yelled

14   and made contact with the female officer.  And at which

15   point he -- my -- my sergeant engaged him, and they began

16   having a physical altercation together where they were at

17   close contact.  And at this point, I didn't see a

18   screwdriver (Inaudible) I didn't hear anything fall.  So I

19   believed that he could possibly still be holding that

20   weapon.

21       DETECTIVE VALDOVINOS:  Okay.  And what -- or who is

22   that female officer that you're referring to?

23       OFFICER CHOMUK:  Officer Rodriguez.

24       DETECTIVE VALDOVINOS:  Okay.  And can you describe, if

25   you can, in detail further --

69

1    STATE OF CALIFORNIA      )

2                            )      SS.

3    COUNTY OF LOS ANGELES    )

4

5            I, Kristine Cardona, a transcriber for

6    Lynden J. And Associates, Inc., do hereby certify:

7            That said proceedings were listened to by me

8    and were transcribed into typewriting under my direction

9    and supervision; and I hereby certify that the foregoing

10   transcript of the proceedings is a full, true, and

11   correct transcript to the best of my ability.

12            I further certify that I am neither

13    counsel for nor related to any party to said action,

14    not in anywise interested in the outcome

15    thereof.

16            In witness whereof, I have hereunto

17   subscribed my name this 28th day of July, 2025.

18

19

20

21

22

23                                _____

24                                    *Kristine Cardona*

25

                                                            73