# EXHIBIT U

DEF 2504 - Chomuk Body worn camera