Dale K. Galipo (SBN 144074)
Eric Valenzuela (SBN 284500)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310, Woodland Hills 91367
Tel. No. (818) 347-3333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Alexandra Rasey-Smith, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cv-03265-MWC-SSC |
| v. | |
| City of Los Angeles, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibit B to Plaintiffs' Opposition and Additional Material Facts, footage from Officer Sandra Jauregui's body worn camera depicting events that occurred on February 3, 2024

Exhibit C to Plaintiffs' Opposition and Additional Material Facts, footage from Officer Jeffrey Punzalan's body worn camera depicting events that occurred on February 3, 2024

Exhibit E to Plaintiffs' Opposition and Additional Material Facts, footage of the Synced Video of Officer Orozco and the surveillance video

Exhibit U to Plaintiffs' Opposition and Additional Material Facts, footage from Officer Colin Chomuk's body worn camera depicting events that occurred on February 3, 2024

**Reason:**

☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

December 26, 2025                                          /s/ Eric Valenzuela
Date                                                                     Attorney Name

                                                                           Plaintiffs Alexandra Rasey-Smith, et al.
                                                                           Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                          NOTICE OF MANUAL FILING OR LODGING