LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>[*Honorable Michelle Williams Court*]<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Declaration of Eric Valenzuela *filed concurrently herewith*] |

PLEASE TAKE NOTICE that Plaintiffs apply to the Court, pursuant to Local Rule 79-5.2.2(b), for leave to lodge under seal the eight officer interview exhibits, which are being filed concurrently with Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment. Plaintiffs do not believe that good cause exists to lodge these exhibits under seal and only submit this application because the documents were produced by the defense as confidential pursuant to a protective order (ECF No. 36). These documents were produced as confidential by the defense and are subject to the protective order.

## MATERIALS REQUESTED TO BE SEALED

Plaintiffs apply to file under seal the following items:

1. **Exhibit D**- Transcript of Recorded Interview of Officer Orozco;
2. **Exhibit G**- Transcript of Recorded Interview of Officer Chomuk;
3. **Exhibit H**- Transcript of Recorded Interview of Defendant Garcia;
4. **Exhibit I**- Transcript of Recorded Interview of Sergeant Punzalan;
5. **Exhibit J**- Transcript of Recorded Interview of Officer Jauregui;
6. **Exhibit Q**- Transcript of Recorded Interview of Officer Quintero;
7. **Exhibit R**- Transcript of Recorded Interview of Officer Rodriguez; and
8. **Exhibit S**- Transcript of Second Recorded Interview of Officer Rodriguez.

Plaintiffs do not believe there are grounds for sealing the documents and the application should be denied due to the strong presumption in favor of public disclosure.

Respectfully submitted,

DATED: December 23, 2025            THE LAW OFFICES OF DALE K. GALIPO

                                    By:     /s/ Eric Valenzuela
                                            Eric Valenzuela
                                            Attorneys for Plaintiffs