1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (SBN 144074)
2  E-mail: dalekgalipo@yahoo.com
   Eric Valenzuela, Esq. (SBN 284500)
3  Email: evalenzuela@galipolaw.com
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Tel: (818) 347-3333
5
   *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALEXANDRA RASEY-SMITH, et al., | Case No. 1:23−CV−01569−JLT−BAM |
|---|---|
| Plaintiffs, | [*Hon. Michelle Williams Court*] |
| vs. | **DECLARATION OF ERIC VALENZUELA IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |
| | [Application and Proposed Order *filed concurrently herewith*] |

DECLARATION OF ERIC VALENZUELA

## DECLARATION OF ERIC VALENZUELA

1. I am an attorney licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiffs in this action. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of Plaintiffs' MOTION for LEAVE to LODGE EXHIBITS UNDER SEAL in SUPPORT of THEIR OPPOSITION to DEFENDANTS' MOTION for PARTIAL SUMMARY JUDGMENT.

2. The material previously designated as confidential is as follows:

   **Exhibit D**- Transcript of Recorded Interview of Officer Orozco;

   **Exhibit G**- Transcript of Recorded Interview of Officer Chomuk;

   **Exhibit H**- Transcript of Recorded Interview of Defendant Garcia;

   **Exhibit I**- Transcript of Recorded Interview of Sergeant Punzalan;

   **Exhibit J**- Transcript of Recorded Interview of Officer Jauregui;

   **Exhibit Q**- Transcript of Recorded Interview of Officer Quintero;

   **Exhibit R**- Transcript of Recorded Interview of Officer Rodriguez; and

   **Exhibit S**- Transcript of Second Recorded Interview of Officer Rodriguez.

3. The Designation Parties are the Defendants the City of Los Angeles ("City") and Caleb Garcia Alamilla ("Officer Garcia").

4. I emailed defense counsel for the City and Officer Garcia and identified the specific documents I wanted to attach in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (ECF. Doc. 51). These documents included reports, various videos and transcripts of officer recorded interviews. Defense counsel agreed that the report and various videos did not have to be filed under seal (in part because the Court already denied Defendants' request to file the videos of the incident under seal (ECF. Doc. 56)). However, Defense counsel required that the transcripts of the officer involved interviews be filed under seal.

1  I declare under penalty of perjury of the laws of the United States of America
2  that the foregoing is true and correct, and that this declaration was executed this
3  23rd day of December, 2025, at Woodland Hills, California.
4
5        /s/ *Eric Valenzuela*
         Eric Valenzuela