UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 1:23−CV−01569−JLT−BAM<br><br>[*Hon. Michelle Williams Court*]<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

DECLARATION OF ERIC VALENZUELA

1 **[PROPOSED ORDER]**

2 This Court, having considered Plaintiffs' Motion for Leave to Lodge Exhibits
3 Under Seal in Support of Their Opposition to Defendants' Motion for Partial
4 Summary Judgment, hereby **DENY** the motion.

5

6 **IT IS SO ORDERED.**

7

8 Dated:_____,2025   _____
                      Honorable Michelle W. Court
9                     United States District Court
10                    Central District of California