UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. 60)** |

|   |   |
|---|---|
| 1 | The Court has considered Plaintiffs' Motion for Leave to Lodge Exhibits |
| 2 | Under Seal in Support of Their Opposition to Defendants' Motion for Partial |
| 3 | Summary Judgment (the "Motion"). *See* Dkt. # 60. On December 26, 2025, |
| 4 | Plaintiffs moved to lodge transcript excerpts designated as confidential by |
| 5 | Defendants under seal in light of their production pursuant to a protective order; |
| 6 | however, they argued there does not exist good cause to seal the transcripts. *See id.* |
| 7 | Local Rule 79-5.2.2 (b) requires the designating party, within 4 days of an |
| 8 | application to seal being made, file a declaration establishing that all or part of the |
| 9 | designated material is sealable by showing good cause or demonstrating compelling |
| 10 | reasons why the strong presumption of public access in civil cases should be |
| 11 | overcome. L.R. 79-5.2.2 (b)(i). Defendants have not filed this declaration or |
| 12 | demonstrated good cause to seal the transcript excerpts. *See* Dkt. |

Accordingly, the Motion is **DENIED**.

The filing party is **DIRECTED** to file the documents unsealed no earlier than 4 days and no later than 10 days after the date of this Order, in accordance with Local Rule 79-5.5(b)(ii).

**IT IS SO ORDERED.**

Dated: December 31, 2025

_____
Honorable Michelle W. Court
United States District Court
Central District of California