1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Eric Valenzuela (Bar No. 284500)
3  evalenzuela@galipolaw.com
4  21800 Burbank Boulevard, Suite 310
   Woodland Hills, California 91367
5  Telephone:  (818) 347-3333
   Facsimile:   (818) 347-4118
6
7  Attorneys for Plaintiffs

8
9
10
                       **UNITED STATES DISTRICT COURT**
11
                      **CENTRAL DISTRICT OF CALIFORNIA**
12
13
14  | ALEXANDRA RASEY-SMITH, et al., | **Case No. 2:24-cv-03265-MWC-SSC** |
    |---|---|
15  | Plaintiffs, | |
16  | vs. | |
17  | CITY OF LOS ANGELES, et al., | **DECLARATION OF ALEXANDRA RASEY-SMITH AS SUCCESSOR IN INTEREST TO DECEDENT JASON MACCANI** |
18  | Defendants. | **(C.C.P. §377.32)** |

19
20
21
22
23
24
25
26
27
28

-1-
DECLARATION OF SUCCESSOR IN INTEREST PURSUANT TO CCP 377.32

# C.C.P. 377.32 DECLARATION OF ALEXANDRA RASEY-SMITH AS SUCCESSOR IN INTEREST TO DECEDENT JASON MACCANI

I, Alexandra Rasey-Smith, do hereby declare as follows:

1. My name is Alexandra Rasey-Smith. I am a competent adult over the age of eighteen and the wife of Decedent.
2. I am personally familiar with the fact contained herein and would and could testify thereto if called upon to do so.
3. The decedent's name is Jason Maccani. ("Decedent").
4. Decedent is my husband.
5. Decedent passed away on February 3, 2024 in Los Angeles, California.
6. No proceeding is now pending in California for administration of the decedent's estate.
7. I am Decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and I succeed to the interest in this action or proceeding as the wife of Decedent.
8. No other person has a superior right to commence the action or proceeding.
9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 29th day of December 2025, in Los Angeles, California.

DocuSigned by:
A1FF776E5D25436...

Alexandra Rasey-Smith

-2-
DECLARATION OF SUCCESSOR IN INTEREST PURSUANT TO CCP 377.32