LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI, | **Case No. 2:24-cv-03265-MWC-SSC** |
| Plaintiffs, | **NOTICE OF FILING EXHIBITS** |
| vs. | |
| CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive | |
| Defendants. | |

1    PLEASE TAKE NOTICE that Plaintiffs, ALEXANDRA RASEY-SMITH;

2  GORDON GENE MACCANI; and JANET MACCANI, hereby file the attached

3  exhibits in compliance with the Court's Order dated December 31, 2025.

4  (Doc.62).

5

6  DATED:  January 8, 2026          LAW OFFICES OF DALE K. GALIPO

7

8                      By  /s/ Eric Valenzuela
                           Eric Valenzuela
9                          Attorneys for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28