# EXHIBIT G

```
MACCANI,                        )
            Plaintiff,          )
                                )
       vs.                      )
                                )
CITY OF L.A.,                   )
                                )
            Defendant.          )
_____)
```

**TRANSCRIPTION OF RECORDED INTERVIEW**

**OF POLICE OFFICER III COLIN CHOMUK**

**BY DETECTIVES MIRELLA VALDOVINOS AND TIMO ILLIG**

**WITH ATTORNEY DAVID WINSLOW**

Transcribed by:
Kristine Cardona

Job Number:
TP12471C

1    the stairwell.  We met with the other units on the call as
2    well as the two persons reporting, who advised us that the
3    suspect had entered their -- their loft area swinging a
4    stick and instructed them, like, to get out.  They
5    described him as being antsy, agitated.  And they were
6    ultimately in fear, so they -- they fled their -- their
7    location to the lower level and contacted PD.  We asked
8    them if he's still in there; is there anyone else in there.
9            While we were conducting our investigation, the
10   contact officer had his weapon and was posted up on
11   the -- the stairwell, which we thought was directly -- the
12   suspect would directly have access to if he went to flee.
13   Seeing that we didn't have a -- a less-lethal option there,
14   I repositioned myself behind him and had the bean bag slung
15   in a position where I could switch to my pistol to be a
16   designated cover officer shall the situation -- shall it
17   elevate to that sit -- that situation.
18           As we were doing our tactical plan, which involved
19   speaking with both PRs, our direct supervisor
20   was -- was -- we were discussing our roles where I was
21   gonna be less-lethal, the officer in front of me was gonna
22   be contact.  As I said, I -- I also knew that my role could
23   switch the dynamic where I would be a designated cover
24   officer should something happen to the -- the point
25   officer.  My -- my probationary officer, Officer Garcia,

12

1  suspect exited the location.  He had his hands up.
2  He -- he -- he put his hands up.  In his right hand, he was
3  clutching what I believed to be a screwdriver.  It was an
4  object that was approximately -- protruding from the top
5  part of his -- his clenched fist, approximately 4 -- 3 to
6  4 inches.  He was holding it.  He put his hands up.
7           The cover officer began -- or the female officer
8  began to give commands to the suspect.  One of the things
9  that we've had dozens upon dozens of encounters with in the
10 Skid Row area is individuals suffering mental illness or
11 drug-induced issues.  So consequently, we'll have one
12 person giving commands; because if this person is having a
13 mental health episode, having multiple people yelling
14 different things can become confusing, contradictory, as
15 well as lead for one officer to perceive that the person is
16 not listening to commands versus the suspect trying to
17 follow all these different commands that are given.
18          So the -- the officer began to give commands.  The
19 suspect began to comply at first.  With his hands in the
20 air, he began walking backwards towards officers.  He was
21 following the dictation of officers and where to move.  At
22 which point I relayed to the arrest team behind me, "Hey,
23 arrest team up," which is telling them to be ready to begin
24 to move their way to the front that way they can
25 take -- that way they can take custody of the suspect and

15

1    injury -- serious bodily injury to my partner officer or to
2    other officers was imminent; therefore, I had to deviate
3    from policy by not giving the -- the bean bag warning.  At
4    which point I -- I stepped slightly -- I stepped away from
5    my cover and concealment against the wall; I aligned
6    the -- the optic, which was turned on, with the center
7    mass -- the navel area of the -- the suspect, and I
8    deployed one round which struck him on his right
9    side -- his right stomach to lower rib area, I believe, is
10   where it's lined up.  At this point, the officer to the
11   left of me deployed the -- the bean bag.  I opened
12   the -- the action of the 40-millimeter, and I began to
13   redeploy while ex -- while attempting to extract the round
14   and insert another round.
15          At this point, it was clearly ineffective, which is
16   why my -- my partner officer with the bean bag fired.  And
17   it seemed to agitate the individual more.  At which point
18   we heard him yell loudly -- not words or anything, but just
19   out of anger -- and he charged the other officer that was
20   to my left who was holding the -- the bean bag.  At which
21   point my supervisor grabbed the suspect in an attempt to
22   subdue him.
23          I observed that my partner had his -- his firearm
24   out.  I then instructed, you know, to be mindful of -- of
25   potential crossfire because of the fact that we're all

