# EXHIBIT H

```
MACCANI,                        )
            Plaintiff,          )
                                )
         vs.                    )
                                )
CITY OF L.A.,                   )
                                )
            Defendant.          )
                                )
```

**TRANSCRIPTION OF TAPE-RECORDED INTERVIEW OF**

**POLICE OFFICER I CALEB GARCIA BY DETECTIVE RICHARDSON**

**AND DETECTIVE VALDES AND ATTORNEY DAVID WINSLOW**

Transcribed by:
Kristine Cardona

Job Number:
TP12471H

```
1            ATTORNEY WINSLOW:  Just take your time.  Okay?
2            OFFICER GARCIA:  Yes, sir.
3            We received the radio call to back another unit for
4       a suspect there now.  I believe it was an ADW.  A -- a
5       male White armed with a knife -- I mean, a stick.  So we
6       respond Code 3.  Clearing intersections.
7            Get there to the location.  Get a good -- a better
8       description of where we're at.  So we go inside.  We're --
9       we're under the impression we're going to arrest this --
10      the suspect.  He was threatening people with a -- with a
11      stick.
12           So we get there.  We go inside the building.  Once
13      we're going upstairs, other tactics were discussed.  Like
14      who was going to be contact, cover, less lethal, DCO, and
15      then arrest team as well.  And I was designated part of
16      the arrest team.
17           So we get up to the -- right up at the stairs.  I'm
18      observing the -- the top of the stairs in case this
19      suspect does decide to come out.  Speaking -- officers
20      speaking to the PR.  I overhear that the suspect came in
21      and he was, you know, kind of -- is being bizarre.  His
22      actions were a little bit.  Not like of -- of the norm.
23           So he comes into the suite.  He is not wanted there.
24      Someone asked, "Do you want to -- to press charges?"
25      The -- the PR said, "Yes."  They didn't want this guy
```

7

1   there.  And then also just for situational awareness
2   another officer asked, "Is there any weapons?"  And the PR
3   stated that there was sharp objects, scissors, just tools
4   inside of the -- of their suite.
5         So now we have all this information.  We have the
6   description.  So we're going -- we're going to arrest
7   this -- the suspect.  We go upstairs.  The -- we continue
8   talking.  How we're going to approach.  We're trying to --
9   we know that the -- the unit is on the right side at the
10  very end of the hallway.  No, I don't remember what the --
11  the number is.  However, I know it was at the very end,
12  and there was no one else inside.
13        So we get there.  Then, I start hearing commands
14  being given, and arrest team was called up.  So I come up.
15  I see the suspect.  He -- initially, he was complying.
16  However, was being -- made -- being very bizarre as well.
17  Looking over his shoulder.  And then out of nowhere, turns
18  around, and just bolts just straight to the officers.
19        I see him.  You -- he has a knife in his hand above
20  his head.  Sharp object.  It was -- it was
21  approximately -- it looked like -- I would say color
22  white, and he -- he was like holding it like as if he was
23  going to kill someone.  And you could see in his eyes like
24  -- that's what I remember that this guy had some kind of
25  intent and he was just coming down, and he could have hurt

8

1   officers.
2          So he gets on -- on top of the officer.  And the
3   officer starts trying to fight him off.  I unholster my
4   firearm believing that this officer was -- was going to be
5   killed and, you know, when I came to this -- this job,
6   that's the last thing that I -- that's not even a thing I
7   want to happen or see happen is officers not -- not go
8   home to their families because a suspect decided they --
9   they were, you know, on some kind of narcotics, alcohol,
10  or -- or probably going through some mental illness due to
11  being in Skid Row.  You know, that is a common occurrence
12  as well.  Placing people or subject -- subjects on 5150
13  hold or them being, you know, irate because they're --
14  they're on some kind of narcotic as well.
15          So it's also known that some of these transients can
16  have weapons on them.  Sharp objects which can cause, you
17  know, great bodily injury or death to -- to others.
18          So I see the suspect on top of another officer, and
19  I shoot him approximately one time.  And then when I --
20  when I shoot him, he kind of like stops his attack, and
21  then he just, like, hits the -- the right wall.
22          So from there, I put my firearm away.  You know,
23  I -- I got on -- got on his arm.  Tried to get him into
24  custody.  Took him down.  In order to get a good
25  compliance and control.

