# EXHIBIT J

```
MACCANI,                          )
            Plaintiff,            )
                                  )
       vs.                        )
                                  )
CITY OF L.A.,                     )
                                  )
            Defendant.            )
_____)
```

<u>Transcription of tape-recorded interview of</u>

<u>Police Officer II Sandra Jauregui, by Detective Cheng,</u>

<u>Detective Frausto, and Detective Yoon</u>

Transcribed by:
Kristine Cardona

Job Number:
TP12471G

```
 1   is the right address, he called."
 2        We go in.  The minute that we go in, we go to the third
 3   floor, um, and at -- at -- at that time, on the third floor,
 4   um, that's when we gather and start talking about plans and,
 5   um, sort of planning, designate roles to each of the
 6   officers that are there.
 7        As we're all gathered in the third floor, um, our
 8   sergeant starts assigning roles, um, and at that point, um,
 9   I kind of -- I wanted to make sure that we're all on the
10   same page, so I kind of ask -- ask the PR, "Okay, so what do
11   we have?  What -- what's going on?  What is the -- what is
12   the suspect doing?  Does he have any weapons?  You know, is
13   there anybody else in the apartment?  Do we need the keys to
14   get in your apartment?  Is it locked?  Is it unlocked?"
15        So I kind of try to get those, um -- that information
16   out.  Just so we're all there, and we're -- we all have the
17   same information.
18        At that point, um, um, I also ask them, "Okay, so what
19   apartment number is your apartment number?  Where exactly on
20   the fourth floor is your apartment?  Is it on the right-hand
21   side or the left side?"  He just tells me it's all the way
22   at the end, apartment 402.
23        And then after he says all that, I ask him, "Okay, what
24   would you like for us to do?  Would you like us to just
25   escort him out?"  He says, "Yes."
```

9

```
 1        Some -- someone asked him, "If he does -- if he doesn't
 2   want to go, do you want him arrested?"  He says, "Yes."
 3   Said that, we kind of arrange for a -- a unit to stay back
 4   on the third floor to get a PPA going while we go up there.
 5        We all go up there, um, we make that right, right when
 6   we get in, and we kind of position ourselves based on what
 7   the roles were assigned.
 8        So my partner was in front of me, who was the bean bag.
 9   In front of her was the lethal, which was Orozco.  And then
10   we had another non-lethal who was, maybe, next to my
11   partner.
12        So I have three -- three -- three to four officers in
13   front of me, and I was, kind of, on the side, left.
14        And at that point, we had already assigned roles, like
15   I said.  Our sergeant had assigned -- well, there was
16   already two officers with, um, less lethal.  So there was
17   two -- less lethal was already assigned.  There was an
18   arrest team, and there was lethal.
19        So at that time, we kind of already knew what our roles
20   were, um, when we were walking up there, and I kind of, sort
21   of positioned myself where, um, the long guns are in front
22   of me, and then the lethal.  I kind of stayed on the side
23   where I could potentially be the -- I'm -- was going to be
24   part of the arrest team.  Had my gloves and everything
25   ready.
```

10

1     At that point, um, I kind of, like, on the side of --
2  on the side of me I already saw -- a couple lethals, so then
3  due to being mindful of crossfire, I -- I don't take any of
4  my weapons out, um, because there was already officers in
5  front of me.  So I kind of stayed to the side, because I
6  already heard, also, one of the P-IIIs saying, "Arrest team
7  to the left."
8     So we were trying to get the suspect to essentially
9  turn around and then walk to the left, like, sidestep to the
10 left.
11    And so, at the beginning, it did seem like he was
12 complying.  Then immediately he turns around and starts,
13 like, walking towards us slowly, and then he lunges about --
14 don't know exactly the approximate distance, but then he
15 kind of lunges towards our -- immediately.
16    At that point, I kind of heard -- I -- from the side of
17 my eye, I -- I immediately saw Chomuk fire a 40.  And then
18 immediately my partner, who was in front of me, do a -- two
19 rounds of the bean bag.
20    At that point, um, they didn't seem to -- the less
21 lethal -- the less lethal didn't seem to work, because the
22 suspect continued to lunge towards us.  At that point I
23 realized that I heard a shot, but I wasn't sure what -- what
24 was happening.
25    At that point my partner kind of turned around, kind

11

```
 1    that you remember?
 2         OFFICER JAUREGUI:  I don't recall right now, no.
 3         DETECTIVE CHENG:  Can you describe a little bit about
 4    his demeanor?  How was he acting when he came out of the
 5    apartment?  Or studio?
 6         OFFICER JAUREGUI:  When he came out, he was compliant.
 7    But then when he -- because he was compliant as far as when
 8    we told him, "Hey, turn around.  Hands up."  I recall him
 9    doing that, but then he quickly turned around.  And that's
10    when my partners continued to -- to give commands.  Both my
11    partner, Desiree, and Orozco, who was at the front.  And
12    then I -- I believe my partner, Orozco, because he was in
13    the very front, that he, kind of, was giving him all the
14    commands.
15         DETECTIVE CHENG:  From where your position was, were
16    you able to see his hands?
17         OFFICER JAUREGUI:  From my position, there was -- there
18    were several officers in front of me, so what I can recall
19    is I just saw him when he first came out.  From then, I
20    didn't get a -- I couldn't remember if I got a visual or
21    not.
22         DETECTIVE CHENG:  Were you able to see him holding any
23    kind of weapons?
24         OFFICER JAUREGUI:  I definitely didn't see a gun.  And
25    I didn't -- I didn't see any knives or anything like that at
```

                                                                    32

```
 1    STATE OF CALIFORNIA      )
 2                             )    SS.
 3    COUNTY OF LOS ANGELES    )
 4
 5           I, Kristine Cardona, a transcriber for
 6    Lynden J. And Associates, Inc., do hereby certify:
 7           That said proceedings were listened to by me
 8    and were transcribed into typewriting under my direction
 9    and supervision; and I hereby certify that the foregoing
10    transcript of the proceedings is a full, true, and
11    correct transcript to the best of my ability.
12           I further certify that I am neither
13    counsel for nor related to any party to said action,
14    not in anywise interested in the outcome
15    thereof.
16           In witness whereof, I have hereunto
17    subscribed my name this 28th day of July, 2025.
18
19
20
21
22
23                                      _____
24                                          Kristine Cardona
25
```

50