# EXHIBIT Q

```
MACCANI,                        )
              Plaintiff,        )
                                )
         vs.                    )
                                )
CITY OF L.A.,                   )
                                )
              Defendant.        )
_____)
```

<u>Transcription of tape-recorded interview of</u>

<u>Police Officer II Gabriel Quintero, by Detective Cheng,</u>

<u>Detective Frausto, and Detective Yoon</u>

Transcribed by:
Kristine Cardona

Job Number:
TP12471F

```
 1    -- the primary unit.  And then we saw, um, the PR come out
 2    and just guide us, like, "Hey, this is the -- the location."
 3    And then that's when we had our other units come with us.
 4    And that's when we went up top.
 5         DETECTIVE CHENG:  So at that time, um, what do you
 6    remember the PR said to you guys?
 7         OFFICER QUINTERO:  From what I recall, the PR was
 8    stating that, you know, this guy just entered.  He was
 9    saying all "it --it's the end of the world," you know, "It's
10    the end.  We need to leave."  Acting very erratic.  And, um
11    --
12         DETECTIVE CHENG:  Is that at the door of the location?
13    So we're at that point, like when you guys first initially
14    arrived.
15         OFFICER QUINTERO:  So he -- he briefly describes the
16    situation there, and then once we get to, like, the -- the
17    third floor --
18         DETECTIVE CHENG:  Third floor?
19         OFFICER QUINTERO:  -- I think it was --
20         DETECTIVE CHENG:  Uh-huh.
21         OFFICER QUINTERO:  That's when we got into detail of
22    what was going on, which was that.  And then, also
23    describing what weapons he had, like, surrounding him, and
24    everything like that.
25         So, um, the only weapons that he brought up to us that
```

12

```
 1   the -- the room.  Until we cleared it all.
 2            DETECTIVE CHENG:  Yeah.  Okay.  So when you were
 3   clearing the room, how were you holding your weapon?
 4            OFFICER QUINTERO:  At the low ready, with my finger on
 5   the side.
 6            DETECTIVE CHENG:  On the --
 7            OFFICER QUINTERO:  On the side.
 8            DETECTIVE CHENG:  -- side of the frame.
 9            OFFICER QUINTERO:  Yeah.
10            DETECTIVE CHENG:  Okay.  And then once you and your
11   team finished clearing the location, um, now you're back in
12   the hallway.  Did you see any -- did you see the object that
13   the suspect was holding?
14            OFFICER QUINTERO:  So based off what I saw, the white,
15   um, portion, um, I noticed that it -- that handle, pretty
16   much, it belonged to a plastic fork.  That -- that's what I
17   believed was in the person's hand.  In the suspect's hand.
18            DETECTIVE CHENG:  And where was this fork when you saw
19   it again?
20            OFFICER QUINTERO:  It was on the floor off to the side.
21            DETECTIVE CHENG:  Did you let anybody know that it was
22   there?
23            OFFICER QUINTERO:  I -- I was notifying, um, Officer
24   Chomuk, because he was saying that there was a screwdriver.
25   I believed it was a -- a -- a fork.  I didn't see what he
```

29

```
 1   had in the other hand, so I'm not sure if Officer Chomuk saw
 2   something different from what I saw.
 3           DETECTIVE CHENG:  Uh-huh.
 4           OFFICER QUINTERO:  So I was canvassing also for
 5   screwdriver.
 6           DETECTIVE CHENG:  Okay.
 7           OFFICER QUINTERO:  I didn't find anything.  But that
 8   fork, I notified Officer Chomuk.
 9           DETECTIVE CHENG:  Okay.
10           OFFICER QUINTERO:  And whoever else was around.
11           DETECTIVE CHENG:  Okay.  That's good.  Besides the
12   fork, did you, um -- did you discover any other evidence in
13   that location?
14           OFFICER QUINTERO:  No.  Just the fork.
15           DETECTIVE CHENG:  Okay.  When you were clearing the
16   room -- now we're inside the room of 402 -- did you ever see
17   any knives and scissors in the room?
18           OFFICER QUINTERO:  Not that I recall.  I don't
19   remember.
20           DETECTIVE CHENG:  Okay.  And did you notice any injury
21   on the suspect when they were doing, um -- rendering medical
22   aid?
23           OFFICER QUINTERO:  No.  I didn't see the -- the
24   injuries.  I just saw, like, a little bit of blood here and
25   there, but not -- no injuries.
```

30

```
 1            OFFICER QUINTERO:  No.
 2            DETECTIVE CHENG:  Okay.  After clearing the location,
 3    did you collect any FIs?
 4            OFFICER QUINTERO:  No.
 5            DETECTIVE CHENG:  Did you canvas the location?
 6            OFFICER QUINTERO:  I -- I canvassed for a screwdriver.
 7    From what my -- one of the other officers stated that they
 8    observed.  Met with negative results.
 9            DETECTIVE CHENG:  Uh-huh.
10            OFFICER QUINTERO:  And --
11            DETECTIVE CHENG:  Did you canvas for -- when is this?
12            OFFICER QUINTERO:  I -- I canvassed -- like the -- the
13    other hallway.  Like, the restrooms and everything, to see
14    if anyone else was in there.  Not necessarily for witnesses,
15    but just to clear the -- the area.
16            DETECTIVE CHENG:  Uh-huh.
17            OFFICER QUINTERO:  But, I mean, when we were conducting
18    the building search the -- from the room, I was also looking
19    for victims, wits, or anything like that.
20            DETECTIVE CHENG:  Okay.  And what were the results?
21            OFFICER QUINTERO:  Negative results.
22            DETECTIVE CHENG:  Okay.  And just to clarify, um, you
23    said Sergeant Trejo?  Was he in plain clothes?
24            OFFICER QUINTERO:  No, he was in uniform.
25            DETECTIVE CHENG:  Uniform.  Okay.  And, um, when you
```

37

```
 1      STATE OF CALIFORNIA     )
 2                              )    SS.
 3      COUNTY OF LOS ANGELES   )
 4
 5            I, Kristine Cardona, a transcriber for
 6      Lynden J. And Associates, Inc., do hereby certify:
 7            That said proceedings were listened to by me
 8      and were transcribed into typewriting under my direction
 9      and supervision; and I hereby certify that the foregoing
10      transcript of the proceedings is a full, true, and
11      correct transcript to the best of my ability.
12            I further certify that I am neither
13      counsel for nor related to any party to said action,
14      not in anywise interested in the outcome
15      ther.
16            In witness whereof, I have hereunto
17      subscribed my name this 28th day of July, 2025.
18
19
20
21
22
23
24                                  Kristine Cardona
25
```

39

LYNDEN J. AND ASSOCIATES, INC.    (800) 972-3376