# EXHIBIT R

```
MACCANI,                              )
               Plaintiff,             )
                                      )
          vs.                         )
                                      )
CITY OF L.A.,                         )
                                      )
               Defendant.             )
_____)
```

<u>Transcription of tape-recorded interview of</u>

<u>Police Officer II Desiree Rodriguez, by Detective</u>

<u>Illig, Detective Valdovinos, Detective Farish, and</u>

<u>Detective Halka</u>

Transcribed by:
Kristine Cardona

Job Number:
TP12471I

```
 1    incident, um -- or yesterday, on February 3, what was your
 2    unit?
 3            OFFICER RODRIGUEZ:  I was assigned 1-X-ray-83.
 4            DETECTIVE ILLIG:  Okay.  And who were you working
 5    with?
 6            OFFICER RODRIGUEZ:  I was working with Police Officer
 7    II Jauregui.
 8            DETECTIVE ILLIG:  Okay.  And how long have you and
 9    Officer Jauregui been partners?
10            OFFICER RODRIGUEZ:  I've only worked with her two
11    times.
12            DETECTIVE ILLIG:  Okay.
13            OFFICER RODRIGUEZ:  Two, making that today.
14            DETECTIVE ILLIG:  Okay.  This was the second day that
15    you've worked together?
16            OFFICER RODRIGUEZ:  Yes, sir.
17            DETECTIVE ILLIG:  Now, in the time that you've -- two
18    days that you've worked together, what kind of tactics and
19    -- did you discuss?
20            OFFICER RODRIGUEZ:  Prior to our start of watch, we
21    discussed our roles.  She told me that she would be lethal,
22    and I would be less lethal and comms.  We also discussed
23    that should a situation involving a supervisor or additional
24    unit, we would go ahead and request that.  And if things
25    move fluidly or become, um, dangerous or pose an immediate
```

6

```
 1    threat, we would call for backup.
 2         DETECTIVE ILLIG:  Okay.  How long have you been a
 3    police officer?
 4         OFFICER RODRIGUEZ:  Approximately four years.
 5         DETECTIVE ILLIG:  Four years.  Okay.  And, um, what
 6    type of less-lethal munitions did you have available to you
 7    in your police vehicle?
 8         OFFICER RODRIGUEZ:  We checked out a beanbag, and we
 9    have our Tasers, along with baton, and -- that's it.
10         DETECTIVE ILLIG:  Okay.  Okay.  Now, what type of --
11         OFFICER RODRIGUEZ:  Oh, pepper spray.  Sorry.
12         DETECTIVE ILLIG:  What was that?
13         OFFICER RODRIGUEZ:  Pepper spray.
14         DETECTIVE ILLIG:  Pepper spray.  Okay.  What type of
15    an incident did you -- oh, were you the driver or the
16    passenger?
17         OFFICER RODRIGUEZ:  I was the passenger.
18         DETECTIVE ILLIG:  As the passenger, what does that
19    role entail?
20         OFFICER RODRIGUEZ:  It would be communications.
21    Broadcasting the comments of the call to my partner so that
22    she's aware, um, of what we have going on.  Reviewing
23    suspect description with her, and if I feel the need to
24    request any other resources, to do that.
25         DETECTIVE ILLIG:  Okay.  Now, as that -- in that
```

