# EXHIBIT S

```
MACCANI,                          )
              Plaintiff,          )
                                  )
         vs.                      )
                                  )
CITY OF L.A.,                     )
                                  )
              Defendant.          )
_____)
```

## TRANSCRIPTION OF TAPE RECORDED INTERVIEW

## OF OFFICER II DESIREE RODRIGUEZ No. 2

Transcribed by:
Kristine Cardona

Job Number:
TP12471D

```
 1          DETECTIVE MACCHIARELLA:  Okay.  Thank you.  And then
 2   one more question is just whether or not what -- if
 3   there was a -- what your thought process was in that
 4   moment.  I know this happened back in February, but if
 5   you can recall for us if there was any thought process
 6   for you to disengage from what was going on in the
 7   hallway there after you know -- let me start over.
 8   Knowing that you're holding the beanbag shotgun --
 9          OFFICER RORDIGUEZ:  Uh-huh.
10          DETECTIVE MACCHIARELLA:  -- right, and the incident
11   is unfolding the way it was --
12          OFFICER RORDIGUEZ:  Right.
13          DETECTIVE MACCHIARELLA:  -- was there any thought
14   process from you to disengage from the incident allowing
15   the other officers to take the suspect into custody?
16          OFFICER RORDIGUEZ:  The intention to disengage would
17   be yes, which is why I took a step back and I created
18   space.
19          DETECTIVE MACCHIARELLA:  Okay.  So you did
20   disengage, you backed up to create space?
21          OFFICER RORDIGUEZ:  Uh-huh.
22          DETECTIVE MACCHIARELLA:  But then in the video, you
23   do see that you are approaching and you are actually, I
24   think it's with your left hand, maybe trying to help
25   control the suspect?
```

6

```
 1         OFFICER RORDIGUEZ:  Right.
 2         DETECTIVE MACCHIARELLA:  So if you could tell us why
 3    that happened?
 4         OFFICER RORDIGUEZ:  At that time, I didn't see the
 5    officers going up with the sergeant.  And I was not
 6    going to let the sergeant get into a use of force by
 7    himself.
 8         DETECTIVE MACCHIARELLA:  Okay.
 9         OFFICER RORDIGUEZ:  So because the immediate threat
10    was still there, I had to take control.
11         DETECTIVE MACCHIARELLA:  Okay.  Okay.  I don't think
12    I have any other questions.
13         DETECTIVE FLORES:  So when -- what you just
14    explained when you stepped in, where was your focus at?
15         OFFICER RORDIGUEZ:  When I stepped in to?
16         DETECTIVE FLORES:  When you -- when you have the
17    beanbag --
18         OFFICER RORDIGUEZ:  Uh-huh.
19         DETECTIVE FLORES:  -- and you're putting hands on,
20    where is your focus?
21         OFFICER RORDIGUEZ:  My focus is making sure that the
22    less lethal is not covering any of the other officers
23    and keeping it in a safe position down, and then making
24    sure that we're still assessing, making sure the threat
25    is being taken care of.
```

7

```
 1          DETECTIVE MACCHIARELLA:  When you say him rushing
 2   in, do you mean --
 3          DETECTIVE FARISH:  Sorry.
 4          DETECTIVE MACCHIARELLA:  -- the suspect or the
 5   sergeant?
 6          DETECTIVE FARISH:  No.  I'm sorry.  Sergeant --
 7   well, either, I guess, but in this case, the terms of
 8   covering, Sergeant -- is it -- I believe it's Punzalan?
 9          DETECTIVE MACCHIARELLA:  Uh-huh.
10          DETECTIVE FARISH:  His foot.  The preplanning was
11   not for Sergeant Punzalan to come rushing in and grab
12   the suspect.  And I'm not trying to say he did anything
13   wrong, necessarily, but you weren't expecting him to
14   come rushing in either.  Right?
15          OFFICER RORDIGUEZ:  No, sir.
16          DETECTIVE FARISH:  Okay.  That's all I have.
17          DETECTIVE FLORES:  Do you recall the -- the barrel
18   of the beanbag shotgun making any physical contact with
19   anyone in that moment?
20          OFFICER RORDIGUEZ:  No, ma'am.
21          DETECTIVE FLORES:  Okay.
22          DETECTIVE FARISH:  Oh, I'm sorry.  One last thing.
23   I know you mentioned in your previous interview, and I
24   think you mentioned the other day that you assisted in
25   handcuffing the suspect?
```

10

```
 1         OFFICER RORDIGUEZ:  Yes.
 2         DETECTIVE FARISH:  Did you relinquish the beanbag
 3   shotgun before you did that?
 4         OFFICER RORDIGUEZ:  Yes.
 5         DETECTIVE FARISH:  Okay.  Thank you.
 6         DETECTIVE MACCHIARELLA:  Okay.  All right.  Do you
 7   have anything you'd like to add, Officer Rodriguez?
 8         OFFICER RORDIGUEZ:  No, sir.
 9         DETECTIVE MACCHIARELLA:  No?  Okay.  We're going to
10   end the interview here.  The time is now 0911 hours.
11         ///
12         ///
```

11

```
 1      STATE OF CALIFORNIA     )
 2                              )    SS.
 3      COUNTY OF LOS ANGELES   )
 4
 5              I, Kristine Cardona, a transcriber for
 6      Lynden J. And Associates, Inc., do hereby certify:
 7              That said proceedings were listened to by me
 8      and were transcribed into typewriting under my direction
 9      and supervision; and I hereby certify that the foregoing
10      transcript of the proceedings is a full, true, and
11      correct transcript to the best of my ability.
12              I further certify that I am neither
13       counsel for nor related to any party to said action,
14       not in anywise interested in the outcome
15       thereof.
16              In witness whereof, I have hereunto
17      subscribed my name this 28th day of July, 2025.
18
19
20
21
22
23                                         _____
24                                              Kristine Cardona
25
```

12

LYNDEN J. AND ASSOCIATES, INC.   (800) 972-3376