**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et al., | Case No. 2:24-cv-03265-MWC-SSC |
| Plaintiffs, | [*Honorable Michelle Williams Court*] |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER CERTIFYING DEFENDANTS' APPEAL AS FRIVOLOUS AND RETAINING JURISDICTION** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

1 **[PROPOSED] ORDER**

2   Before the Court is an *ex parte* application by Plaintiffs for an order certifying
3 Defendants' interlocutory appeal as frivolous and retaining jurisdiction.  Having
4 reviewed the memoranda submitted by the parties, IT IS ORDERED as follows:
5   This Court finds that the Interlocutory Appeal filed by Defendants of this
6 Court's order denying in part Defendants' motion for summary judgment is an
7 appeal from a denial of summary judgment on the grounds of the existence of
8 disputed questions of material fact.  "[I]mmediate appeal from the denial of
9 summary judgment on a qualified immunity plea is available... when the appeal
10 presents a 'purely legal issue…'  However, instant appeal is not available . . . when
11 the district court determines that factual issues genuinely in dispute preclude
12 summary adjudication."  *Ortiz v. Jordan*, 131 S.Ct. 884, 891 (2011).  The Ninth
13 Circuit has held that "an order denying qualified immunity on the ground that a
14 genuine issue of material fact exists is not a final, immediately appealable order."
15 *Maropulos v. Cnty. of Los Angeles*, 560 F.3d 974, 975 (9th Cir. 2009) (internal
16 citations omitted).  As such, the instant appeal is not available, and this Court retains
17 jurisdiction over this matter.  The trial schedule remains in place as currently set.

19   IT IS SO ORDERED.

21   Dated: _____    _____
22                                                             Hon. Michelle Williams Court
                                                              U.S. District Court Judge