1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI, Plaintiffs, v. CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA, and DOES 2-10, inclusive, Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>*Honorable Michelle Williams Court*<br><br>**[PROPOSED] ORDER RE: PLAINTIFS' MOTION *IN LIMINE* TO EXCLUDE DEFENDANT CITY OF LOS ANGELES' LATE DISCLOSURE** |
|---|---|

Case No. Case No. 2:24-cv-03265-MWC-SSC

# [PROPOSED] ORDER

Having reviewed Plaintiffs' Motion *in Limine* to Exclude Defendant City of Los Angeles' Late Disclosure, and GOOD CAUSE appearing therein, Plaintiffs' Motion is hereby GRANTED. Evidence, testimony, argument, or reference to/regarding Defendants supplemental disclosure bates stamped as DEF 3271, shall be excluded at the trial of the above-entitled matter.

**IT IS SO ORDERED**.

DATED: _____, 2026

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE