LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 1:23−CV−01569−JLT−BAM<br><br>[*Hon. Michelle Williams Court*]<br><br>**PLAINTIFFS' EXHIBIT LIST**<br><br>**Pre-Trial Conference:**<br>Date:    March 20, 2026<br>Time:    1:30 p.m.<br><br>**Trial:**<br>Date:    April 6, 2026<br>Time:    8:30 a.m. |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

By and through their counsel of record in this action, the Plaintiffs hereby submit the following Witness List. The Plaintiffs reserve the right to amend this Witness List.

DATED: February 20, 2026     LAW OFFICES OF DALE K. GALIPO

By /s/ *Eric Valenzuela*
Dale K. Galipo
Eric Valenzuela
Attorneys for Plaintiffs

## PLAINTIFFS' WITNESS LIST

| Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Alexandra Smith; c/o Plaintiffs' Counsel | Plaintiff. Will testify as to damages | 30-45 min. | 30 min | |
| Gordon Maccani; c/o Plaintiffs' Counsel | Plaintiff. Will testify as to damages | 30-45 min. | 30 min | |
| Janet Maccani; c/o Plaintiffs' Counsel | Plaintiff. Will testify as to damages | 30-45 min. | 30 min | |
| Caleb Garcia; c/o Defense Counsel | Defendant. Will testify as to the use of deadly force against Decedent. | 1.5-2 hours | 1.5 hours | |
| Jeff Punzalan; LAPD | One of seven officers who were part of the tactical plan formulated to detain Decedent and percipient witness to the incident. Put together the tactical plan. Was sergeant and lead officer on scene, formulated tactical plan, was going hands on with Decedent at the time of the shooting and was also shot by Def. Garcia during the incident. | .45- 1 hour | 1 hour | |
| Colin Chomuk; LAPD | One of seven officers who were part of the tactical plan formulated to detain Decedent and percipient witness to the incident. Was Def. Garcia's training officer and fired less lethal (40mm) during incident. | .45- 1 hour | .45 – 1 hour | |

| | | | | | |
|---|---|---|---|---|---|
| 1 2 3 4 5 6 | Desiree Rodriguez; LAPD | One of seven officers who were part of the tactical plan formulated to detain Decedent and percipient witness to the incident. Fired less lethal (bean bag rounds) during the incident also was going or about to go hands on with Decedent at the time of the shooting. | .45- 1 hour | 1 hour | |
| 7 8 9 | Michael Orozco; LAPD | One of seven officers who were part of the tactical plan formulated to detain Decedent and percipient witness to the incident. | .45- 1 hour | .5 hour | |
| 10 11 12 | Gabriel Quintero; LAPD | One of seven officers who were part of the tactical plan formulated to detain Decedent and percipient witness to the incident. | .45- 1 hour | .5 hour | |
| 13 14 15 | Sandra Jaugegui; LAPD | One of seven officers who were part of the tactical plan formulated to detain Decedent and percipient witness to the incident. | .45- 1 hour | .45 – 1 hour | |
| 16 17 18 19 | Dr. Bennet Omalu | Plaintiffs' retained expert, forensic pathologist. Is expected to testify as to the bullet trajectory in Decedent's body, medical treatment, cause of death and pain and suffering. | 1 hour- 1 hour and 15 min. | 2 hours | |
| 20 21 22 23 | Jeff Noble | Plaintiffs' retained expert, police practices. Is expected to testify as to the police officer standards and training and whether the shooting officer complied with police officer standards and training. | 1 hour- 1 hour and 15 min. | 2 hours | |
| 24 25 26 | Scott Holdaway* | Plaintiffs' retained expert, video enhancement. Is expected to testify regarding the video editing and enhancements he with the various videos of the incident. | 30 min. | 30 min | |
| 27 28 | | | | | |

* Indicates that the witness will be called only if the need arises.

The Plaintiffs reserve the right to amend this Witness List.