**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 / Fax No.: (213) 978-8785
Email: Ty.Ford@lacity.org
*Attorneys for Defendant*
CITY OF LOS ANGELES

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Lauren S. Dossey (SBN 244887)
E-mail: ldossey@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant
CALEB GARCIA ALAMILLA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**DEFENDANTS' JOINT WITNESS LIST**<br><br>**PRE-TRIAL CONFERENCE**<br>**DATE: March 20, 2026**<br>**TIME: 1:30 p.m.**<br>**LOCATION: Ctrm 6A**<br><br>Judge: Hon. Michelle Williams Court<br><br>Trial Date: April 6, 2026 |

TO PLAINTIFFS ALEXANDRA RASEY-SMITH, GORDON GENE MACCANI, AND JANET MACCANI, AND THEIR ATTORNEYS OF RECORD:

Defendants CITY OF LOS ANGELES and CALEB GARCIA ALAMILLA (hereinafter "GARCIA"), by and through their counsel of record, submit the following witness list for use at the time of trial.

| **Witness's Name*, Phone** | **Summary of Testimony / Why Testimony Unique** | **Time for Direct Exam (Hours)** | **Time for Cross Exam (Hours)** | **Dates of Testimony** |
|---|---|---|---|---|
| Caleb Alamilla Garcia, former LAPD Police Officer I – represented by counsel | Defendant. Will testify about his perspective and why he believed lethal force was necessary. | 1.5 hours | | |
| Michael Orozco, LAPD Police Officer II – represented by counsel | One of the 7 LAPD officers who responded and interacted with decedent. | .7 hour | | |
| Desiree Rodriguez, LAPD Police Officer II - – represented by counsel | One of the 7 LAPD officers who responded and interacted with decedent. Was victim of assault by decedent, who grabbed her gun and shoved her. | 1.2 hour | | |

| | | | | |
|---|---|---|---|---|
| Sandra Jauregui, LAPD Police Officer II – – represented by counsel | One of the 7 LAPD officers who responded and interacted with decedent. | .7 hour | | |
| Sergeant Jeffrey Punzalan | Prepared tactical plan. One of the 7 LAPD officers who responded and interacted with decedent. | .8 hour | | |
| Police Officer Gabriel Quintero | One of the 7 LAPD officers who responded and interacted with decedent. | .6 hour | | |
| Police Officer Colin Chomuk | One of the 7 LAPD officers who responded and interacted with decedent. Was Garcia's FTO and used less lethal during incident/ | .7 hour | | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

06491-0027 4902-8890-9969 v1

3

Case No. 2:24-cv-03265-MWC-SSC
DEFS' WITNESS LIST

| | | | | |
|---|---|---|---|---|
| Ryan Ostergaard - Paramedic, LAFD Rescue Ambulance No. 9 | Responded and medically treated Maccani at the scene and transported him to LA-USC. | .5 hour | | |
| Harrison Carl - Paramedic, LAFD Rescue Ambulance No. 9 | Responded and medically treated Maccani at the scene and transported him to LA-USC. | .3 hour | | |
| Karra Manier, M.D. – LA General Medical Center | Treating physician at LA-USC. | .6 hour | | |
| Brandan Mascarro, reporting party | Reported Maccani as having entered his business and requested police. | .7 hour | | |
| Axel Magana, reporting party | Witnessed Maccani presence at the building, percipient to | .5 hour | | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

06491-0027 4902-8890-9969 v1

4

Case No. 2:24-cv-03265-MWC-SSC
DEFS' WITNESS LIST

| | | | | |
|---|---|---|---|---|
| | events before police arrived. | | | |
| Edward Flosi, Defendants' retained expert witness | Expert witness on police tactics, use of force. | 1.5 hour | | |
| Parris Ward, Defendants' retained expert witnes | Video expert who put together and will authenticate compilations of synced video, prepared still photos. | .8 hour | | |
| Deputy Medical Examiner Dr. Kennedy Martina* | Performed autopsy on Maccani. | .5 hour | | |
| Dr. Matthew Diarmuid Weipking* | Treating physician at LA-USC Medical Center. | .4 hour | | |
| Dr. Morgan Anne Schellenberg* | Treating physician at LA-USC Medical Center. | .4 hour | | |

| | | | | |
|---|---|---|---|---|
| Dr. Laura Moles* | Treating physician at LA-USC Medical Center. | .4 hour | | |

Defendants reserve the right to add rebuttal witnesses as needed and/or to call any of Plaintiff's listed witnesses.

Dated: February 20, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Asst. City Attorney
Attorney

By: *Ty A. Ford*
TY A. FORD, Deputy City Attorney
*Attorneys for Defendant*
CITY OF LOS ANGELES

Dated: February 20, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Susan E. Coleman*
Susan E. Coleman
Lauren S. Dossey
Attorneys for Defendant CALEB GARCIA ALAMILLA