UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 1 TO LIMIT PLAINTIFFS' EXPERT WITNESS OMALU AND NOBLE'S TESTIMONY AND TO EXCLUDE IMPROPER CREDIBILITY OPINIONS AND TESTIMONY AS TO ULTIMATE FACTS**<br><br>**PRE-TRIAL CONFERENCE**<br>DATE:   March 20, 2026<br>TIME:    1:30 p.m.<br>LOCATION:  6A<br><br>Judge:   Hon. Michelle Williams Court<br><br>Trial Date:    April 6, 2026 |

Having read the motion papers in support of and opposition to Defendants' Motion in Limine No. 1 to prohibit Plaintiffs' expert witnesses, Dr. Bennet Omalu and Scott Noble, from testifying or offering any opinions as to matters prohibited by Federal Rules of Civil Procedure, Rule 26(a)(2) and 37 concerning expert witnesses; Federal Rules of Evidence, Rules 401, 402, 403, 701, 702 and 703; and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), and having heard the arguments of counsel at the hearing, and finding good cause therefore, this Court grants the

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

06491-0027 4898-1253-3393 v1

1

Case No. 2:24-cv-03265-MWC-SSC
[PROPOSED] ORDER GRANTING DEFS' MIL NO. 1 RE EXPERTS

motion as follows:

**AS TO DR. BENNET OMALU**, he is hereby prohibited from testifying regarding the following:

1. Any evidence, mention or argument concerning impermissible personal or lay opinions of Dr. Omalu and any opinions that invade the province of the jury, draw legal conclusions, are speculative, or lack foundation;

2. Any evidence, mention, or opinion that the decedent suffered "chemical pain" while unconscious after he was in asystole, including while in a "deep coma";

3. Any evidence, mention or argument of opinions beyond the scope of his designated expert area, including the body position(s) of Officer Garcia Alamilla and Jason Maccani at the time of the gunshot;

4. Any evidence, mention or argument concerning Dr. Omalu's background and expertise that do not relate in any way to the issues in this case and his role as an expert witness; and

5. Any evidence, mention or argument of any books written by or about him and any television or film productions about him.

**AS TO JEFFREY NOBLE**, he is hereby prohibited from testifying regarding the following:

1. Any evidence, mention or reference to the LAPD Board's findings or report; and any reference to the fact that Officer Garcia was released from probation following the Board's review of the incident; and

///
///
///
///
///
///
///

1    2.   Any testimony or opinions that invade the province of the jury, such as that the force used was excessive, or that Officer Garcia did not reasonably perceive an imminent danger of great bodily injury or death.

IT IS SO ORDERED.

DATED:  _____
Honorable Michelle Williams Court
United States District Court Judge