**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 / Fax No.: (213) 978-8785
Email: Ty.Ford@lacity.org
*Attorneys for Defendant*
CITY OF LOS ANGELES

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Lauren S. Dossey (SBN 244887)
E-mail: ldossey@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600  Fax: 213.236.2700
*Attorneys for Defendant*
CALEB GARCIA ALAMILLA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 2 TO TRIFURCATE LIABILITY, COMPENSATORY DAMAGES, AND PUNITIVE DAMAGES**<br><br>*Filed concurrently with Notice of Motion, Memorandum of Points and Authorities in Support of Motion in Limine for Trifurcation; and [Proposed] Order*<br><br>**PRE-TRIAL CONFERENCE**<br>DATE    March 20, 2026<br>TIME:   1:30 p.m.<br>LOCATION: 6A<br><br>Judge: Hon. Michelle Williams Court<br><br>Trial Date:       April 6, 2026 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

06491-0027 4921-2588-7377 v1

1

Case No. 2:24-cv-03265-MWC-SSC
DECL. OF SUSAN E. COLEMAN ISO DEFS' MIL NO. 2 RE TRIFURCATION

I, SUSAN E. COLEMAN, declare as follows:

1. I am admitted in this Court and the State of California. I am a partner at Burke, Williams & Sorenson, LLP, and I am counsel of record for Defendant Officer Caleb Garcia Alamilla.

2. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and would competently testify thereto if called and sworn as a witness.

3. I make this declaration in support of Defendants' Motion in Limine for Trifurcation of liability, compensatory damages, and punitive damages.

4. I met and conferred with counsel for Plaintiffs on Defendants' motions in limine on various dates, concluding on February 18, 2026.

5. While Plaintiffs' counsel agreed that punitive damages should be bifurcated from liability, they did not agree on bifurcation of compensatory damages from liability as they seek to combine this evidence.

6. The defense is willing to bifurcate, having liability tried first and then having a second phase with compensatory and punitive damages together, if preferred by this Court.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on February 20, 2026, at San Diego, California

/s/ *Susan E. Coleman*
Susan E. Coleman