UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 2 TO TRIFURCATE LIABILITY, COMPENSATORY DAMAGES, AND PUNITIVE DAMAGES**<br><br>**PRE-TRIAL CONFERENCE**<br>DATE: March 20, 2026<br>TIME: 1:30 p.m.<br>LOCATION: 6A<br><br>Judge: Hon. Michelle Williams Court<br><br>Trial Date: April 6, 2026 |

Having read the motion papers in support of and opposition to Defendants' Motion in Limine No. 2 to trifurcate the trial into three phases: Phase I – liability; Phase II - compensatory damages, if necessary; and Phase III – punitive damages, if necessary, and having heard the arguments of counsel at the hearing, and finding good cause therefore, this Court grants the motion as follows:

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

06491-0027 4918-5279-9121 v1

1

Case No. 2:24-cv-03265-MWC-SSC
[PROPOSED] ORDER GRANTING DEFS' MIL NO. 2 RE TRIFURCATION

1    This Court hereby orders that the trial be trifurcated into three phases: (Phase I)
2  liability of the individual defendant Officer Caleb Garcia Alamilla and the City of Los
3  Angeles; (Phase II) Plaintiffs' compensatory damages, if necessary; and (Phase III)
4  determination of punitive damages, if necessary.
5    IT IS SO ORDERED.

7  DATED: _____
8                                         Honorable Michelle Williams Court
                                          United States District Court Judge