| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 13 2026 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

ALEXANDRA RASEY-SMITH; et al.,

        Plaintiffs - Appellees,

v.

CALEB GARCIA ALAMILLA,

        Defendant - Appellant,

and

CITY OF LOS ANGELES,

        Defendant.

No. 26-558

D.C. No. 2:24-cv-03265-MWC-SSC
Central District of California, Los Angeles

ORDER

Before: M. SMITH and KOH, Circuit Judges.

The request (Docket Entry No. 7) to dismiss this appeal for lack of jurisdiction is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The emergency motion (Docket Entry No. 6) to stay district court proceedings is granted only with respect to the claim for denial of medical care. The emergency motion to stay is otherwise denied. *See Nken v. Holder*, 556 U.S.

418, 434 (2009) (defining standard in the context of staying lower court order or judgment).

The existing briefing schedule remains in effect.