# EXHIBIT 2



**Biodynamics Engineering, Inc.**

Phone: (310) 454-0924
Fax: (310) 454-8747

Post Office Box 722
Pacific Palisades, CA 90272

December 4, 2025

Ms. Susan Coleman
Burke, Williams & Sorensen, LLP
444 South Flower Street
40th Floor
Los Angeles, CA 90071

## Forensic Video Analysis Report

Re: <u>Alexandra Rasey-Smith v. City of Los Angeles</u>

Federal Rule of Civil Procedure 26(a)(2)(B)

Dear Ms. Coleman,

At your request, I have reviewed the media files your office forwarded to me. My analysis and opinions are summarized below.

Rule 26 documents (curriculum vitae, testimony list, and fee schedule) are attached in Appendices A-C. To date, I have reviewed the following documents and media files in preparation of this report:

## Materials Reviewed

20 video files both with and without watermarks (See Table 2)
DEF 1-1484.pdf
DEF 1494-2483.pdf
RASEY-SMITH [39] Pltfs' First Amended Complaint.pdf

## Summary

The video files and documents I reviewed pertain to an officer-involved shooting (OIS) that occurred on February 3, 2024 at approximately 2:28 PM on the 4th floor of a building at 801 East 7th Street. Los Angeles Police Department Officers responded to a radio call regarding a man

Immediately afterward, Officer Rodriguez fired a beanbag round from her shotgun. Mr. Maccani reacted by bringing his hands forward, crossing his arms across his chest and continued to walk toward the officers. He now had a light-toned pointed object clinched in his right fist. Officer Rodriguez then fired a second beanbag round. The muzzle flash from her second shot was captured on Officer Orozco's BWV recording at frame 18817. See Figure 3. When referring to video frames that correspond to visual evidence of gun shots being fired, I am referring to the frame when evidence of the shot is visible, such as a muzzle flash or gun smoke. These visual cues occur after the shot has been fired, therefore the actual shot occurred during the interval between that frame and the previous frame. In Figure 3 we see a muzzle flash at frame 18817, however Officer Rodriguez pulled the trigger of her shotgun before that, during the frame interval prior to that frame.



**Figure 3. Frame 18817 from the Officer Orozco's BWV showing the muzzle flash when Officer Rodriguez fired her second beanbag round. Mr. Maccani appears to be clutching a light-toned pointed object in his right fist. An enlargement window has been added.**

After the shot, Officer Orozco's BWV video shows that Mr. Maccani immediately grabbed the barrel of Officer Rodriguez's shotgun and pushed her against the wall. See Figure 4. Mr. Maccani then moves out of frame. When he is subsequently shot by Officer Garcia Alamilla, his image is not visible on screen. Audio analysis (discussed below) shows that the corresponding video frame for the shot on Officer Orozco's BWV video is 18870.

11. To allow further analysis of the incident, I synchronized some of the BWV recordings with the security camera footage using Amped FIVE software. I prepared one video that synchronizes Officer Orozco's BWV with the security camera, and another adds the BWVs from Officers Punzalan and Garcia Alamilla. The synchronization was based on visual cues. Synchronized videos present multiple views on one screen, allowing for analysis of the event from different perspectives simultaneously.

12. I exported a sequence of frames from the synchronized video that combines the security camera with Orozco's BWV to a PDF file. This is designed to facilitate frame-by-frame analysis of the shooting incident. The frame sequence was first exported as JPEG images and then combined in a PDF file using Amped FIVE software.

13. The audio patterns from Officer Orozco's BWV recording show that multiple commands were given to Mr. Maccani prior to the shooting. Three less-lethal rounds followed by one pistol round were fired in a period of 3.8 seconds.

*Parris Ward*

Parris Ward

*December 4, 2025*

*All of the opinions in this report are expressed with a reasonable degree of scientific certainty and are based on the author's education, training, and experience. As additional information becomes available, the author reserves the right to amend and revise this report.*