LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:24-cv-03265-MWC-SSC <br><br> [*Hon. Michelle Williams Court*] <br><br> **JOINT STATEMENT OF THE CASE** <br><br> Pre-Trial Conference: <br> Date:   March 20, 2026 <br> Time:   1:30 p.m. <br><br> Trial: <br> Date:   April 6, 2026 <br> Time:   8:30 a.m. |

[PROPOSED] STATEMENT OF THE CASE

-1-

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

  **PLEASE TAKE NOTICE THAT** the parties hereby submit their [Proposed] Statement of the Case.

Respectfully submitted,

DATED: March 6, 2026    LAW OFFICES OF DALE K. GALIPO

              By   /s/ *Eric Valenzuela*
                Eric Valenzuela
                Attorneys for Plaintiffs

DATED: March 6, 2026    BURKE, WILLIAMS & SORENSEN, LLP

              By   /s/ *Susan E. Coleman*
                Susan E. Coleman
                Lauren S. Dossey
                Attorneys for Defendant Caleb Garcia
                Alamilla

-2-

## STATEMENT OF THE CASE

This case involves an officer-involved shooting that occurred inside of a building in the Skid Row area of Los Angeles on February 3, 2024. The Plaintiffs are Alexandra Rasey-Smith, who is the wife of the decedent, Jason Maccani and Gordon Maccani, and Janet Maccani, who are the parents of the decedent, Jason Maccani. The defendants are Caleb Garcia Alamilla and the City of Los Angeles.

Plaintiffs contend that the use deadly force by Caleb Garcia was excessive and unreasonable under the circumstances and that he was negligent in his use of force against the decedent. Plaintiffs are seeking monetary damages against the Defendants.

The Defendants deny Plaintiffs' claims and contend that the use of deadly force by Caleb Garcia Alamilla was reasonable under the circumstances.