**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (SBN 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs Alexandra Rasey-Smith, Gordon Gene Maccani, Janet Maccani*

Susan E. Coleman (SBN 171832)
Email: scoleman@bwslaw.com
Lauren S. Dossey (SBN 244887)
Email: ldossey@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
*Attorneys for Defendant* Caleb Alamilla Garcia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA, and DOES 2-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br>[*Honorable Michelle Williams Court*]<br><br>**NOTICE OF LODGING [PROPOSED] PRETRIAL CONFERENCE ORDER**<br><br>Pre-Trial Conference<br>March 20, 2026, 1:30 p.m.<br><br>Trial<br>April 6, 2026, 8:30 a.m. |

---

NOTICE OF LODGING PRETRIAL CONFERENCE ORDER

Plaintiffs hereby lodge the attached [PROPOSED] JOINT PRETRIAL CONFERENCE ORDER in compliance with the Court's Civil Trial Order dated December 4, 2024. [Doc.30]

DATED: March 6, 2026        LAW OFFICES OF DALE K. GALIPO

                            By   /s/ *Eric Valenzuela*
                                Dale K. Galipo
                                Eric Valenzuela
                                Attorneys for Plaintiffs

DATED: March 6, 2026        BURKE, WILLIAMS & SORENSEN, LLP

                            By:   /s/ *Susan E. Coleman*
                                Susan E. Coleman
                                Lauren S. Dossey
                                Attorneys for Defendant Caleb Garcia Alamilla