**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 / Fax No.: (213) 978-8785
Email:  Ty.Ford@lacity.org
*Attorneys for Defendant*
CITY OF LOS ANGELES

Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel:  213.236.0600 Fax:  213.236.2700

Attorneys for Defendant
CALEB GARCIA ALAMILLA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE CITY OF LOS ANGELES' LATE DISCLOSURE**<br><br>*Filed concurrently with Opposition to Plaintiffs' Motion in Limine to Exclude Defendant City of Los Angeles' Late Disclosure*<br><br>**PRE-TRIAL CONFERENCE**<br>DATE      March 20, 2026<br>TIME:    1:30 p.m.<br>LOCATION:  6A<br><br>Judge:   Hon. Michelle Williams Court<br><br>Trial Date:      April 6, 2026 |

///

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

06491-0027 4913-5532-7125 v1

1

Case No. 2:24-cv-03265-MWC-SSC
DECL. OF SUSAN E. COLEMAN ISO DEFS'
OPPO TO PLTFS' MIL

I, SUSAN E. COLEMAN, declare as follows:

1.    I am admitted in this Court and the State of California.  I am a partner at Burke, Williams & Sorenson, LLP, and I am counsel of record for Defendant Officer Caleb Garcia Alamilla.

2.    I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and would competently testify thereto if called and sworn as a witness.

3.    I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion in Limine to Exclude Defendant City of Los Angeles' Late Disclosure.

4.    On December 5, 2025, my office served on Plaintiffs the report prepared by Defendants' expert, Edward Flosi, which included a photograph of a white ceramic knife to illustrate that knives with white blades and similar dimensions to the fork at issue are commercially available.

5.    Mr. Flosi even brought the white ceramic knife to his deposition on January 23, 2026, where counsel for both parties examined him about it.

6.    Plaintiffs' own expert, Jeffrey Noble, was likewise questioned about the same white ceramic knife at his deposition on January 26, 2026, and the photograph now at issue was attached as an exhibit to his deposition transcript.

7.    The only event that occurred "late" was the bates-stamping of a photograph of the white ceramic knife juxtaposed next to a white plastic fork similar to that clenched in decedent's hand.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on March 6, 2026, at San Diego, California

/s/ *Susan E. Coleman*
_____
Susan E. Coleman

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

Case No. 2:24-cv-03265-MWC-SSC
DECL. OF SUSAN E. COLEMAN ISO DEFS'
OPPO TO PLTFS' MIL