1  **HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
2  **DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
   **KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
3  **TY A. FORD**, Deputy City Attorney (SBN 218365)
4  200 North Main Street, 6th Floor, City Hall East
   Los Angeles, CA 90012
5  Phone No.: (213) 978-6900 / Fax No.: (213) 978-8785
6  Email: Ty.Ford@lacity.org
   *Attorneys for Defendant*
7  CITY OF LOS ANGELES

8  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
9  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, 40th Floor
10 Los Angeles, California 90071-2942
   Tel: 213.236.0600  Fax: 213.236.2700
11
   Attorneys for Defendant
12 CALEB GARCIA ALAMILLA

13              UNITED STATES DISTRICT COURT
14         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15 | ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI, | Case No. 2:24-cv-03265-MWC-SSC
16 | | **DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**
17 | Plaintiffs, |
   | | **PRE-TRIAL CONFERENCE**
18 | v. | DATE    March 20, 2026
   | | TIME:    1:30 p.m.
19 | CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive, | LOCATION: 6A
20 | | Judge: Hon. Michelle Williams Court
21 | Defendants. | Trial Date:    April 6, 2026

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

# DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

1. Have you or a member of your family ever worked as a law enforcement officer?

2. Have you or a member of your family ever had a negative experience with a law enforcement officer? If so, please explain the person/people and the circumstances.

3. Have you or a member of your family ever participated in a protest, demonstration, or rally relating to an incident involving law enforcement?

4. Have you or a member of your family participated in a protest, demonstration, or rally of any kind since the start of 2020?

5. Have you or a member of your family ever had an interaction with the Los Angeles Police Department? If so, please explain the person/people and the circumstances.

6. Do you have a favorable or unfavorable view of police officers in the United States?

7. Do you have a favorable or unfavorable view of the system of policing in the United States?

8. When instructed by the Court on the law that you are to follow to reach a verdict, will you do so even if that means a Plaintiff does not receive compensation?

9. If the Court issues an instruction during the course of the trial that you are to disregard certain evidence you heard or saw, will you follow that instruction even if you disagree with it?

///
///
///
///
///

| | |
|---|---|
| Dated: March 6, 2026 | BURKE, WILLIAMS & SORENSEN, LLP |
| | |
| | By: *Susan E. Coleman* |
| | Susan E. Coleman |
| | Attorneys for Defendant |
| | CALEB GARCIA ALAMILLA |
| | |
| Dated: March 6, 2026 | HYDEE FELDSTEIN SOTO, City Attorney |
| | SCOTT MARCUS, Senior Assistant City Attorney |
| | CORY M. BRENTE, Senior Assistant City Attorney |
| | |
| | By: *Ty A. Ford* |
| | Ty A. Ford, Deputy City Attorney |
| | Attorneys for Defendant |
| | CITY OF LOS ANGELES |