LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:24-cv-03265-MWC-SSC <br><br> [*Hon. Michelle Williams Court*] <br><br> **PLAINTIFFS' [PROPOSED] VOIR DIRE** <br><br> Pre-Trial Conference: <br> Date:   March 20, 2026 <br> Time:   1:30 p.m. <br><br> Trial: <br> Date:   April 6, 2026 <br> Time:   8:30 a.m. |

PLAINTIFFS' [PROPOSED] STATEMENT OF THE CASE

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

    **PLEASE TAKE NOTICE THAT** Plaintiffs hereby submit their [Proposed] Voir Dire Questions.

Respectfully submitted,

DATED: March 9, 2026          LAW OFFICES OF DALE K. GALIPO

                            By          /s/ *Eric Valenzuela*
                                   Eric Valenzuela
                                   Attorneys for Plaintiffs

1. Would you be more likely to believe a police officer's testimony over the testimony of a non-police officer?

2. Do you think a police officer who is a defendant in a civil case is capable of testifying falsely under oath?

3. Do you think that a police officer is capable of testifying falsely under oath to support a fellow officer?

4. Are you or any of your family members or close friends current or former City of Los Angeles employees? If yes, what agency and what type of job?

5. Are you or is anyone you know a current or former police officer or law enforcement? If yes, who, what agency, and how long?

6. Have you or has anyone you know attended or applied to attend any law enforcement academy or basic training?

7. Does anyone feel that police officers have been unfairly portrayed in the media with respect to the use of force?

8. Have you, a family member, or any of your close friends had any contact or association with the City of Los Angeles Police Department, or any of their employees? If so, please describe the circumstances of the contact or association.
    a) If so, would you view the evidence in this case differently because of your past experience with the City of Los Angeles Police Department, or any of their employees?

9. Do you think that our society should hold police officers liable in court when they violate an individual's constitutional rights?

10. Do you agree that police officers or the entity they work for should pay money damages when they violate an individual's constitutional rights?

11. Do you think that police officers should be able to use as much force as they want when arresting someone?

12. Do you think that our society should restrict the amount of force that police officers can use?

13. Do you think that because the defendants are denying responsibility for this incident, they are probably not responsible?

14. Is there anybody that would hold it against the plaintiff simply because they have pursued this case to trial?

15. Do you have any unfavorable impressions of people who are suffering from a mental illness or disability? If so, what are they? Do you think these impressions would affect your ability to be fair in a case involving a person who is mentally ill, mentally disabled, or who may be having a potential mental health crisis?

16. Have you or anyone close to you ever taken any courses or training in or worked in the field of mental health or with people who have mental health issues?

17. Have you or anyone close to you ever suffered from a mental disability or mental illness of any kind?

18. Have you, anyone in your family, or anyone close to you ever received counseling for any kind of emotional, family or psychological problem or for a mental health crisis, mental disability, or mental illness of some kind?