LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, et. al., <br><br> Defendants. | Case No.: 2:24-cv-03265-MWC-SSC <br><br> *[Hon. Michelle Williams Court]* <br><br> **NOTICE OF CONDITIONAL SETTLEMENT** <br><br> Pre-Trial Conference <br> March 20, 2026, 1:30 p.m. <br><br> Trial <br> April 6, 2026, 8:30 a.m. |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of this entire case conditioned upon approval from the Los Angeles Claims Board, Budget & Finance Committee and the Los Angeles City Council. The parties request that the trial date and all trial-related dates be vacated. The parties will immediately notify the Court once the decision regarding settlement approval by the necessary boards has been made.

DATED:    03/17/26

THE LAW OFFICES OF DALE K. GALIPO

By:    /s/ *Eric Valenzuela*

DALE K. GALIPO
ERIC VALENZUELA
Attorneys for Plaintiff

DATED:    03/17/26

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Asst. City Attorney

By:

Ty Ford, Deputy City Attorney
Attorneys for Defendant
City of Los Angeles

DATED: _03/17/26

BURKE, WILLIAMS & SORENSEN, LLP

By:    /s/ *Susan E. Coleman*

Susan E. Coleman
Lauren S. Dossey
Attorneys for Defendant CALEB
GARCIA ALAMILLA

-2-