UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; et al., | No. 26-558 |
| Plaintiffs - Appellees, | D.C. No. 2:24-cv-03265-MWC-SSC Central District of California, Los Angeles |
| v. | |
| CALEB GARCIA ALAMILLA, | ORDER |
| Defendant - Appellant, | |
| and | |
| CITY OF LOS ANGELES, | |
| Defendant. | |

Pursuant to the parties' stipulation (Docket Entry No. 17), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

All pending motions are denied as moot.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT