UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:24-cv-03265-MWC-SSC                    Date: April 9, 2026

Title:   Alexandra Rasey-Smith et al v. City of Los Angeles *et al*

Present:  The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER DENYING AS MOOT PLAINTIFFS' MOTION IN LIMINE NO. 1 AND DEFENDANTS' MOTIONS IN LIMINE NOS. 1 AND 2 (DKTS. [72], [78], [79]).**

In light of the Court's Order vacating all dates set prior to March 18, 2026, pursuant to a notice of settlement (*see* Dkt. 96), the Court hereby **DENIES AS MOOT** the parties' previously-filed motions in limine (Dkts. 72, 78, 79).

**IT IS SO ORDERED.**

                                                                                    :
**Initials of Preparer**   TJ