UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>   Plaintiffs,<br><br>  v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>   Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**[PROPOSED ORDER GRANTING JOINT STIPULATION TO CONTINUE JUNE 26, 2026 HEARING ON ORDER TO SHOW CAUSE RE: DISMISSAL (SETTLEMENT)**<br><br>Judge: Hon. Michelle Williams Court |

The Court, having reviewed the Parties' Joint Stipulation to continue the hearing on the Order to Show Cause re Dismissal, and good cause appearing therefore, hereby vacates the hearing date of June 26, 2026, and continues it to September 25, 2026.

**IT IS SO ORDERED.**

DATED: _____, 2026

             _____

Honorable Michelle Williams Court
Judge of the District Court

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4915-5460-9590 v1

1

Case No. 2:24-cv-03265-MWC-SSC
[PROPOSED] ORDER ON JOINT STIPULATION
TO CONTINUE OSC RE DISMISSAL