UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-03265-MWC-SSC <br><br> **ORDER GRANTING IN PART JOINT STIPULATION TO CONTINUE JUNE 26, 2026 HEARING ON ORDER TO SHOW CAUSE RE: DISMISSAL (DKT. 101)** |

The Court, having read and reviewed the Parties' Joint Stipulation to continue the hearing on the Order to Show Cause re Dismissal ("Stipulation") and good cause appearing therefor, **GRANTS IN PART** the Stipulation and **CONTINUES** the hearing to **July 24, 2026**, at 1:30 p.m., Courtroom 6A.

**IT IS SO ORDERED.**

DATED: June 23, 2026

_____
Hon. Michelle Williams Court
Judge of the District Court

1