Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant CALEB GARCIA ALAMILLA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,<br><br>       Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; and DOES 2-10, inclusive,<br><br>       Defendants. | Case No. 2:24-cv-03265-MWC-SSC<br><br>**JOINT STIPULATION TO CONTINUE JULY 24, 2026 HEARING RE ORDER TO SHOW CAUSE RE: DISMISSAL (SETTLEMENT)**<br><br>**[PROPOSED ORDER Submitted Concurrently]**<br><br>Judge: Hon. Michelle Williams Court |

///
///
///
///
///
///
///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4932-6484-6526 v1

1

Case No. 2:24-cv-03265-MWC-SSC
JOINT STIPULATION TO CONTINUE OSC RE DISMISSAL (SETTLEMENT)

Dale K. Galipo (SBN 144074)
Eric Valenzuela (SBN 284500)
LAW OFFICES OF DALE GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: 818.347.3333
Facsimile: 818.347.4118
Attorneys for Plaintiffs ALEXANDRA RASEY-SMITH;
GORDON GENE MACCANI, and JANET MACCANI

**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Assistant City Attorney (SBN 192872)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Telephone:  (213) 978-6900  |   Fax No.:  (213) 978-8785
Email: ty.ford@lacity.org

*Attorneys for Defendants,* CITY OF LOS ANGELES *(No Filing Fee - Public Entity, G.C. § 6103)*

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4932-6484-6526 v1

2

Case No. 2:24-cv-03265-MWC-SSC
JOINT STIPULATION TO CONTINUE OSC RE DISMISSAL (SETTLEMENT)

IT IS HEREBY STIPULATED by and between Plaintiffs ALEXANDRA RASEY-SMITH, GORDON GENE MACCANI, JANET MACCANI and Defendants CITY OF LOS ANGELES and CALEB GARCIA ALAMILLA, the parties—through their undersigned counsel, as follows:

WHEREAS on March 17, 2026, after the parties conditionally settled the above-captioned matter, Plaintiffs filed a Notice of Settlement of Entire Case (ECF No. 95) notifying the Court of the Parties' conditional settlement;

WHEREAS on March 18, 2026, the Court issued an Order setting an Order to Show Cause Re: Dismissal (Settlement) for May 22, 2026 (ECF No. 96);

WHEREAS on May 19, 2026, the Parties submitted a Joint Stipulation to continue the hearing on the Order to Show Cause Re: Dismissal to September 25, 2026, to allow sufficient time to obtain settlement approval from the necessary governmental bodies (ECF No. 99);

WHEREAS on May 21, 2026, the Court continued the Order to Show Cause Re: Dismissal (Settlement) from May 22, 2026 to June 26, 2026 (ECF No. 100);

WHEREAS on June 22, 2026, the Parties submitted a subsequent Joint Stipulation to continue the hearing on the Order to Show Cause Re: Dismissal to September 25, 2026, to allow additional time to obtain settlement approval from the necessary governmental bodies (ECF No. 101);

WHEREAS on June 23, 2026, the Court continued the Order to Show Cause Re: Dismissal (Settlement) from June 26, 2026 to July 24, 20026 (ECF No. 102);

WHEREAS the City of Los Angeles's Claims Board, Budget & Finance Committee, the full City Council and Mayor ( the "GOVERNING BODIES") must approve the settlement.  The settlement was approved by City Council on June 17, 2026. However, the settlement must still go before the Mayor, and after her approval, it will be submitted to the Controller for distribution of funds. The City anticipates the settlement payment will be available in the month of August 2026.

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4932-6484-6526 v1

3

Case No. 2:24-cv-03265-MWC-SSC
JOINT STIPULATION TO CONTINUE OSC RE DISMISSAL (SETTLEMENT)

THEREFORE, subject to the Court's approval, the parties stipulate that the Order to Show Cause Re: Dismissal (Settlement) currently scheduled for July 24, 2026, be continued to September 25, 2026, or a date thereafter that is convenient for the Court.

**IT IS SO STIPULATED.**

Dated:  July 21, 2026                                    LAW OFFICES OF DALE K. GALIPO

By:  */s/ Eric Valenzuela*
Dale K. Galipo
Eric Valenzuela
Attorneys for Plaintiffs

Dated:  July 21, 2026          **HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney

By: /S/ *Ty A. Ford*
**TY A. FORD,** Deputy City Attorney
*Attorneys for Defendant* CITY OF LOS ANGELES

Dated:  July 21, 2026                                    BURKE, WILLIAMS & SORENSEN, LLP

By:  */s/ Susan E. Coleman*
Susan E. Coleman
Attorneys for Defendant
CALEB GARCIA ALAMILLA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4932-6484-6526 v1

4

Case No. 2:24-cv-03265-MWC-SSC
JOINT STIPULATION TO CONTINUE OSC RE DISMISSAL (SETTLEMENT)

# ELECTRONIC SIGNATURE CERTIFICATION

I, Susan E. Coleman, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the electronic filing.

Dated:   July 21, 2026                    BURKE, WILLIAMS & SORENSEN, LLP


By:      /s/ *Susan E. Coleman*
         Susan E. Coleman
         Attorneys for Defendant
         CALEB GARCIA ALAMILLA

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4932-6484-6526 v1                    5          Case No. 2:24-cv-03265-MWC-SSC
                                                JOINT STIPULATION TO CONTINUE OSC RE
                                                DISMISSAL (SETTLEMENT)