# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI,

Plaintiffs,

v.

CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; AND DOES 2–10,

Defendants.

Case No. 2:24-cv-03265-MWC-SSC

**ORDER DENYING JOINT STIPULATION TO CONTINUE JULY 24, 2026 HEARING RE ORDER TO SHOW CAUSE RE: DISMISSAL (DKT. [103])**

The Court, having reviewed the Joint Stipulation filed by Plaintiffs Alexandra Rasey-Smith, Gordon Gene Maccani, Janet Maccani, and Defendants City of Los Angeles and Caleb Garcia Alamilla, (collectively, the "Parties") to Continue the July 24, 2026, Hearing Re Order to Show Case Re: Dismissal ("Stipulation") (Dkt. # 103), **DENIES** the Stipulation for lack of good cause.  The July 24, 2026, hearing remains on calendar.

**IT IS SO ORDERED.**

DATED:  July 22, 2026

_____
Honorable Michelle Wiliams Court
United States District Judge