LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et al.,<br><br>Plaintiffs,<br><br>    vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:24-CV-03265-PSG-SSC<br><br>*Honorable Michelle W. Court*<br><br>**REQUEST TO APPEAR REMOTELY AT THE JULY 24, 2026 HEARING RE ORDER TO SHOW CAUSE RE: DISMISSAL**<br><br>**OSC HEARING**<br>Date:  July 24, 2026<br>Time: 1:30 pm |

- 1 -
REQUEST TO APPEAR REMOTELY

**TO THE ABOVE – ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs respectfully request leave for Lead Trial Counsel, Dale K. Galipo, to appear remotely via Zoom at the Order to Show Cause ("OSC") hearing currently scheduled for July 24, 2026, at 1:30 p.m. before the Honorable Michelle W. Court.

Plaintiffs acknowledge that the Court's Standing Order requires requests to appear remotely to be filed at least seven (7) days before the scheduled hearing. This request is being filed at the earliest practicable opportunity following the Court's Order denying the parties' Stipulation to Continue the OSC hearing on July 22, 2026.

Good cause exists for this requested remote appearance, as Lead Trial Counsel, Mr. Galipo, is scheduled to take a deposition on July 24, 2026 at 10:00 am. Because the length of the deposition is uncertain, counsel cannot determine whether he will be able to conclude the deposition and travel to the courthouse in time for the 1:30 p.m. hearing. Allowing counsel to appear remotely would ensure his participation in the OSC hearing without disrupting either the deposition or the Court's calendar.

In the alternative, should the Court deny the request for a remote appearance, Plaintiffs respectfully request that Associate Attorney Brendan A. Johnson be permitted to appear in lieu of Lead Trial Counsel. Plaintiffs make this request because second-chair counsel, Eric Valenzuela, will be out of the office on July 24, 2026, to attend a funeral and therefore will be unavailable to appear. Mr. Johnson is familiar with the status of this matter and is fully prepared to address the issues on Plaintiffs' behalf.

Plaintiffs respectfully submit that granting this request will not prejudice any party, will promote the efficient administration of this matter, and will ensure that Plaintiffs are represented at the scheduled hearing.

REQUEST TO APPEAR REMOTELY

For the foregoing reasons, Plaintiffs respectfully request that the Court permit Lead Trial Counsel Dale K. Galipo to appear remotely via Zoom at the July 24, 2026 OSC hearing.  Alternatively, if the Court declines to permit a remote appearance, Plaintiffs respectfully request that Associate Attorney Brendan A. Johnson be permitted to appear on Plaintiffs' behalf.

Respectfully submitted,

Dated: July 23, 2026          **THE LAW OFFICES OF DALE K. GALIPO**

                                        */s/    Dale K. Galipo*
                                        Dale K. Galipo
                                        Marcel F. Sincich
                                        Attorneys for Plaintiff

REQUEST TO APPEAR REMOTELY