**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDRA RASEY-SMITH, et al., ) | Case No. 2:24-CV-03265-PSG-SSC |
| Plaintiffs, ) | *Honorable Michelle W. Court* |
| vs. ) | |
| CITY OF LOS ANGELES, et al., ) | **[PROPOSED] ORDER** |
| Defendants. ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS: having considered the request for Plaintiffs' counsel to appear telephonically or by Zoom at the Order to Show Cause Hearing Re: Dismissal on July 24, 2026, at 1:30 pm, the Court hereby GRANTS said request. Counsel for Plaintiff may appear telephonically (by Zoom) on July 24, 2026.

**IT IS SO ORDERED**

Dated: _____       By:   _____

Honorable Michelle W. Court
United States District Court

- 1 -

[PROPOSED] ORDER