UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALEXANDRA RASEY-SMITH; GORDON GENE MACCANI; and JANET MACCANI, NICOLE FIRLEJ,

Plaintiffs,

v.

CITY OF LOS ANGELES; CALEB GARCIA ALAMILLA; AND DOES 2–10,

Defendants.

Case No. 2:24-cv-03265-MWC-SSC

**ORDER DENYING PLAINTIFFS' REQUEST FOR REMOTE APPEARANCE AND GRANTING PLAINTIFFS' REQUEST FOR ALTERNATE ATTORNEY APPEARANCE (DKT. [105])**

The Court, having reviewed Plaintiffs' counsel Dale Galipo and Eric Valenzuela's motion (Dkt. # 105) requesting remote appearance at the Court's July 24, 2026, Status Conference, **DENIES** counsel's request to appear remotely for lack of good cause.  The Court **GRANTS** counsel's request for attorney Brendan A. Johnson to appear in lieu of lead trial counsel only if Mr. Johnson is sufficiently familiar with the source of delay in reaching settlement as to properly address the Court's questions. Plaintiffs' counsel **SHALL** appear in-person at the July 24, 2026, hearing.

**IT IS SO ORDERED.**

Dated: July 24, 2026

_____
Hon. Michelle Williams Court
United States District Judge

2