UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-03265-MWC-SSC | Date | July 24, 2026 |
|---|---|---|---|
| Title | Alexandra Rasey-Smith, et al. v. City of Los Angeles, et al. | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|

| T. Jackson | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brendan Johnson | Christian Bojorquez<br>Michael Bernacchi |

**Proceedings:   ORDER TO SHOW CAUSE RE DISMISSAL (DKT. [96])**

The hearing is held. The Court confers with counsel regarding the status of settlement.  The Court continues the Order to Show Cause re Dismissal to **September 4, 2026**, at 1:30 p.m., Courtroom 6A. If a dismissal is filed prior to **September 4, 2026**, no appearance will be necessary.

|  | :04 |
|---|---|
| **Initials of Preparer** | TJ |