LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXANDRA RASEY-SMITH, et al.,

Plaintiffs,

vs.

CITY OF LOS ANGELES, et al.,

Defendants.

Case No. 2:24-cv-03265-MWC-SSC

*Hon. Michelle Williams Court*

**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

[Proposed] Order *filed concurrently herewith*

**TO THIS HONORABLE COURT:**

Plaintiffs ALEXANDRA RASEY-SMITH, GORDON MACCANI and JANET MACCANI and Defendants CITY OF LOS ANGELES and OFFICER CALEB GARCIA ALAMILLA, by and through their respective attorneys of record, hereby stipulate that the above-entitled action and all claims and parties therein, against all Defendants be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

DATED: August 27, 2026, **LAW OFFICES OF DALE K. GALIPO**

*/s/ Dale K. Galipo*
Dale K. Galipo
Eric Valenzuela
*Attorneys for Plaintiff-Appellant*

DATED: August 27, 2026, **BURKE, WILLIAMS & SORENSEN, LLP**

*/s/ Susan E. Coleman*
Susan E. Coleman
*Attorneys for Defendant* CALEB GARCIA ALAMILLA

DATED: August 27, 2026, **HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Asst. City Atty.
**CORY M. BRENTE**, Senior Assistant City Atty.

*/s/ Ty. A. Ford*
Ty A. Ford, Deputy City Attorney
*Attorneys for Defendant* CITY OF LOS ANGELES