**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXANDRA RASEY-SMITH, et al.,

Plaintiffs,

vs.

CITY OF LOS ANGELES, et al.,

Defendants.

Case No. 2:24-cv-03265-MWC-SSC

*Hon. Michelle Williams Court*

**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL**

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation for Dismissal filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this matter is hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter.

**IT IS SO ORDERED**.

DATED: UNITED STATES DISTRICT COURT

______________________________
HON. MICHELLE WILLIAMS COURT