**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXANDRA RASEY-SMITH, *et al.*,

Plaintiffs,

v.

CITY OF LOS ANGELES, *et al.*,

Defendants.

Case No. 2:24-cv-03265-MWC-SSC

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. [110])**
**JS-6**

Upon review of the Joint Stipulation of Dismissal with Prejudice ("Stipulation"), Dkt. # 110, brought under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation is **GRANTED**. The Stipulation is signed by all parties who have appeared in this action. Accordingly, the above-entitled matter and all claims herein are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: August 28, 2026

Honorable Michelle Wiliams Court
United States District Judge