17

```
 1    immediately afterwards?
 2         OFFICER CHOMUK:  Not immediately afterwards, no.  Or
 3    I -- I did not hear a rack -- a re-racking of a slide, to
 4    answer your question.
 5         DETECTIVE VALDOVINOS:  Okay.  And you said you
 6    redeployed --
 7         OFFICER CHOMUK:  Yes, ma'am.
 8         DETECTIVE VALDOVINOS:  -- in an attempt to reload your
 9    40-millimeter --
10         OFFICER CHOMUK:  Yes, ma'am.
11         DETECTIVE VALDOVINOS:  -- once again.  You'd mentioned
12    that you observed your partner --
13         OFFICER CHOMUK:  Uh-huh.
14         DETECTIVE VALDOVINOS:  -- with his handgun out --
15         OFFICER CHOMUK:  Yes, ma'am.
16         DETECTIVE VALDOVINOS:  -- at that time.
17         OFFICER CHOMUK:  Yes, ma'am.
18         DETECTIVE VALDOVINOS:  What was -- what was it that you
19    relayed to him at that moment?
20         OFFICER CHOMUK:  To be mindful of -- of crossfire, due
21    to the situation, and just to be aware of either the
22    situation where we've now -- because of the suspect's
23    actions, we've been forced into a very close contact area
24    in a hallway, and there's many -- everybody's -- this
25    person -- this individual's belligerent.  This is not
```

36

1   somebody that we're just trying to pin against a wall; this
2   is somebody who is thrashing, this is somebody who is
3   shoving officers to the point where my supervisor believed
4   that this individual could overpower us to the point where
5   my -- my supervisor got involved.  So I wanted him to be
6   mindful just because as a -- a probationary officer and as
7   a -- a field training officer -- to be mindful of potential
8   crossfire with other officers.
9           Just officer safety is -- is the -- is at
10  the -- the head of it, and I just want -- I just wanted to
11  make that -- make that known to him or just -- just to call
12  it out that way it was addressed.  You know, "Hey,
13  make" -- you know, like, if -- if -- based on the situation
14  where this individual is violently -- how we feel,
15  violently assaulting -- or on the verge of violently
16  assaulting officers, you know, with the screwdriver in his
17  hand, you know, to -- you know, I never told him to
18  reholster, because it's -- it -- if it's a -- a force where
19  he needs to be unholstered, you know, there's -- there's a
20  serious issue that -- to officer safety.  So I just
21  called --
22      MR. WINSLOW:  And --
23      OFFICER CHOMUK:  I'm sorry.
24      MR. WINSLOW:  Go ahead.  Continue.
25      OFFICER CHOMUK:  So that's why I -- I -- I called out

37

```
 1    we were trying to do.  Additionally, it -- it appeared that
 2    the primary -- the first officer -- I made an indication to
 3    go almost parallel to the door, which -- you know, which we
 4    kinda called out.  Just said, "Hey, let's reassess and
 5    let's post up here."  So in my opinion, there was no other
 6    spot that had -- that -- that had good cover and that was
 7    the best option.
 8         DETECTIVE ILLIG:  So the best you -- what you're
 9    describing is basically just the -- the depth of a doorjamb
10    set in from the wall?
11         OFFICER CHOMUK:  Yes, sir.
12         DETECTIVE ILLIG:  Okay.  Now, you mentioned that the
13    call out occurred and the suspect started walking toward
14    your position behind your cover and concealment; correct?
15    And the suspect is facing the officers and you with his
16    hands up, holding the -- what appeared to be the
17    screwdriver in his hand; is that correct?
18         OFFICER CHOMUK:  Initially, he walked out, and he was
19    facing us.  And he was directed to turn around and put his
20    hands up, which he did, initially.
21         DETECTIVE ILLIG:  So he was directed to turn around.
22    So --
23         OFFICER CHOMUK:  Yes, sir.
24         DETECTIVE ILLIG:  So now -- did he comply with the
25    command to turn around?
```

1       OFFICER CHOMUK:  Yes, sir.
2       DETECTIVE ILLIG:  And when you say he turned, how did
3  he turn around?  What direction did he turn?
4       OFFICER CHOMUK:  From my recollection, he turned
5  clockwise 180 degrees.  So he turned to the -- to his
6  right.
7       DETECTIVE ILLIG:  Okay.  So he turned to his right,
8  clockwise, 180 degrees.  And where was his back pointed at
9  that point?
10      OFFICER CHOMUK:  His back was pointed towards the
11 direct -- his back was pointed towards us.  You do hear, at
12 one point, officer directing him to step to the left, which
13 was -- which would be done so that officers -- we can
14 direct him exactly where we need to be, straight
15 towards -- backing him straight towards us, or to be able
16 to put him against a wall that was there.
17      DETECTIVE ILLIG:  Okay.  So his back is facing towards
18 the officers.
19      OFFICER CHOMUK:  Yes, sir.
20      DETECTIVE ILLIG:  He's directed to step to the left.
21      OFFICER CHOMUK:  Yes, sir.
22      DETECTIVE ILLIG:  And you just motioned with your hand
23 on the table, stepping to the left --
24      OFFICER CHOMUK:  Yes, sir.
25      DETECTIVE ILLIG:  -- similar to the motion of moving