9

```
 1              DETECTIVE RICHARDSON:  Okay.  And from what you
 2     heard, what did you hear?
 3              OFFICER GARCIA:  I --
 4              DETECTIVE RICHARDSON:  What explanation did they
 5     give?
 6              OFFICER GARCIA:  There was a male that came into
 7     their -- into their suite.  They didn't want him there.
 8     And he was acting irate from what I can tell.  And they
 9     wanted him to be gone.  He just -- he went through a door.
10              ATTORNEY WINSLOW:  Did they say there was anything
11     in there that could be dangerous?
12              OFFICER GARCIA:  They did.  They said that when
13     asked by officers -- I don't recall who said -- who asked,
14     but I do remember that it was asked and they -- and the PR
15     said that there was sharp objects, tools, that they could
16     arm themselves with.
17              DETECTIVE RICHARDSON:  Okay.
18              OFFICER GARCIA:  And scissors as well.
19              DETECTIVE RICHARDSON:  Okay.  At the time that they
20     said that there were sharp objects, did they mention
21     anything about the suspect having a weapon when he went
22     inside?
23              OFFICER GARCIA:  I don't remember that.
24              DETECTIVE RICHARDSON:  Okay.  Did they say that the
25     suspect said anything when he went inside of their --
```

17

```
 1    anything?
 2         OFFICER GARCIA:  I never heard -- I didn't hear
 3    anything.  No.
 4         DETECTIVE RICHARDSON:  Okay.  So at that point when
 5    they're giving the suspect commands, are you still sixth
 6    in your mind on the stick?  Are you still the sixth --
 7    sixth person on the stick?
 8         OFFICER GARCIA:  I -- I don't remember.
 9         DETECTIVE RICHARDSON:  Okay.  Do you recall if there
10    were officers in front of you at that point?
11         OFFICER GARCIA:  They were several.  Yes.
12         DETECTIVE RICHARDSON:  Okay.  And was your partner
13    in front of you?
14         OFFICER GARCIA:  He was.
15         DETECTIVE RICHARDSON:  And again, your partner was
16    armed with the 40 millimeter; correct?
17         OFFICER GARCIA:  Yes.
18         DETECTIVE RICHARDSON:  Okay.  Was there any other
19    officers in front of you with less lethal -- less lethal?
20         OFFICER GARCIA:  I don't know.
21         DETECTIVE RICHARDSON:  Okay.  At that point do you
22    recall if any officers were in front of you that had their
23    weapons drawn?
24         OFFICER GARCIA:  Yes.
25         DETECTIVE RICHARDSON:  And who would that officer
```

25

```
 1    be?
 2            OFFICER GARCIA:  I knew it was the first officer.
 3            DETECTIVE RICHARDSON:  So at the front of the stick,
 4    the first officer had his weapon drawn?
 5            OFFICER GARCIA:  Yes.
 6            DETECTIVE RICHARDSON:  Okay.  At that point did you
 7    have your weapon drawn?
 8            OFFICER GARCIA:  I did not.
 9            DETECTIVE RICHARDSON:  Okay.  Do you recall as
10    they're given the suspects (sic) commands did -- was it
11    your impression that he was complying?
12            OFFICER GARCIA:  No.
13            DETECTIVE RICHARDSON:  Okay.  And when you say "no,"
14    why -- why wouldn't you say he was complying?
15            OFFICER GARCIA:  Because they kept giving commands
16    and trying to be more louder so --
17            DETECTIVE RICHARDSON:  Okay.
18            OFFICER GARCIA:  -- I -- that made me believe that
19    he was not initially complying with the commands.
20            DETECTIVE RICHARDSON:  Okay.  And I know you said
21    you don't recall what the commands were given, but did
22    the -- again --
23            OFFICER GARCIA:  Uh-huh.
24            DETECTIVE RICHARDSON:  -- did the officers' voices
25    change in a way that made you think that he was not
```