7

1  suspect looked like he was excited or, for lack of better
2  words, under the influence, um, and they were scared at the
3  time, which is why they exited.  Just to cover our end, my
4  partner and I decide to complete a PPA for maybe just
5  trespass, if we don't have anything else.
6       My partner gets a quick layout of the -- the hall that
7  leads to the unit.  We begin to make an approach and prior
8  to our approach, Sergeant Punzalan and 1-A-1 are with us on
9  the stick.  Sergeant Punzalan gives us our roles as I would
10 be less lethal with the beanbag, Chomuk would be less lethal
11 with the 40, um, Officer Orozco was lethal, and, um, I
12 believe Quintero and my partner were the arrest team, um,
13 from what I understood.  We begin our approach and line up
14 just about 35 feet away from the -- 30, 45 feet away from
15 the -- the unit.  I initiate a call-out.  Call out to the
16 suspect and the suspect exits the unit with the door already
17 open.
18      At first the suspect, um, complies -- or somewhat
19 complies, and then becomes, um, irate, or is unable to
20 understand.  He takes a fighting stance, begins to clench
21 his fist.  I can see that his eyes are wide open and that
22 his jaw is gnashing back and -- or side to side, just kind
23 of letting me know that this guy is willing to fight.  He
24 failed to comply to my partner's -- or I believe Officer
25 Chomuk's verbal commands to turn around, and I -- I see that

```
 1    he starts to close -- distance.  Officer Chomuk launches one
 2    round, and I proceeded to launch my first round of the
 3    beanbag from approximately 35 feet.
 4         The suspect continues to close distance with us,
 5    within a matter of, like, ten seconds, and then I go ahead
 6    and launch my second round.  I am focused, or I zero in on
 7    the abdomen/belly area, and I narrow in on my sights so that
 8    I can aim in that area.  But again, he was very quick.  At
 9    some point, I feel that he's touching around my abdomen area
10    and then I see him on the ground.  I see Sergeant Punzalan
11    and the other officers on top of him, and at that point, I
12    wasn't sure if -- what had actually happened.  I'm assuming
13    that the rounds, or less-lethal rounds, had worked.
14         I -- I see that the officers are struggling with
15    taking him into custody, so I -- I take out my handcuffs and
16    I go -- go ahead and take him into custody then.  Usually
17    with that we -- when we take someone into custody, we put
18    him in a recovery position, and/or we sit him up.  While we
19    were putting him in a recovery position, I hear Officer
20    Chomuk say something along the lines of "Who shot?"  And
21    then I hear his P-I respond that he shot.
22         At that point, I believe I heard Sergeant Punzalan --
23    or I don't know if it came to me to start compressions, so I
24    start having the officers begin compressions, making sure
25    that his airway is unobstructed.  During that time, I
```

11

1   DETECTIVE ILLIG: Okay. And once you fired that first
2   round, what was the effect of that round?
3   OFFICER RODRIGUEZ: Seems like there was somewhat an
4   effect. He raised his arms, and it hit, I believe the -- I
5   don't -- I don't know which pectoral area. Then, again, he
6   just quickly closed distance. From what I recall, he was
7   about five feet or less away from me, I shot that -- that
8   second round.
9   DETECTIVE ILLIG: Okay. So before he fires the --
10  before you fire the first round, could you see anything in
11  his hands?
12  OFFICER RODRIGUEZ: I do not recall.
13  DETECTIVE ILLIG: You don't recall. Now you said that
14  you -- you saw him raise his hands? Is that correct?
15  OFFICER RODRIGUEZ: Yes.
16  DETECTIVE ILLIG: Is that after you fired the first
17  round, or before you fired the first --
18  OFFICER RODRIGUEZ: After I fired the first round.
19  DETECTIVE ILLIG: Okay. When he raised his hands, can
20  you paint a verbal picture for me how he raised his hands,
21  and what, if anything, you saw in his hands?
22  OFFICER RODRIGUEZ: I could only remember him raising
23  his hands with his fists still clenched. And him coming to
24  maybe that -- that shot that I -- I fired.
25  DETECTIVE ILLIG: Approximately how far away was the

25

```
 1   an effect on him that you're aware of?
 2          OFFICER RODRIGUEZ:  The only reason I believed that
 3   maybe there could have been some effect was because when he
 4   was on the ground, I thought maybe that second round might
 5   have assisted with the officers taking him to the ground.
 6          DETECTIVE ILLIG:  Did anybody else fire any other
 7   weapons systems that you're aware?
 8          OFFICER RODRIGUEZ:  At the time, no, I was not aware
 9   of any other rounds being shot, other than the less lethal.
10          DETECTIVE ILLIG:  Your less lethal?
11          OFFICER RODRIGUEZ:  My less lethal, and Officer
12   Chomuk's first less-lethal round.
13          DETECTIVE ILLIG:  Okay.  At some point did you become
14   aware that an officer-involved shooting did occur?
15          OFFICER RODRIGUEZ:  Yes.
16          DETECTIVE ILLIG:  And at what point was that?
17          OFFICER RODRIGUEZ:  That was when -- about the time
18   that it -- we had -- or I was already placing the cuffs on
19   him.
20          DETECTIVE ILLIG:  Okay.  And how did you become aware
21   of that information?
22          OFFICER RODRIGUEZ:  I heard Officer Chomuk say, "Who
23   shot?"  And his P-I respond, "I shot."
24          DETECTIVE ILLIG:  Okay.  Now, you mentioned the
25   handcuffs.  Can you describe the handcuffing process that
```