59

LYNDEN J. AND ASSOCIATES, INC.   (800) 972-3376

1  understand what we're asking them to do, they will turn to
2  be like, "Wait, what?"  Or to clar -- to -- for them to
3  clarify that they're -- that they're being compliant.
4  However, he didn't just do this; he made the turn, and then
5  he took a fighting stance, clenched his fist, dropped his
6  weight, and then began to -- and then began to -- I'm
7  sorry -- advance on officers, towards us.  Based on his
8  demeanor, as well as him holding what I believed to be a
9  screwdriver, I made the determination that the threat to
10 officer safety was imminent.  I stepped away from my cover,
11 made sure that there was no crossfire, and I fired one
12 round, sir.
13        DETECTIVE ILLIG:  Okay.  Did you call out the fact to
14 the officers in the area that he was holding what you
15 believed was a screwdriver in -- in his hands?
16        OFFICER CHOMUK:  No.  No, sir, I did not.
17        DETECTIVE ILLIG:  And why not?
18        OFFICER CHOMUK:  I did not because dealing in this Skid
19 Row area, you're dealing with people with mental illness or
20 suffering a mental health episode.  We've oftentimes
21 multiple people yelling things, can confuse the subject or
22 suspect.  And it can also cause -- it -- it can
23 also -- it -- it can confuse the scene.  We had our officer
24 that was giving commands to the suspect, who he was
25 complying with.  She was being direct.  Her voice was

63

1    clear.  So I was -- I was allowing her to do that instead
2    of shouting things in this hallway that would echo and
3    then, like I said, if this person was having a mental
4    health crisis and six people are yelling six different
5    things, they become more confused which could lead
6    to -- which could lead to a worse outcome, sir.
7         DETECTIVE ILLIG:  Okay.  Was there any -- did you give
8    any consideration to redeploying backwards to create more
9    distance, as opposed to firing the 40-millimeter?
10        OFFICER CHOMUK:  At this point, he was too close
11   to -- to the -- the contact officer, the officer that was
12   in front of me, after I fired the round.  Because by -- by
13   him walking backwards to us and complying, initially, he
14   essentially took away from the cover that we had set up.
15   You know, we -- we set up that spot because we all believed
16   that it was the safest spot with our cover/concealment to
17   give us distance, to give us time and control of the scene.
18        But by him giving us -- by -- by -- by him
19   complying, initially, I believe he used that as a means to
20   get closer to officers in an effort to harm us.  So I -- I
21   don't believe it -- it would have been effective.  I
22   believe at that point he was too close where officers could
23   redeploy, which is why I stepped away and I fired.  Once I
24   did fire, I did step away in an effort to assess the
25   situation while reloading, prior to firing a -- possibly

```
 1    40-millimeter?
 2         OFFICER CHOMUK:  Approximately, I would say, 6 to
 3    8 feet.
 4         DETECTIVE VALDOVINOS:  6 to 8 feet.  Okay.  At any
 5    point did you see if the suspect made any contact with any
 6    of the officers there?
 7         OFFICER CHOMUK:  Yes, ma'am.
 8         DETECTIVE VALDOVINOS:  And what did you see?
 9         OFFICER CHOMUK:  He made contact with a -- a female
10    officer that was there.  As I said, when I fired the -- the
11    40-millimeter round, it was ineffective and seemed to
12    agitate him.  Almost immediately after I fired that,
13    the -- the bean bag was deployed.  At which point he yelled
14    and made contact with the female officer.  And at which
15    point he -- my -- my sergeant engaged him, and they began
16    having a physical altercation together where they were at
17    close contact.  And at this point, I didn't see a
18    screwdriver (Inaudible) I didn't hear anything fall.  So I
19    believed that he could possibly still be holding that
20    weapon.
21         DETECTIVE VALDOVINOS:  Okay.  And what -- or who is
22    that female officer that you're referring to?
23         OFFICER CHOMUK:  Officer Rodriguez.
24         DETECTIVE VALDOVINOS:  Okay.  And can you describe, if
25    you can, in detail further --
```

69

```
 1     STATE OF CALIFORNIA       )
 2                               )    SS.
 3     COUNTY OF LOS ANGELES     )
 4
 5          I, Kristine Cardona, a transcriber for
 6     Lynden J. And Associates, Inc., do hereby certify:
 7          That said proceedings were listened to by me
 8     and were transcribed into typewriting under my direction
 9     and supervision; and I hereby certify that the foregoing
10     transcript of the proceedings is a full, true, and
11     correct transcript to the best of my ability.
12          I further certify that I am neither
13     counsel for nor related to any party to said action,
14     not in anywise interested in the outcome
15     thereof.
16          In witness whereof, I have hereunto
17     subscribed my name this 28th day of July, 2025.
```

Kristine Cardona

73

LYNDEN J. AND ASSOCIATES, INC.    (800) 972-3376