26

```
 1            OFFICER GARCIA:  I thought -- I thought I would have
 2    to explain to someone -- someone's wife why he didn't come
 3    home -- come home.  That's what I was thinking.
 4            DETECTIVE VALDES:  Do you know if anyone else fired?
 5            OFFICER GARCIA:  I don't know.  No.
 6            ATTORNEY WINSLOW:  Do you -- you mean lethal or less
 7    lethal?
 8            DETECTIVE VALDES:  Either.
 9            OFFICER GARCIA:  It was very loud.  A lot of -- you
10    know, yelling.  Trying to give commands.  I don't know
11    if -- if anything else was fired.
12            DETECTIVE VALDES:  So you don't know if any other
13    lethal or less lethal was fired?
14            OFFICER GARCIA:  No.
15            DETECTIVE VALDES:  Did anyone give a warning?  Like,
16    "Hey, beanbag ready, "or "40 millimeter up"?
17            OFFICER GARCIA:  I didn't hear that.  No.
18            DETECTIVE VALDES:  Did you verbalize anything to the
19    suspect before you fired?
20            OFFICER GARCIA:  No.  It was too quick.  I didn't
21    have time.
22            DETECTIVE VALDES:  When and why did you reholster
23    your firearm?
24            OFFICER GARCIA:  When I -- it looked like the
25    suspect reacted to my -- to my shot at him.  So that's
```

60

```
 1    custody, he was on the ground, did you see the knife
 2    again, or did you see it laying in the vicinity?
 3             OFFICER GARCIA:  No, not at that moment.  No.
 4             DETECTIVE VALDES:  Did you ever see the knife after
 5    you took him into custody?
 6             OFFICER GARCIA:  No.
 7             DETECTIVE VALDES:  Partner?
 8             DETECTIVE RICHARDSON:  Dave?
 9             ATTORNEY WINSLOW:  You -- you mentioned I think
10    homeless and drugs and things like that --
11             OFFICER GARCIA:  Uh-huh.
12             ATTORNEY WINSLOW:  -- what was the area that this
13    call happened in?
14             OFFICER GARCIA:  Well, it was 7th and Town --
15             DETECTIVE VALDES:  Uh-huh.
16             OFFICER GARCIA:  -- which is part of Skid Row.
17             ATTORNEY WINSLOW:  Okay.  And what knowledge do you
18    have of Skid Row and the types of people that you often
19    encounter there?
20             OFFICER GARCIA:  A lot of the -- the people there
21    and Skid Row are -- can be transient.  A lot of the times
22    they're armed with weapons.  Knives.  Guns.  Sometimes on
23    narcotics.  Quite often actually.  And/or going through
24    some kind of episode of mental illness.  A lot of them are
25    diagnosed with that as well.
```

63

```
 1            ATTORNEY WINSLOW:  And in -- in your training and
 2   experience, are people who use narcotics and have mental
 3   illness, are they unpredictable?
 4            OFFICER GARCIA:  Yes.  They -- they are very
 5   unpredictable.
 6            ATTORNEY WINSLOW:  And they -- you're taught that
 7   they're -- they could be dangerous?
 8            OFFICER GARCIA:  Yes.
 9            ATTORNEY WINSLOW:  Okay.  All right.  So you said
10   this happened in about a second, second and a half.  Was
11   there anything else you could have done when this suspect
12   came and made contact with the other officer in the
13   hallway with the -- with the knife up?  Is there anything
14   else you could have done?
15            OFFICER GARCIA:  No.
16            ATTORNEY WINSLOW:  Did you have any other options at
17   that point?
18            OFFICER GARCIA:  I was rendered to my very last
19   option.
20            ATTORNEY WINSLOW:  All right.  And you described the
21   knife as white?
22            OFFICER GARCIA:  Yes.
23            ATTORNEY WINSLOW:  Okay.  Do you have any knowledge
24   of any types of knives that are white?
25            OFFICER GARCIA:  Yes.  Porcelain knives can be
```

64

```
 1    STATE OF CALIFORNIA      )
 2                             )      SS.
 3    COUNTY OF LOS ANGELES    )
 4
 5            I, Kristine Cardona, a transcriber for
 6    Lynden J. And Associates, Inc., do hereby certify:
 7            That said proceedings were listened to by me
 8    and were transcribed into typewriting under my
 9    direction and supervision; and I hereby certify that
10    the foregoing transcript of the proceedings is a full,
11    true, and correct transcript to the best of my ability.
12            I further certify that I am neither
13     counsel for nor related to any party to said action,
14     not in anywise interested in the outcome
15     thereof.
16            In witness whereof, I have hereunto
17    subscribed my name this 28th day of July, 2025.
18
19
20
21
22
23                                    _____
24                                         Kristine Cardona
25
```

69