28

```
 1   remember seeing the suspect, and then aiming towards his
 2   abdominal area.
 3          DETECTIVE VALDOVINOS:  Okay.  And then what about his
 4   background, um, when that second round went off?
 5          OFFICER RODRIGUEZ:  I can see from -- well, the
 6   background, he's -- he's continuing to take a fighting
 7   stance, closing distance, and charges towards my direction.
 8          DETECTIVE VALDOVINOS:  And at that point, did the
 9   suspect make any contact with you?
10          OFFICER RODRIGUEZ:  I believe the suspect, at that
11   point, does make contact with me, in my abdominal area.
12          DETECTIVE VALDOVINOS:  And when we say contact, what
13   kind of contact?  If you can describe what that contact was?
14          OFFICER RODRIGUEZ:  I vaguely remember him placing his
15   hands near my midsection.
16          DETECTIVE VALDOVINOS:  And when you say placing, was
17   there, like, physical contact where his hands actually
18   touched your --
19          OFFICER RODRIGUEZ:  I can't give an accurate answer --
20          DETECTIVE VALDOVINOS:  Okay.
21          OFFICER RODRIGUEZ:  -- because at the time that's all
22   I remember.
23          DETECTIVE VALDOVINOS:  Okay.  Was he saying anything
24   at this time?
25          OFFICER RODRIGUEZ:  I just heard him yell, um, and
```

44

```
 1            DETECTIVE HALKA:  Okay.  Do you ever recall losing
 2   balance?
 3            OFFICER RODRIGUEZ:  Um --
 4            DETECTIVE HALKA:  Due to the contact?
 5            OFFICER RODRIGUEZ:  I can't remember entirely, but I
 6   do remember taking a side step to my left once he bolted
 7   towards me.
 8            DETECTIVE HALKA:  That's all I have.  Thank you.
 9            OFFICER RODRIGUEZ:  Uh-huh.
10            DETECTIVE VALDOVINOS:  I have one more question,
11   sorry.  After you handed off the beanbag to Officer
12   Gutierrez --
13            OFFICER RODRIGUEZ:  Gutierrez.
14            DETECTIVE VALDOVINOS:  -- did you come in contact with
15   the beanbag again?  Or did you see the beanbag after that?
16            OFFICER RODRIGUEZ:  No, ma'am.
17            DETECTIVE VALDOVINOS:  Okay.  Do you know what
18   happened to the beanbag?
19            OFFICER RODRIGUEZ:  I was later made aware that
20   Officer Gutierrez responded with the suspect to the
21   hospital, and he took the beanbag with him.
22            DETECTIVE VALDOVINOS:  Okay.  (Inaudible).
23            DETECTIVE ILLIG:  At any point while you were
24   utilizing the beanbag, was there any kind of malfunction?
25            OFFICER RODRIGUEZ:  Not that I recall.
```

50

```
 1      STATE OF CALIFORNIA      )
 2                               )    SS.
 3      COUNTY OF LOS ANGELES    )
 4
 5              I, Kristine Cardona, a transcriber for
 6      Lynden J. And Associates, Inc., do hereby certify:
 7              That said proceedings were listened to by me
 8      and were transcribed into typewriting under my direction
 9      and supervision; and I hereby certify that the foregoing
10      transcript of the proceedings is a full, true, and
11      correct transcript to the best of my ability.
12              I further certify that I am neither
13       counsel for nor related to any party to said action,
14       not in anywise interested in the outcome
15       thereof.
16              In witness whereof, I have hereunto
17      subscribed my name this 28th day of July, 2025.
18
19
20
21
22
23                                          _____
24                                              Kristine Cardona
25
```

52

LYNDEN J. AND ASSOCIATES, INC.    (800) 972-3376